# EXHIBIT A

Policy Schedule

# EXHIBIT A

## Policy Schedule

| Coverage | Insurance Carrier(s) | Policy Number(s) | Policy Period | Limits | Premium(s) |
|---|---|---|---|---|---|
| Auto Liability – U.S. | Travelers<br>Travelers - Texas | Y810-679K533A-TIL-08<br>BA7792L40007CAG | 12/30/08 – 12/30/09<br>12/30/08 – 12/30/09 | $1,000,000 CSL, Symbol 1<br>$1,000,000 Uninsured/Underinsured Motorists – TX<br>$5,000 Medical Payments<br>$1,000 Comprehensive Deductable, Symbol 7,8<br>$1,000 Collision Deductable, Symbol 7<br>$50,000 Hired Car Physical Damage Limit | $73,782<br>$16,170 |
| Auto Liability – Canada | St. Paul Travelers | UXAAOO0192 | 12/30/08 – 12/30/09 | $1,000,000 Liability, Accident Benefits<br>$500 Comprehensive Deductable<br>$1,000 Collision Deductable | $5,945 |
| Directors & Officers Liability | Hartford – Twin City US Specialty Insurance Co. | 00 KB 0254862-08 | 12/19/08 – 3/19/10 | $2,500,000 EE Theft<br>$2,500,000 Premises<br>$2,500,000 Depositor's Forgery<br>$2,500,000 Transit Coverage<br>$2,500,000 Comp. Theft & EFT Fraud<br>$5,000,000 Aggregate for All<br>$50,000 Money Orders & Counterfeit Currency<br>$0 Deductable ($75,000 for FL) | $33,627 |
| Export / Ocean Cargo | RLI Insurance Co. | CAR0300071 | Continuous | $100,000 Under Deck Steamer<br>$10,000 On Deck Steamer<br>$100,000 Air<br>$1,000 Deductable | $2,380 |
| FLEX | XL | ELU109021-08 | 12/19/09 – 12/19/10 | $10,000,000 Shared by an BMP companies | $9,070 |
| General Liability – U.S.<br>General Liability – Canada | Liberty Surplus Insurance Co.<br>Liberty International | EGL-SF-184252092<br>GLTO-574133-008A | 12/30/08 – 12/30/09<br>12/30/08 – 12/30/09 | $2,000,000 general aggregate (Other than Products/ Compl. Ops) – Per Location subject to $10 million policy cap.<br>$2,000,000 Products/Completed Ops Aggregate<br>$1,000,000 Each occurrence<br>$1,000,000 Personal & Advertizing Injury<br>$50,000 Damage to Premises Rented<br>**Employee Benefits Liability: Claims Made**<br>$1,000,000 each occurrence<br>**SIR**<br>$250,000 Products, per occurrence, including LAE<br>$25,000 Premises, per occurrence, including LAE<br>**Deductable**<br>$1,000 Employee Benefits, Claims Made | $282,597<br>$91,582 |
| International Liability | ACE American Insurance Co. | PHFD3687563A | 12/30/08 – 12/30/09 | $2,000,000 Products Completed Ops Aggregate<br>$1,000,000 per occurrence<br>$1,000,000 Premises Damage limit (each occurrence)<br>$10,000 Medical Expense Limit (any one person) | $3,480 |

51407-001\DOCS_DE:155925.2

| | | | | |
|---|---|---|---|---|
| Property – U.S. | St. Paul Travelers | KTJ-CMB-296T379-0-08 | 12/30/08 – 12/30/09 | $50,000,000 Boiler & Machinery Per Occurrence<br>$1,000,000 Utility Interruption<br>$100,000 Spoilage/Ammonia Contamination<br>$100,000 Hazardous Substance<br>$25,000 Deductable<br>$100,000,000 Loss per Occurrence<br>$12,500,000 Earthquake Annual Agg (Outside CA)<br>$2,500,000 Earthquake Annual Aggregate (CA)<br>$12,500,000 Flood Annual Aggregate<br>$33,180,500 Business Interruption<br>$25,000 Deductable | $215,877 |
| Property – Canada | Travelers | UXCPC00674 | 12/30/08 – 12/30/09 | $38,000,000 Loss Limit Per Occurrence<br>$8,879,000 Business Interruption<br>$25,000 Deductable | $63,497 |
| Travel Accident | Federal Insurance Co. (CHUBB) | 6477-42-69 | 04/01/09 – 04/01/10 | Varies by Hazard | $4,125 |
| Umbrella Excess Liability | Landmark<br>Liberty<br>James River | LHA223000<br>LQ1-B71185258046<br>0001136624 | 12/30/08 – 12/30/09 | $5,000,000 xs $5,000,000<br>$15,000,000 xs $10,000,000<br>$5,000,000 Per Occurrence<br>$5,000,000 Aggregate Excess of Underlying<br>$5,000,000 Products/Completed Ops Aggregate | $289,180 |
| Workers' Compensation | Travelers – CA<br>Travelers – All other states | YEUB1300N88108<br>YO-UB8317W89-A-08 | 12/30/08 – 12/30/09<br>12/30/08 – 12/30/09 | $1,000,000 Bodily Injury by Accident - Each Accident<br>$1,000,000 Bodily Injury by Disease - Each Employee<br>$1,000,000 Bodily Injury by Disease - Policy Limit | $53,822<br>$363,022 |
| Workplace Violence | Federal Insurance Co. (CHUBB) | 8211-1679 | 12/19/09 – 12/19/10 | $1,000,000<br>$0 Deductable | $3,100 |
| **Total Insurance** | | | | | **$1,612,756** |

2