# Exhibit B

# Exhibit B

## 1. Pro Forma Projected Balance Sheet (unaudited)

| $ 000s | 11/30/09A Pre-Effective Date Balance Sheet | Recapitalization Adjustments | 1/31/10E Pro Forma Balance Sheet of Reorganized Debtors |
|---|---|---|---|
| **Assets** | | | |
| Cash | $23,284 | ($14,621) | $8,663 |
| Accounts Receivable, net | 8,501 | 3,212 | 11,713 |
| Inventory | 25,209 | 2,697 | 27,906 |
| Prepaid Expenses | 1,787 | 681 | 2,468 |
| Income Tax Receivables | -- | 4,000 | 4,000 |
| Income Tax Installments | (8) | 8 | -- |
| Other Current Assets | 158 | (158) | -- |
| **Total Current Assets** | **$58,931** | **($4,181)** | **$54,750** |
| PP&E, net | 30,702 | (20,568) | 10,134 |
| Intangible Assets | 11,251 | (11,251) | -- |
| **Total Assets** | **$100,884** | **($36,000)** | **$64,884** |
| **Liabilities & Equity** | | | |
| Accounts Payable | $3,369 | $750 | $4,119 |
| Accrued Expenses | 12,339 | (2,369) | 9,970 |
| Income Taxes Payable | (2,217) | 2,217 | -- |
| **Total Current Liabilities** | **$13,492** | **$598** | **$14,089** |
| Revolving Loan | $ -- | $ -- | $ -- |
| New Note | -- | 20,000 | 20,000 |
| Term Loan | 147,922 | (147,922) | -- |
| Subordinated Debt | 41,785 | (41,785) | -- |
| Seller Note | 7,822 | (7,822) | -- |
| Deferred Taxes US | 41,884 | (41,884) | -- |
| Deferred Taxes Canada | 1,196 | (1,196) | -- |
| Capital Leases | 896 | (101) | 795 |
| **Total Long-Term Liabilities** | **$241,505** | **($220,710)** | **$20,795** |
| **Total Liabilities** | **$254,997** | **($220,113)** | **$34,884** |
| Common Stock | (154,114) | 184,114 | 30,000 |
| **Total Shareholder's Equity** | **($154,114)** | **$184,114** | **$30,000** |
| **Total Liabilities & Equity** | **$100,884** | **($35,999)** | **$64,884** |

## 2. Projected Statement of Operations (unaudited)

| $ 000s | 11 Months 12/31/10E | Fiscal Year Ending 12/31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| **Net Sales** | **$121,657** | **$128,891** | **$134,852** | **$143,743** | **$156,139** |
| Total Cost of Sales (excl. Depreciation) | 92,124 | 98,355 | 102,352 | 107,461 | 113,906 |
| **Gross Profit (excl. Depreciation)** | **$29,532** | **$30,536** | **$32,500** | **$36,282** | **$42,233** |
| Total SG&A (excl. Depreciation) | 23,334 | 26,131 | 26,961 | 27,903 | 28,958 |
| **EBITDA** | **$6,198** | **$4,405** | **$5,538** | **$8,379** | **$13,275** |
| Depreciation & Amortization | 969 | 2,226 | 2,601 | 3,038 | 3,538 |
| **EBIT** | **$5,230** | **$2,179** | **$2,938** | **$5,341** | **$9,736** |
| Other Expenses | 857 | 554 | 554 | 554 | 554 |
| Net Interest Expense | 2,163 | 1,730 | 1,906 | 2,208 | 2,468 |
| **Pretax Income** | **$2,209** | **($106)** | **$478** | **$2,579** | **$6,714** |
| Taxes | 2,782 | 2,132 | 2,393 | 3,051 | 4,370 |
| **Net Income** | **($573)** | **($2,238)** | **($1,915)** | **($472)** | **$2,344** |

