# Exhibit C

# Liquidation Analysis

## A. OVERVIEW

The Debtors, with the assistance of their financial advisors, have prepared this hypothetical liquidation analysis (the "*Liquidation Analysis*") in connection with the filing of the Plan and Disclosure Statement. The Liquidation Analysis indicates the estimated values that may be obtained by Classes of Claims upon disposition of the Debtors' assets, pursuant to a liquidation under chapter 7 of the Bankruptcy Code, as an alternative to continued operation of the Debtors' business, as contemplated under the Plan. Accordingly, asset values discussed herein differ from amounts referred to in the Plan. The Liquidation Analysis is based upon the assumptions discussed herein and in the Disclosure Statement. All capitalized terms used but not defined in this Liquidation Analysis have the meanings ascribed to them in the Disclosure Statement.

The Liquidation Analysis assumes that the Debtors' current Qualified Taxable Asset Sale Case convert to chapter 7 cases on or about January 24, 2010 and that the Debtors' operations are wound down in an orderly manner and their assets are liquidated. The determination of the costs of, and proceeds from, the hypothetical liquidation of the Debtors' assets in a chapter 7 case is an uncertain process involving the extensive use of estimates and assumptions that, although considered reasonable by the Debtors, are inherently subject to significant business, economic, and competitive uncertainties and contingencies beyond the control of the Debtors, their management and their advisors. Some assumptions in the Liquidation Analysis may not materialize in an actual chapter 7 liquidation and unanticipated events and circumstances could affect the ultimate results in an actual chapter 7 liquidation. **ACCORDINGLY, NEITHER THE DEBTORS NOR THEIR ADVISORS MAKE ANY REPRESENTATION OR WARRANTY THAT THE ACTUAL RESULTS OF A LIQUIDATION OF THE DEBTORS WOULD OR WOULD NOT APPROXIMATE THE ASSUMPTIONS REPRESENTED HEREIN. ACTUAL RESULTS COULD VARY MATERIALLY.**

It is assumed, among other things, that the hypothetical liquidation under chapter 7 would commence under the direction of a Court-appointed trustee, during which time all of the Debtors' major assets would be sold and the cash proceeds, net of liquidation-related costs, would then be distributed to creditors in accordance with the priorities under the Bankruptcy Code.

The liquidation analysis is not intended and should not be used for any other purpose, the liquidation analysis does not purport to be a valuation of the Debtors' assets on a going concern basis, and there may be significant differences between the liquidation analysis and the values that may be realized in an actual liquidation. This analysis assumes "liquidation values" based on appraisals, where available, and the Debtors' business judgment, where appraisals are not available. The recoveries shown do not contemplate a sale or sales of business units on a going concern basis. While the Debtors make no assurances, it is possible that proceeds received from such going concern sale(s) would be more than those in a hypothetical liquidation, the costs associated with the sale(s) would be less, fewer claims would be asserted against the bankruptcy estates and/or certain ordinary course claims would be assumed by the buyer(s) of such business(es).

Neither the debtors nor their advisors make any representation or warranty that actual results would or would not approximate the estimates and assumptions represented in the liquidation analysis. Indeed, actual results could vary materially.

## B. SUMMARY NOTES TO THIS LIQUIDATION ANALYSIS

The Liquidation Analysis should be read in conjunction with the following notes and assumptions:

1.  *Dependence on assumptions.* The Liquidation Analysis depends on estimates and assumptions. The Liquidation Analysis is based on a number of estimates and assumptions that, although developed and considered reasonable by the Debtors' management and their advisors, are inherently subject to significant economic, business, regulatory and competitive uncertainties and contingencies beyond the control of the Debtors or their management. The Liquidation Analysis is also based on the Debtors' best judgment of how numerous decisions in the liquidation process would be resolved. Accordingly, there can be no assurance that the values reflected in this Liquidation Analysis would be realized if the Debtors were, in fact, to undergo such a liquidation and actual results could vary materially and adversely from those contained herein.

2.  *Additional unsecured claims.* The cessation of business in a liquidation will trigger certain claims that otherwise would not exist under the Plan absent a liquidation. Examples of these kinds of claims include various potential employee claims (for such items as severance) and claims arising in connection with the rejection of executory contracts and unexpired leases that have not yet been assumed. Some of these claims could be significant and may be entitled to priority in payment over general unsecured claims. Those priority claims would be paid in full from the liquidation proceeds before the balance would be made available to pay general unsecured claims or to make any distribution in respect of equity interests. No attempt has been made to estimate other additional unsecured claims that may result from such events under a chapter 7 liquidation scenario because no funds are estimated to be available to general unsecured creditors.

3.  *Dependence on unaudited financial statements.* This Liquidation Analysis contains numerous estimates that are still under review and it remains subject to further legal and accounting analysis. It is based upon the Debtors' projected balance sheet as of January 24, 2010.

