# EXHIBIT 2

# FORM OF BALLOT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., *et al.*[1] | ) | Case No. _____ (\_\_\_) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' PREPACKAGED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**CLASS 3—PREPETITION FINANCING CLAIMS**

> IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE DEBTORS' VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC (THE "VOTING AGENT").
>
> PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS BALLOT.
>
> THIS BALLOT MUST BE **ACTUALLY RECEIVED** BY 5:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 21, 2009 (THE "VOTING DEADLINE").
>
> IF THE BANKRUPTCY COURT CONFIRMS THE PLAN, IT WILL BIND YOU REGARDLESS OF WHETHER YOU HAVE VOTED.
>
> NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS INCLUDED IN THE MATERIALS MAILED WITH THIS BALLOT.

This ballot (the "Ballot") is being sent to you because records indicate that you are a Holder of a Class 3 Prepetition Financing Claim as of December 15, 2009 (the "Voting Record Date"), and, accordingly, you have a right to vote to accept or reject the Plan. This Ballot may not be used for any purpose other than for submitting votes with respect to the *Prepackaged Joint Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code* dated December 18, 2009 (the "Plan").[2]

Your rights are described in the *Disclosure Statement for Solicitation of Acceptances of Prepackaged Joint Chapter 11 Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code*, dated December 18, 2009 (the "Disclosure Statement"). The Plan and Disclosure Statement are included in the packet you are receiving with this Ballot (collectively, the "Solicitation Package").

*You should carefully and thoroughly review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and classification and treatment of your Claim under the Plan. Your Claim has been placed in Class 3 under the Plan.*

**THE VOTING DEADLINE IS 5:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 21, 2009.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

**Item 1. Amount of Class 3 Prepetition Financing Claim.**

The undersigned hereby certifies that as of December 15, 2009 (the "Voting Record Date"), the undersigned was the beneficial owner (or authorized signatory for a beneficial owner) of a Class 3 Prepetition Financing Claim in the following aggregate amount (*insert amount in box below*).

$ _____

**Item 2. Certification of Undersigned as an Accredited Investor.**

Please identify whether the undersigned is (a) an "Accredited Investor" as that term is defined by Rule 501 of Regulation D, 17 C.F.R. § 230.501(a), promulgated under the Securities Act of 1933, 15 U.S.C. §§ 77a–77aa (as amended), or (b) the authorized signatory for the beneficial owner of Class 3 Prepetition Financing Claims that is an Accredited Investor.

| Accredited Investor ☐ | Not an Accredited Investor ☐ |
|---|---|

**Item 3. Vote of Class 3 Prepetition Financing Claim.**

The Holder of the Class 3 Prepetition Financing Claim set forth in Item 1 votes to (*please check one*):

| Accept the Plan ☐ | Reject the Plan ☐ |
|---|---|

**Item 4. (Optional) Election to Opt-out of Release Provisions.**

Check the box below if you elect **not** to grant the releases set forth in Article XI of the Plan. Election to withhold consent is at your option. If you submit your Ballot **without** this box checked or do not vote to reject the Plan, you will be deemed to consent to the releases set forth in Article XI of the Plan to the fullest extent permitted by applicable law.

☐ The undersigned elects **not** to grant the releases contained in Article XI of the Plan.

**Item 5. Certifications.**

Upon execution of this Ballot, the undersigned certifies that:

1. as of the Voting Record Date, the undersigned was the beneficial owner (or authorized signatory for a beneficial owner) of Claims arising from Class 3 Prepetition Financing in the amount set forth in Item 1;
2. the Holder is eligible to be treated as the Holder of the Class 3 Prepetition Financing Claim set forth in Item 1 for the purposes of voting on the Plan;
3. by identifying itself as an "Accredited Investor" as set forth in Item 2, the undersigned is (a) an "Accredited Investor" as that term is defined by Rule 501 of Regulation D, 17 C.F.R. § 230.501(a), or (b) the authorized signatory for a beneficial owner of Class 3 Prepetition Financing Claims that is an Accredited Investor;
4. the Holder understands and acknowledges that if Holder does not identify itself as an "Accredited Investor" as set forth in Item 2, (a) the Debtors reserve the right to seek further clarification from the Holder regarding the Holder's actual status as an Accredited Investor, and (b) the Holder's failure to identify itself as an Accredited Investor shall not otherwise affect the tabulation of this Ballot for purposes of voting on the Plan;
5. the Holder has received a copy of the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;
6. the Holder has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;
7. the Holder has cast the same vote with respect to all of the Holder's Class 3 Prepetition Financing Claims;
8. the Holder understands and acknowledges that only the latest-dated Ballot cast and actually received by the Epiq Bankruptcy Solutions, LLC prior to the Voting Deadline with respect to the Class 3 Prepetition Financing Claim set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to the Class 3 Prepetition Financing Claim set forth in Item 1, such other Ballot shall be deemed revoked;

