# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC. | ) | Case No. 09-14490 (CSS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM MANUFACTURING CORP., | ) | Case No. 09-14491 (CSS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| VIKING POOLS, LLC, | ) | Case No. 09-14494 (CSS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COVERSTAR, LLC, | ) | Case No. 09-14493 (CSS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KAFKO (U.S.) CORP., | ) | Case No. 09-14492 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | **Related Docket No. 2** |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

This matter coming before the Court on the *Motion of the Debtors for Order*

*Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (the

"Motion")[1] filed by the debtors and debtors in possession in the captioned chapter 11 cases (collectively, the "Debtors"); the Court having reviewed the Motion; the Court finding that: (a) jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases for procedural purposes is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1; and (d) service and notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is hereby GRANTED.

2.      The captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3.      The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms not defined herein retain the meaning assigned to them in the Motion.

51407-001\DOCS_DE:155923.2

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., *et al.*[1] | ) | Case No. 09-14490 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

1   The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

4.   In addition, the Debtors request that the Court direct the Clerk to make a

notation substantially similar to the following on the docket of each Debtor:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in case no. 09-14490 (CSS) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:
>
> Latham International, Inc., Case No. 09-14490; Latham Manufacturing Corp., Case No. 09-14491; Viking Pools, LLC, Case No. 09-14494; Coverstar, LLC, Case No. 09-14493; and Kafko (U.S.) Corp., Case No. 09-14492.

Dated: December 23, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

3