# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., et al., [1] | ) | Case No. 09-14490 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Related Docket Nos. 2, 4, 8, 9, 11, 12, 13, 19, 20, 22, 38, 39, 41, 42, 44, 47, 48, 49, 50, 51, 52, 53, 54, 56**

## NOTICE OF FIRST DAY MOTIONS FILED AND ORDERS ENTERED PURSUANT TO DEL.BANKR.L.R. 9013-1(m)(iv)

TO:    (i) the United States Trustee; (ii) counsel to the prepetition secured lenders; (iii) thirty-five (35) largest unsecured creditors in these chapter 11 cases, to the extent not included in the foregoing; and (iv) all other parties required to receive service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that on December 22, 2009, the above-captioned

debtors and debtors in possession (the "Debtors"), filed voluntary petitions for relief under

chapter 11 of title 11 of the United States Code, as Amended by the Bankruptcy Abuse

Prevention and Consumer Protection Act of 2005 (the "Bankruptcy Code") with the Clerk of the

United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented motions

(collectively, the "First Day Motions") at a hearing before the Honorable Christopher S. Sontchi,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Latham International, Inc. (9049); Latham Manufacturing Corp. (9130); Kafko [U.S.] Corp. (0638); Coverstar, LLC (1935); and Viking Pools, LLC (2924). The address for all Debtors is 787 Watervliet-Shaker Rd., Latham, NY 12110.

United States Bankruptcy Court for the District of Delaware on December 23, 2009. The

Bankruptcy Court entered relief on the following First Day Motions and the orders thereon:

a.  *Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (Docket No. 2), attached hereto as Exhibit A-1; and [Signed] *Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (Docket No. 44), attached hereto as Exhibit A-2;

b.  *Application of Debtors for Order Under 28 U.S.C. § 156(c) Authorizing and Approving the Retention of and Appointing Epiq Bankruptcy Solutions, LLC as Noticing and Balloting Agent* (Docket No. 4), attached hereto as Exhibit B-1; and [Signed] *Order Under 28 U.S.C. § 156(c) Authorizing and Approving the Retention of and Appointing Epiq Bankruptcy Solutions, LLC, as Noticing and Balloting Agent* (Docket No. 54), attached hereto as Exhibit B-2;

c.  *Debtors' Motion for an Order Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief* (Docket No. 8), attached hereto as Exhibit C-1; and [Signed] *Order Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Shippers and Warehousemen and Granting Related Relief* (Docket No. 51), attached hereto as Exhibit C-2;

d.  *Motion of the Debtors for Entry of an Order Authorizing the Debtors to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto* (Docket No. 9), attached hereto as Exhibit D-1; and [Signed] *Order Authorizing the Debtors to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto* (Docket No. 48), attached hereto as Exhibit D-2;

e.  *Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 363, and 507(a) for an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* (Docket No. 11), attached hereto as Exhibit E-1; and [Signed] *Order Granting Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 363, and 507(a) for an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Benefits Programs and Pay Related*

*Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* (Docket No. 53), attached hereto as Exhibit E-2;

f.    *Motion of the Debtors for Entry of an Order Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Enter Into New Insurance Policies, (C) Maintain Postpetition Financing of Insurance Premiums, and (D) Enter Into New Postpetition Financing Agreements* (Docket No. 12), attached hereto as Exhibit F-1; and [Signed] *Order Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition, (B) Enter Into New Insurance Policies, (C) Maintain Postpetition Financing of Insurance Premiums, and (D) Enter Into New Postpetition Financing Agreements* (Docket No. 47), attached hereto as Exhibit F-2;

g.    *Motion of the Debtors for Entry of an Order (I) Authorizing, But Not Requiring, the Debtors to Remit and Pay Certain Prepetition Sales and Use and Similar Taxes and Regulatory Fees in the Ordinary Course of Business, and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto* (Docket No. 13), attached hereto as Exhibit G-1; and [Signed] *Order (I) Authorizing, But Not Requiring, the Debtors to Remit and Pay Certain Prepetition Sales and Use and Similar Taxes and Regulatory Fees in the Ordinary Course of Business, and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto* (Docket No. 52), attached hereto as Exhibit G-2;

h.    *Debtors' Motion for Entry of Order (A) Scheduling an Objection Deadline and Combined Hearing on Their Disclosure Statement and Plan Confirmation, (B) Approving Form and Notice of Confirmation Hearing, (C) Establishing Procedures for Objections to Their Plan and Disclosure Statement, (D) Approving Solicitation Procedures and (E) Granting Related Relief* (Docket No. 19), attached hereto as Exhibit H-1; and [Signed] *Order (A) Scheduling an Objection Deadline and Combined Hearing on the Debtors' Disclosure Statement and Plan Confirmation, (B) Approving Form and Notice of Confirmation Hearing, (C) Establishing Procedures for Objections to Plan and Disclosure Statement, (D) Approving Solicitation Procedures and (E) Granting Related Relief* (Docket No. 49), attached hereto as Exhibit H-2;

i.    *Motion of Debtors for Order Under 11 U.S.C. §§ 105, 363 and 503(b) Authorizing, but Not Directing, Debtors to Pay Unimpaired Claims in the Ordinary Course of Business* (Docket No. 20), attached hereto as Exhibit I-1; and [Signed] *Order Under 11 U.S.C. §§ 105, 363 and 503(b) Authorizing, But Not Directing, Debtors to Pay Unimpaired Claims in the*

*Ordinary Course of Business* (Docket No. 56), attached hereto as <u>Exhibit I-2</u>;

j.    *Debtors' Motion for Entry of Order (A) Providing Extension of Time to File Schedules and Statements of Financial Affairs; and (B) Providing for Waiver of Requirement to File Schedules and Statement of Financial Affairs if Plan Becomes Effective Prior to Expiration of Such Extension* (Docket No. 22), attached hereto as <u>Exhibit J-1</u>; and [Signed] *Order Granting Motion (A) Providing Extension of Time to File Schedules and Statements of Financial Affairs; and (B) Providing for Waiver of Requirement to File Schedules and Statement of Financial Affairs if Plan Becomes Effective Prior to Expiration of Such Extension* (Docket No. 50), attached hereto as <u>Exhibit J-2</u>;

k.    *Motion and Order for Admission Pro Hac Vice (Joshua M. Fried of Pachulski Stang Ziehl & Jones LLP)* (Docket No. 38), attached hereto as <u>Exhibit K-1</u>; and [Signed] *Order Granting Motion* (Docket No. 42), attached hereto as <u>Exhibit K-2</u>; and

l.    *Motion and Order for Admission Pro Hac Vice (Maxim B. Litvak of Pachulski Stang Ziehl & Jones LLP)* (Docket No. 39), attached hereto as <u>Exhibit L-1</u>; and [Signed] *Order Granting Motion* (Docket No. 41), attached hereto as <u>Exhibit L-2</u>.

Dated: December 28, 2009        PACHULSKI STANG ZIEHL & JONES LLP

                                   Laura Davis Jones (DE Bar No. 2436)
                                   David M. Bertenthal (CA Bar No. 167624)
                                   Joshua M. Fried (CA Bar No. 181541)
                                   Timothy P. Cairns (DE Bar No. 4228)
                                   919 N. Market Street, 17th Floor
                                   Wilmington, DE 19801
                                   Telephone: 302-652-4100
                                   Facsimile: 302-652-4400
                                   E-mail:ljones@pszyjw.com
                                           dbertenthal@pszjlaw.com
                                         jfried@pszjlaw.com
                                           tcairns@pszjlaw.com

                                   [Proposed] Counsel for Debtors and
                                   Debtors in Possession