IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., et al.,[1] | ) | Case No. 09-14490 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 28th day of December, 2009, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **Notice of First Day Motions Filed and Orders Entered Pursuant to Del. Bankr. L.R. 9013-1(m)(iv)**

_____
Timothy P. Cairns (Bar No. 4228)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Latham International, Inc. (9049); Latham Manufacturing Corp. (9130); Kafko [U.S.] Corp. (0638); Coverstar, LLC (1935); and Viking Pools, LLC (2924). The address for all Debtors is 787 Watervliet-Shaker Rd., Latham, NY 12110.

**Latham International Inc. 2002 First Class Mail Service List**
Case No. 09-14490
Document No. 155938
01 - Interoffice
04 – Hand Delivery
48 – First Class Mail


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Interoffice Mail*
Joshua Fried, Esquire
Maxim Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*Hand Delivery*
(Counsel to Creditors)
Eric D. Schwartz, Esquire
Gregory W. Werkheiser, Esquire
Chad A. Fights, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Wachovia Bank)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*First Class Mail*
(Top 35 Creditor)
Omnova Solutions Inc
Attn: Accounts Payable
PO Box 905162
Charlotte, NC 28290

*First Class Mail*
(Top 35 Creditor)
Michael R Gissy
Attn: Michael Gissy
PO BOX 150
Weston, WV 26452

*First Class Mail*
(Top 35 Creditor)
Pasco County Taxes
Attn: Mike Olson
Po Box 276
Dade City, FL 33526

*First Class Mail*
(Top 35 Creditor)
Primex Plastics Corp
Attn: Accounts Payable
P.O. Box No. 663619
Indianapolis, IN 46266

*First Class Mail*
(Top 35 Creditor)
Saratoga Packaging Specialties
Attn: Accounts Payable
PO Box 3401
Saratoga, NY 12866

*First Class Mail*
(Top 35 Creditor)
Tencate Geosynthetic
Attn: Accounts Payable
PO Box 100288
Atlanta, GA 30384

*First Class Mail*
(Top 35 Creditor)
Channel Prime Allica
Attn: Accounts Payable
PO Box 8500-6566
Philadelphia, PA 19178

*First Class Mail*
(Top 35 Creditor)
Foster Gill
Attn: Jackie Goldston
PO Box 14459
San Luis Obispo, CA 93406

*First Class Mail*
(Top 35 Creditor)
Polytuf Brands
Attn: Accounts Payable
PO Box 75503
Cleveland, OH 44101

*First Class Mail*
(Top 35 Creditor)
Zodiac Pool Systems, Inc
Attn: Accounts Payable
PO Box 202146
Dallas, TX 75320

*First Class Mail*
(Top 35 Creditor)
Nova Packaging
Attn: Accounts Payable
Po Box 785
Golden Bridge, NY 10526

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

*First Class Mail*
(Top 35 Creditor)
DOFASCO
Attn: Accounts Payable
P.O. Box 2460
Hamilton, ONT L8N 3J5

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

*First Class Mail*
(Top 35 Creditor)
MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson Global
Opportunities Partners (Cayman) III L.P.
Attn: Raph Posner
520 Madison Avenue, 35th Floor
New York, NY 10022-4213

*First Class Mail*
(Top 35 Creditor)
Canadian General Tower
Attn: Cythnia Todd
52 Middleton Street
Cambridge, ON N1R 5T6

*First Class Mail*
(Counsel to the Agent)
Caroline Hubbell Yingling, Esquire
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003

*First Class Mail*
(Counsel to the Creditors)
Lenard M. Parkins, Esquire
Jonathan Hook, Esquire
David Liebenstein, Esquire
Haynes & Boone, LLP
1221 Avenue of the Americas, 26th Floor
New York, NY 10020

*First Class Mail*
(Top 35 Creditor)
Apollo Investment Corporatiion
Attn: Gerald Gerardi
9 West 57th Street
New York, NY 10019

*First Class Mail*
(Top 35 Creditor)
Pool Partners LLP
Attn: Mike McQueeney
c/o Summer Street Capital Partners
70 W.Chippewa Street, Suite 500
Buffalo, NY 14202

*First Class Mail*
(Top 35 Creditor)
Huersch Inc.
Attn: Tom Hueter
12 Enterprise Avenue
Clifton Park, NY 12065

*First Class Mail*
(Top 35 Creditor)
Mercer Color Corporation
Attn: Accounts Payable
425 Hardin Street
Coldwater, OH  45828

*First Class Mail*
(Top 35 Creditor)
Composites One LLC
Attn: Roxanne Witzel
4526 Paysphere Circle
Chicago, IL  60674

*First Class Mail*
(Top 35 Creditor)
Huie, Fernambucq & S
Attn: Jim Shaffer
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL  35223

*First Class Mail*
(Top 35 Creditor)
American Cord & Webb
Attn: Accounts Payable
88 Century Drive
Woodsocket, RI  02895

*First Class Mail*
(Top 35 Creditor)
Midland Central Appraisal District
Attn: Ron Stegall
4631 Andrews Hwy
Po Box 908002
Midland, TX  79708

*First Class Mail*
(Top 35 Creditor)
Bamberger Polymers Inc.
Attn: Accounts Payable
Two Jericho Plaza
Suite 109
Jericho, NY  11753

*First Class Mail*
(Top 35 Creditor)
I2M
Attn: Doug Seigrist
755 Oakhill Road
Crestwood Industrial Park
Mountain Top, PA  18707

*First Class Mail*
(Top 35 Creditor)
Marion County Treasurer
Attn: Mike Rodman
City County Building
200 E Washington St
Room 1001
Indianapolis, IN  46204

*First Class Mail*
(Top 35 Creditor)
Spartech
Attn: Accounts Payable
96868 Collections Center Drive
Chicago, IL  60693

*First Class Mail*
(Top 35 Creditor)
GAIA TECH, INC
Attn: Chris Blume
200 North Lasalle Street, Suite 2600
Chicago, IL  60601

*First Class Mail*
(Top 35 Creditor)
Astral
Attn: Tom Quinlan
8525 Mallory Road
Jacksonville, FL  32220

*First Class Mail*
(Top 35 Creditor)
Worthington Steel
Attn: Accounts Payable
6503 County RD. 10
Delta, OH  43515

*First Class Mail*
(Top 35 Creditor)
Tritech Fall Protection Systems Inc
Attn: Accounts Payable
4071-D LB Mc Leod Road
Orlando, FL 32811

*First Class Mail*
(Top 35 Creditor)
Polyfil Corporation
Attn: Accounts Payable
74 Green Pond Road
PO Box 130
Rockaway, NJ 07866

*First Class Mail*
(Top 35 Creditor)
Lumite Inc.
Attn: Accounts Payable
1515 N County Line Road
Alto, GA 30510

*First Class Mail*
(Top 35 Creditor)
JB Tool & Die
Attn: Accounts Payable
1509 Dividend Road
Fort Wayne, IN 46808

*First Class Mail*
(Top 35 Creditor)
James Zanzer
Attn: MaryAnne Zander
7879 Winans Lake Road
Brighton, MI 48116

*First Class Mail*
(Top 35 Creditor)
Mate Precision Tooli
Attn: Accounts Payable
1295 Lund Boulevard
Anoka, MN 55303

*First Class Mail*
(Top 35 Creditor)
Pexco Athol
Attn: Accounts Payable
5997 Collections Center Drive
Chicago, IL 60693