IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., et al.,[1] | ) | Case No. 09-14490 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 70 |

Objection Deadline: January 7, 2010, at 4:00 p.m. prevailing Eastern time
Hearing Date: January 8, 2010, at 9:00 a.m. prevailing Eastern time

## NOTICE OF DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF EXPENSE DEPOSIT AND EXPENSE REIMBURSEMENTS TO PROPOSED EXIT FACILITY LENDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b)

TO:   (i) the Office of the United States Trustee; (ii) counsel to the prepetition secured lenders; (iii) the creditors holding the thirty-five (35) largest unsecured claims against the Debtors on a consolidated basis or their counsel (if known); and (iv) those parties who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that on January 4, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed (a) the *Debtors' Motion for Order Authorizing Payment of Expense Deposit and Expense Reimbursements to Proposed Exit Facility Lender Pursuant to 11 U.S.C. §§ 105(a) and 363(b)* (the "Motion," Docket No. 70) and (b) the *Motion to Fix a Hearing Date and Objection Date and Shorten Time on Debtors' Motion for Order Authorizing Payment of Expense Deposit and Expense Reimbursements to Proposed Exit Facility Lender Pursuant to 11 U.S.C. §§ 105(a) and 363(b)* (the "Motion to Shorten," Docket No. 71) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Latham International, Inc. (9049); Latham Manufacturing Corp. (9130); Kafko [U.S.] Corp. (0638); Coverstar, LLC (1935); and Viking Pools, LLC (2924). The address for all Debtors is 787 Watervliet-Shaker Rd., Latham, NY 12110.

51407-001\DOCS_DE:156395.1

Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served a copy of the Motion and the Motion to Shorten.

**PLEASE TAKE FURTHER NOTICE** that on January 6, 2010, the Bankruptcy Court entered the *Order Granting Motion to Fix a Hearing Date and Objection Date and Shorten Time on Debtors' Motion for Order Authorizing Payment of Expense Deposit and Expense Reimbursements to Proposed Exit Facility Lender Pursuant to 11 U.S.C. §§ 105(a) and 363(b)* (the "Order"). A copy of the Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **January 7, 2010, at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) proposed counsel to the Debtors: (a) Laura Davis Jones, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801); (ii) the Office of the United States Trustee: (a) Thomas Tinker, Esq., United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; (iii) counsel to the agent: (a) Caroline Hubbell Yingling, Esq., Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, North Carolina 28202-4003 and (b) Francis A. Monaco, Jr., Esq., Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801; (iv) counsel to the steering group: (a) Lenard M. Parkins, Esq. and Jonathan Hook, Esq., Haynes and Boone LLP, 1221 Avenue of the Americas, 26th Floor, New York, New York 10020 and (b) Eric D.

Schwartz, Esq. and Gregory W. Werkheiser, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 18th Floor, Wilmington, Delaware 19801; and (v) counsel to any official committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JANUARY 8, 2010, AT 9:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON DELAWARE 19801.

Dated: January 6, 2010

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ signature_

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (DE Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszyjw.com
       dbertenthal@pszjlaw.com
       jfried@pszjlaw.com
       tcairns@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession