# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LATHAM INTERNATIONAL, INC., et al.,[1] | ) Case No. 09-14490 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket Nos. 16 and 57 |
| | ) |

Objection Deadline: January 15, 2010, at 4:00 p.m. (prevailing Eastern time)
Hearing Date: January 21, 2010, at 3:00 p.m. (prevailing Eastern time)

## NOTICE OF COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on December 22, 2009, the captioned debtors and debtors in possession in the above entitled cases (the "Debtors") commenced chapter 11 bankruptcy cases. On December 22, 2009, the Debtors filed their *Prepackaged Joint Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code* (the "Plan")[2] in which they seek, *inter alia*, the approval of the United States Bankruptcy Court of the assumption and assignment of substantially all their executory contracts and unexpired leases (the "Assumed Contracts") that have not previously terminated or expired according to their terms, including but not limited to those identified on Exhibit A hereto.[3]

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Plan.

[3] Pursuant to the Plan, the Debtors reserve the right to identify any of the Assumed Contracts as contracts to be rejected by identifying such agreements in the Plan Supplement or by motion filed prior to the Confirmation Hearing; the Debtors will provide notice of any such rejection to the affected party.

**PLEASE TAKE FURTHER NOTICE** that if your Assumed Contract is with Debtor Viking Pools, LLC, then your Assumed Contract will be assumed by Reorganized Viking. If your Assumed Contract is with Debtor Coverstar, LLC, then your Assumed Contact will be assumed by Reorganized Coverstar.[4] If your Assumed Contract is with either Debtor Latham Manufacturing Corp, Latham International, Inc., or Kafko (U.S.) Corp, then your Assumed Contract will be assumed by the applicable Debtor and assigned to New Opco, which is the company acquiring all of the assets of Latham Manufacturing Corp, Latham International, Inc. or Kafko (U.S.) Corp., pursuant to the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the confirmation of the Plan has been set for January 21, 2010, at 3:00 p.m. (the "Confirmation Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors believe that there are no Cure Amounts for the Assumed Contract listed on Exhibit A as of January 6, 2010.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will deliver a copy of the Plan to you by facsimile, email, or overnight delivery if you fax a written request for such delivery to Laura Davis Jones, Esquire, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801. Such request must specify how the information is to be transmitted.

---

[4] As set forth under the Plan "Reorganized Viking" and "Reorganized Coverstar" means Viking Pools, LLC and Coverstar, LLC, respectively, following the date upon which the Plan becomes effective.

**PLEASE TAKE FURTHER NOTICE** that if you disagree that there are no Cure Amounts for the Assumed Contracts on <u>Exhibit A</u> or disagree with the proposed assumption and/or assignment of the Assumed Contract, you must file in writing with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, an objection on or before 4:00 p.m. Eastern time on January 15, 2010.

**PLEASE TAKE FURTHER NOTICE** that any objection so filed must be served so as to be received by that same date and time upon the attorneys below:

    a.    proposed counsel to the Debtors: (a) Laura Davis Jones, Esq. and Joshua M. Fried, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801);

    b.    counsel to the Agent, Moore & Van Allen PLLC, Suite 4700, 100 North Tryon Street, Charlotte, North Carolina 28202, attn: David L. Eades, Esq. and Luis Lluberas-Oliver, Esq.;

    c.    counsel to Steering Group, Haynes & Boone, LLP, 1221 Avenue of the Americas, 26th Floor, New York, New York, 10020, attn: Lenard Parkins, Esq.;

    d.    the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801; and

    e.    those parties who have a filed a notice of appearance in the Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT**

THE RELIEF REQUESTED IN THE PLAN WITH NO FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated: January 6, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (DE Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszyjw.com
dbertenthal@pszjlaw.com
mseidl@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

[Proposed] Counsel for Debtors and
Debtors in Possession