## 3. Projected Balance Sheets (unaudited)

| $ 000s | Fiscal Year Ending 12/31, | | | | |
|---|---|---|---|---|---|
| | 2010E | 2011E | 2012E | 2013E | 2014E |
| **Assets** | | | | | |
| Cash | $9,041 | $8,982 | $5,590 | $2,160 | $1,666 |
| Accounts Receivable, net | 17,000 | 15,891 | 16,626 | 17,722 | 19,250 |
| Inventory | 25,786 | 26,287 | 27,356 | 28,721 | 30,444 |
| Prepaid Expenses | 2,200 | 2,258 | 2,363 | 2,519 | 2,736 |
| Income Tax Receivable | -- | -- | -- | -- | -- |
| **Total Current Assets** | **$54,027** | **$53,418** | **$51,934** | **$51,122** | **$54,095** |
| | | | | | |
| PP&E, net | 11,457 | 12,481 | 13,630 | 15,592 | 17,053 |
| **Total Assets** | **$65,484** | **$65,899** | **$65,564** | **$66,713** | **$71,149** |
| | | | | | |
| **Liabilities & Equity** | | | | | |
| Accounts Payable | $5,157 | $6,408 | $6,710 | $7,069 | $7,570 |
| Accrued Expenses | 7,970 | 8,182 | 8,560 | 9,124 | 9,911 |
| **Total Current Liabilities** | **$13,128** | **$14,590** | **$15,270** | **$16,193** | **$17,482** |
| | | | | | |
| Revolving Loan | $ -- | $ -- | $ -- | $ -- | $ -- |
| New Note | 21,912 | 21,912 | 21,912 | 21,912 | 21,912 |
| Capital Leases | 258 | 52 | -- | -- | -- |
| Deferred Tax Liability | 760 | 2,156 | 3,108 | 3,805 | 4,608 |
| **Total Long-Term Liabilities** | **$22,929** | **$24,120** | **$25,020** | **$25,717** | **$26,520** |
| | | | | | |
| **Total Liabilities** | **$36,057** | **$38,709** | **$40,289** | **$41,910** | **$44,001** |
| | | | | | |
| Common Stock | 29,427 | 27,190 | 25,275 | 24,803 | 27,147 |
| **Total Shareholder's Equity** | **$29,427** | **$27,190** | **$25,275** | **$24,803** | **$27,147** |
| | | | | | |
| **Total Liabilities & Equity** | **$65,484** | **$65,899** | **$65,564** | **$66,713** | **$71,149** |

## 4. Projected Statement of Cash Flows (unaudited)

| $ 000s | 11 Months 12/31/10E | Fiscal Year Ending 12/31, | | | |
|---|---|---|---|---|---|
| | | 2011E | 2012E | 2013E | 2014E |
| **Operating Activities:** | | | | | |
| Net Income (Loss) | ($573) | ($2,238) | ($1,915) | ($472) | $2,344 |
| Depreciation & Amortization | 969 | 2,226 | 2,601 | 3,038 | 3,538 |
| PIK Interest | 1,912 | -- | -- | -- | -- |
| Tax Depreciation Taxes Adjustment | 760 | 1,397 | 952 | 697 | 803 |
| Change in Net Working Capital | 139 | 2,012 | (1,228) | (1,693) | (2,180) |
| **Cash from Operations** | **$3,207** | **$3,397** | **$410** | **$1,570** | **$4,506** |
| | | | | | |
| **Investing Activities:** | | | | | |
| Capital Expenditures | (2,292) | (3,250) | (3,750) | (5,000) | (5,000) |
| **Cash Used in Investing Activities** | **($2,292)** | **($3,250)** | **($3,750)** | **($5,000)** | **($5,000)** |
| | | | | | |
| **Financing Activities:** | | | | | |
| Capital Lease Amortization | (537) | (206) | (52) | -- | -- |
| Optional Debt Pre-Payments | -- | -- | -- | -- | -- |
| **Cash Used in Financing Activities** | **($537)** | **($206)** | **($52)** | **$ --** | **$ --** |
| | | | | | |
| Beginning Cash | $8,663 | $9,041 | $8,982 | $5,590 | $2,160 |
| Change in Cash | 378 | (59) | (3,391) | (3,430) | (494) |
| **Ending Cash** | **$9,041** | **$8,982** | **$5,590** | **$2,160** | **$1,666** |