4.  *Preference or fraudulent transfers.* No recovery or related litigation costs attributed to any potential avoidance actions under the Bankruptcy Code, including potential preference or fraudulent transfer actions are assumed within this analysis.

5.  *Chapter 7 liquidation costs and length of liquidation process.* Pursuant to section 726 of the Bankruptcy Code, the allowed administrative expenses incurred by a chapter 7 trustee, including, but not limited to, expenses affiliated with selling the Debtors' assets, will be entitled to payment in full before any distribution to chapter 11 administrative and

other priority claims. The estimate used in the Liquidation Analysis for these expenses includes estimates for certain legal, accounting, and other professionals, as well as an assumed 3% fee based upon liquidated assets payable to a chapter 7 trustee.

## C.    LIQUIDATION ANALYSIS

The liquidation analysis below assumes a chapter 7 orderly liquidation scenario beginning January 24, 2010, with all assets being liquidated and all operations winding down over a five month period. The assets are assumed to have a recovery rate of 42% in the high case and 33% in the low case scenario excluding wind-down costs, and 31% in the high case and 23% in the low case scenario including wind down costs.

The Debtors used the January 24, 2010 projected balance sheet amounts to determine recovery values of assets.

| ($000's) | Jan. 24, 2010 Book Value Projected | Low $ | Low % | Medium $ | Medium % | High $ | High % |
|---|---|---|---|---|---|---|---|
| | | | | Potential Recovery | | | |
| Cash | $8,663 | $8,663 | 100% | $8,663 | 100% | $8,663 | 100% |
| Accounts Receivable | 11,713 | 6,409 | 55% | 8,117 | 69% | 9,824 | 84% |
| Income Tax Receivable | 4,000 | 2,000 | 50% | 3,000 | 75% | 4,000 | 100% |
| Inventories (Less Ineligibles) | 26,905 | 9,955 | 37% | 10,493 | 39% | 11,031 | 41% |
| Prepaid Expenses | 2,467 | 0 | 0% | 123 | 5% | 370 | 15% |
| Total Current Assets | $53,748 | $27,027 | 50% | $30,396 | 57% | $33,888 | 63% |
| | | | | | | | |
| Property and Equipment (Net) | $30,702 | $4,816 | 16% | $5,590 | 18% | $6,365 | 21% |
| Other Assets - Intangibles | 11,251 | 0 | 0% | 113 | 1% | 225 | 2% |
| Gross Liquidation Proceeds | $95,860 | $31,843 | 33% | $36,099 | 38% | $40,478 | 42% |
| | | | | | | | |
| Wind-Down Cash Flow | | | | | | | |
| Wind-Down Costs (carve out) | | $7,017 | | $7,194 | | $7,371 | |
| Trustee's Fees | | 695 | | 823 | | 954 | |
| Professional Fees | | 2,000 | | 2,000 | | 2,000 | |
| Trade A/P (20 days) | | 350 | | 350 | | 350 | |
| Total Admin Claims | | $10,062 | | $10,367 | | $10,675 | |
| | | | | | | | |
| Proceeds Available for Distribution to Creditors | | $21,781 | | $25,732 | | $29,803 | |

### *Cash*

Cash is projected to be $8.7 million as of January 24, 2010.

### Accounts Receivable

The balance sheet accounts receivable line item includes all trade receivables from customers. In determining recovery of the remainder of the accounts receivables, the Debtors reviewed the aging of accounts, customers with large amounts outstanding, customers with amounts past due, historically slow-paying customers, disputed amounts, and historical bad debt expense. See table below.

| ($000's) | Jan. 24, 2010 Book Value Projected | Accounts Receivable Recovery Analysis | | | | | |
|---|---|---|---|---|---|---|---|
| | | Low | | Medium | | High | |
| | | $ | % | $ | % | $ | % |
| Trade AR - | | | | | | | |
| Current | $9,418 | $5,651 | 60% | $7,063 | 75% | $8,476 | 90% |
| 31 to 60 Days Past Due | 1,375 | 619 | 45% | 825 | 60% | 1,031 | 75% |
| 61 to 90 Days Past Due | 343 | 103 | 30% | 154 | 45% | 206 | 60% |
| 91 to 120 Days Past Due | 369 | 37 | 10% | 74 | 20% | 111 | 30% |
| Over 121 Days Past Due | 208 | 0 | 0% | 0 | 0% | 0 | 0% |
| | $11,713 | $6,409 | 55% | $8,117 | 69% | $9,824 | 84% |

### Income Tax Receivable

Income tax receivable includes a tax refund estimate for 2009 and change in carry back law. The estimate is based on calculations utilizing estimated 2009 net income which could change the receivable amount and therefore a range of recoveries is provided.