9. the Holder understands and acknowledges that the Voting Agent shall verify the amount of Class 3 Prepetition Financing Claims held by the Holder as of the Voting Record Date set forth in Item 1 by submitting a summary voting report to the Debtors. In the event of a discrepancy that cannot be resolved by the Debtors and the Holder, the amount of Class 3 Prepetition Financing Claims held by such Holder as of the Voting Record Date as provided by the Debtors shall control;

10. the Holder understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the Holder hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the Holder and shall not be affected by, and shall survive, the death or incapacity of the Holder.

**Item 6. Holder Information and Signature.**

Name of Holder:_____
(*print or type*)

Social Security or Federal Tax I.D. No.:_____
(*optional*)

Signature:_____

Name of Signatory:_____
(*if other than Holder*)

Title: _____

Address:_____

_____

_____

Date Completed:_____

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND <u>RETURN IT PROMPTLY BY FACSIMILE OR EMAIL</u> WITH AN ORIGINAL SIGNED COPY BY OVERNIGHT DELIVERY IN THE ENVELOPE PROVIDED TO:**

| |
|---|
| Latham International Ballot Processing Center |
| c/o Epiq Bankruptcy Solutions, LLC |
| 757 Third Avenue |
| Third Floor |
| New York, NY 10017 |
| Facsimile: (646) 282-1804 |
| Email: tabulation@epiqsystems.com |

**YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THE VOTING DEADLINE, WHICH IS <u>5:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 21, 2009</u>**

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING INSTRUCTIONS, PLEASE CALL THE DEBTORS' VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC, AT (646) 282-2500.

## VOTING INSTRUCTIONS

11. As described in the Disclosure Statement, the Debtors are soliciting the votes of Holders of Class 3 Prepetition Financing Claims with respect to the Plan referred to in the Disclosure Statement. The Plan and Disclosure Statement are included in the Solicitation Package you are receiving with the Ballot. Capitalized terms used but not defined herein shall have the meanings assigned to them in the Plan.

12. The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of claims in at least one class that votes on the Plan and if the Plan otherwise satisfies the requirements for confirmation provided by section 1129(a) of the Bankruptcy Code

13. To ensure that your vote is counted, you must: (a) complete the Ballot; (b) indicate your decision either to accept or reject the Plan in Item 3 of the Ballot; and (c) sign and return the Ballot in accordance with the instructions on the Ballot by facsimile to (646) 282-1804 or email to tabulation@epiqsystems.com so that it is actually received by the Voting Deadline. Please send an original, signed copy by overnight delivery in the envelope provided to Latham International Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017.

14. The time by which a Ballot is actually received by Epiq Bankruptcy Solutions, LLC shall be the time used to determine whether a Ballot has been submitted by the Voting Deadline. The Voting Deadline is December 21, 2009, at 5:00 p.m. (prevailing Eastern Time).

15. If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtors determine otherwise or as permitted by the Bankruptcy Court. In all cases, Holders should allow sufficient time to assure timely delivery. No Ballot should be sent to the Debtors or the Debtors' financial or legal advisors.

16. If multiple Ballots are received from an individual Holder with respect to the same Claim prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any previously received Ballot.

17. The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan, to opt-out of the releases set forth in Article XI of the Plan and to make certain certifications with respect thereto. Accordingly, at this time, creditors should not surrender certificates or instruments representing or evidencing their Claims, and the Debtors will not accept delivery of any such certificates or instruments surrendered together with a Ballot.

18. The Ballot does not constitute, and shall not be deemed to be: (a) a proof of claim or interest; or (b) an assertion or admission with respect to any claim or interest.

19. Please be sure to sign and date your Ballot. If you are completing the Ballot on behalf of an Entity, indicate your relationship with that Entity and the capacity in which you are signing.

20. You must vote your entire Class 3 Prepetition Financing Claim either to accept or reject the Plan and may not split your vote. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

21. Any Ballot that is properly completed, executed, and timely returned to the Debtors that fails to indicate acceptance or rejection of the Plan or that indicates both an acceptance and a rejection of the Plan will not be counted.

22. The following Ballots will not be counted in determining the acceptance or rejection of the Plan: (a) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder; (b) any Ballot cast by a Person or Entity that does not hold a Claim or Interest in a Class that is entitled to vote on the Plan; (c) any unsigned Ballot; (d) any Ballot not marked to accept or reject the Plan, or marked both to accept and reject the Plan; and/or (e) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.