### Inventory

The Debtors assume the liquidation of inventory will be done utilizing a professional liquidation service through sales to customers, vendors, and through the secondary market. Given January is a seasonal low for the Latham inventory liquidation is projected to take nine weeks. Inventory is comprised of steel panels, polymer panels, in-ground liners, above-ground liners, thermoformed steps, fiberglass steps, fiberglass pools, safety covers, and other. The Debtors are utilizing estimates provided by a professional liquidation service to determine recovery values. Recovery was estimated by the Debtors based on a review of each inventory category. Inventory is assumed to have a recovery rate of 41% in the high case and 37% in the low case scenario.

| ($000's) | Jan. 24, 2010 Book Value Projected | Inventory Recovery Analysis | | | | | |
|---|---|---|---|---|---|---|---|
| | | Low | | Medium | | High | |
| | | $ | % | $ | % | $ | % |
| Steel Panels | $906 | $679 | 75% | $716 | 79% | $681 | 75% |
| Polymer Panels | 314 | 157 | 50% | 166 | 53% | 157 | 50% |
| I/G Liners | 9,325 | 3,730 | 40% | 3,932 | 42% | 3,740 | 40% |
| A/G Liners | 5,506 | 2,203 | 40% | 2,322 | 42% | 2,208 | 40% |
| T/F Steps | 505 | 177 | 35% | 186 | 37% | 177 | 35% |
| Fiberglass Steps | 1,383 | 484 | 35% | 510 | 37% | 485 | 35% |
| Fiberglass Pools | 151 | 53 | 35% | 56 | 37% | 53 | 35% |
| Safety Covers | 2,069 | 724 | 35% | 763 | 37% | 726 | 35% |
| Auto. S. Covers | 2,056 | 617 | 30% | 650 | 32% | 619 | 30% |
| All Other | 4,691 | 1,132 | 24% | 1,193 | 25% | 1,135 | 24% |
| Total Property & Equipment, Net | $26,905 | $9,955 | 37% | $10,493 | 39% | $11,031 | 41% |

### Prepaid Expenses

Prepaid expenses consist of prepaid insurance, fees, and other miscellaneous prepaid items. Recovery is assumed based on the Debtors' review of each prepaid item.

### Property and Equipment

The Debtors assume the liquidation of machinery and equipment will be done utilizing the services of a professional liquidation company. Machinery and equipment is comprised of software, machinery and equipment, furniture and fixtures, computer equipment, molds and dies, leasehold improvements, vehicles and CIP. The liquidation is expected to take 13 weeks. Recovery was estimated by the Debtors based on a review of each category by a professional liquidations service. Machinery and equipment is assumed to have a recovery rate of 9% in the high case and 7% in the low case scenario.

The Debtor also own 3 buildings (land and driveway) which would be liquidated utilizing internal personnel along with a Real Estate Broker. The liquidation is expected to take five months. Buildings and land are assumed to have a recovery rate of 73% in the high case and 53% in the low case scenario.

Total property and equipment is assumed to have a recovery rate of 15% in the high case and 12% in the low case scenario.

| ($000's) | Jan. 24, 2010 Book Value Projected | Property and Equipment Recovery Analysis | | | | | |
|---|---|---|---|---|---|---|---|
| | | Low | | Medium | | High | |
| | | $ | % | $ | % | $ | % |
| Machinery and Equipment | $24,956 | $1,752 | 7% | $1,952 | 8% | $2,152 | 9% |
| Building | $4,500 | $2,250 | 50% | $2,700 | 60% | $3,150 | 70% |
| Land | 1,165 | 757 | 65% | 874 | 75% | 990 | 85% |
| Parking Lot & Driveway | 81 | 57 | 70% | 65 | 80% | 73 | 90% |
| Total Buildings and Land | $5,746 | $3,064 | 53% | $3,638 | 63% | $4,213 | 73% |
| Total Property & Equipment | $55,658 | $6,568 | 12% | $7,542 | 14% | $8,517 | 15% |

### Wind-Down Costs

Wind-down costs represent a detailed build-up of overhead and labor by department. Wind-down costs include salaries, stay bonuses, benefits, consultants/temps, rent, property taxes, insurance, utilities, maintenance, security, vehicles, travel, IT, professional fees, severance and vacation payout. The wind-down costs for the liquidation of Inventory and M&E is utilized from the estimates provided by the professional liquidation service.

### Trustee's Fees

The Debtors assumes they would pay commissions as calculated pursuant to section 326 of the US Bankruptcy Code as a percentage of gross proceeds not including cash.

### *Professional Fees*

Professional fees consist of all accrued amounts not paid plus projected amounts. The Debtors assume $2.0 million in professional fees.

### *Trade A/P (20 days)*

Trade A/P includes the Debtors estimate of inventory received from vendors during the 20 day prior leading up to the filing and may constitute an allowed claim under section 503(b)(9) of the Bankruptcy Code and be entitled administrative priority.