IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., et al.,[1] | ) | Case No. 09-14490 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Seidl, hereby certify that on this 6th day of January 2010, I caused a true and correct copy of the following document to be served upon the party on the attached service list in the manner indicated thereon:

1. Notice of Counterparties to Executory Contracts and Unexpired Leases that May Be Assumed and Assigned.

_/s/ Michael R. Seidl_
Michael R. Seidl (Bar No. 3889)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

51407-001\DOCS_DE:156426.1

**Latham International Inc. Cure Notice**
**Service List**
Case No. 09-14490 (CSS)
Doc. No. 156425
001 – First Class Mail

*First Class Mail*
(Property: Software)
PC Connection, Inc.
Attn: Tim Selby
Route 101A, 730 Milford Road
Merrimack, NH 03054-4631

**Latham International Inc. Cure Notice Service List**
Case No. 09-14490 (CSS)
Doc. No. 156410
102 – First Class Mail

*First Class Mail*
(Property: 1795 West 200 North, Lindon, UT 84042)
LCS, LLC
815 W. Blue Spruce Dr
Alpine, UT 84004

*First Class Mail*
(Property: 3036 Madan Park Drive, Indianapolis, Indiana 42641)
Terranova West, LLC
815 W. Blue Spruce Dr
Alpine, UT 84004

*First Class Mail*
(Property: 9611 Oates Drive, Unit C, Sacramento, CA)
Foster-Gill, Inc.
6065 Anneford Circle
St. Louis Obispo, CA 93401

*First Class Mail*
(Property: 10748, 10750, 10752 Hi-tech Drive, Whitmore Lake, Michigan 48189)
James Zander
7879 Winans Lake Road
Brighton, MI 48116

*First Class Mail*
(Property: 605 Satellite Boulevard, Suwanee, GA 30024)
TIAA - CREF Mortgage & Real Estate
Attn: Asset Manager
8500 Andrew Carnegie Blvd
Charlotte, NC 28262

*First Class Mail*
(Property: Scotia Building 604, Bay 4 (Warehouse), Scotia, NY 12302 )
Scotia Associates, Inc
695 Rotterdam Industrial Park
Schenectady, NY 12306

*First Class Mail*
(Property: Scotia Building 706 Lease: Scotia Associates, Scotia, NY 12302)
Scotia Associates, Inc
695 Rotterdam Industrial Park
Schenectady, NY 12306

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort Wayne 46804)
6930 Gettysburg LLC c/o Phoenix Asset Management LLC
1205 Franklin Avenue, Suite 110
Garden City, NY 11530

*First Class Mail*
(Property: 6932 Gettysburg Pike, Fort Wayne 46804)
6932 Gettysburg LLC c/o Phoenix Asset Management LLC
1205 Franklin Avenue, Suite 110
Garden City, NY 11530

*First Class Mail*
(Property: 54 County Road, Zephyrhills, Florida 33540)
Stahl Family Farms, LLC
17832 Windsor Lane
Anderson, CA 96007

*First Class Mail*
(Property: 176 Viking Drive, Jane Lew, West Virginia 26378)
Stahl Family Farms, LLC
17832 Windsor Lane
Anderson, CA 96007

*First Class Mail*
(Property: 1473 Industrial Park Road, Jane Lew, West Virginia)
Stahl Family Farms, LLC
17833 Windsor Lane
Anderson, CA 96007

*First Class Mail*
(Property: 10600 West I-20 East, Odessa, Texas)
Stahl Family Farms, LLC
17832 Windsor Lane
Anderson, CA 96007

*First Class Mail*
(Property: 121 Crawford Road, Williams, California 95987)
Real Leasing, LLC
17832 Windsor Lane
Anderson, CA 96007

*First Class Mail*
(Property: 121 Crawford Road, Williams, California 95987)
Alan K. and Ruth E Stahl Trustees
17833 Windsor Lane
Anderson, CA 96007

*First Class Mail*
(Property: Capital lease on laser contract 003-3000922-000)
Sovereign Bank
P.O. Box 14833
Reading, PA 19612-4833

*First Class Mail*
(Property: Capital lease on STOPA and brake contracts 001-0140581-701, 001-0140581-700)
Wells Fargo Equipment Finance
PO Box 1450
Minneapolis, MN 55485-8178

*First Class Mail*
(Property: Rental contract on welding tanks)
Humphries Welding Supply
P.O. Box 1015
American Fork, UT 84003

*First Class Mail*
(Property: Rental contract on nitrogen tanks)
Praxair Distribution, Inc.
PO Box 120812
Dallas, TX 75312-0812

*First Class Mail*
(Property: 45ft Trailer lease #0373)
Atlas Sales & Leasing
1343 Swallows Walk
Grayson, GA 30017

*First Class Mail*
(Property: Sacramento - Postage Meter Model U-1)
Franco Postalia
PO Box 4272
Carol Stream, IL 60122-4272

*First Class Mail*
(Property: Forklift rental - Mitsubishi FGC18NLP)
GE Capital
P.O. Box 7247-7878
Philadelphia, PA 19170-7878

*First Class Mail*
(Property: Georgia - Ricoh MP3500)
Le Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1601

*First Class Mail*
(Property: Sacramento - mailing machine)
Marlin Leasing Corp
P.O. Box 13604
Philadelphia, PA 19101-3604

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort Wayne 46804)
Fifth Third Bank, Central Indiana
PO Box 630756
Cincinnati, OH  45263-0756

*First Class Mail*
(Property: Master Lease Agreement - 3138541 - Computer Equipment)
IBM Credit Corp
4111 Northside Pkwy
Atlanta, GA  30327

*First Class Mail*
(Property: Suwanee: Thompson & Johnson: Fork Truck Rental 7FBU25 #68255)
Toyota Motor Credit Corp. Commercial Finance
PO Box 2431
Carol Stream, IL  60132-2431

*First Class Mail*
(Property: Suwanee: Thompson & Johnson: Fork Truck Rental 7FBU25 #68295)
Toyota Motor Credit Corp. Commercial Finance
PO Box 2431
Carol Stream, IL  60132-2431

*First Class Mail*
(Property: Latham: Comdoc Ricoh 1515 Copier - H. Simboli)
Comdoc Inc.
PO Box 6434
Carol Stream, IL  60197-6434

*First Class Mail*
(Property: Latham: Comdoc Ricoh 1515FCPO Copier - Fox)
Comdoc Inc.
PO Box 6434
Carol Stream, IL  60197-6434

*First Class Mail*
(Property: Latham: Pitney Bowes DM500 Mailing Equipment)
Pitney Bowes Global Financial Services LLC
First Express Remittance Processing
5101 Interchange Way
Louisville, KY  40229-2161

*First Class Mail*
(Property: 787 Watervliet Shaker Road, Latham, NY 12110)
Comdoc Inc.
PO Box 6434
Carol Stream, IL  60197-6434

*First Class Mail*
(Property: FWP Ricoh Aficio MP1618SPF Copier )
Comdoc Inc.
PO Box 6434
Carol Stream, IL  60197-6434

*First Class Mail*
(Property: Latham: 72525 Copier -Corp)
Comdoc Inc.
PO Box 6434
Carol Stream, IL  60197-6434

*First Class Mail*
(Property: Xerox Copier Model 4118 - Jamie)
Comdoc Inc.
PO Box 6434
Carol Stream, IL  60197-6434

*First Class Mail*
(Property: 605 Satellite Boulevard, Suwanee, GA 30024)
Toyota Motor Credit Corp. Commercial Finance
PO Box 2431
Carol Stream, IL  60132-2431

*First Class Mail*
(Property: 787 Watervliet Shaker Road,
Latham, NY 12110)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: 787 Watervliet Shaker Road,
Latham, NY 12110)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: 787 Watervliet Shaker Road,
Latham, NY 12110)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: 787 Watervliet Shaker Road,
Latham, NY 12110)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: 787 Watervliet Shaker Road,
Latham, NY 12110)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: Scotia: Magestix 1M4510 Copier)
Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796

*First Class Mail*
(Property: Toyota Motor Credit - Forklift '97
Taylor, TC300S)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: Toyota Motor Credit - Forklift
Atlet, UFS 200)
Toyota Motor Credit Corp. Commercial
Finance
PO Box 2431
Carol Stream, IL 60132-2431

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort
Wayne 46804 - Pure Water Tec)
Marlin Business Services Corp
PO Box 13604
Philadelphia, PA 19101-3604

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort
Wayne 46804 - Pure Water Tec)
Marlin Business Services Corp
PO Box 13604
Philadelphia, PA 19101-3604

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort
Wayne 46804 - FWP Sharp Copier
ARM317)
Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort
Wayne 46804)
Adams Remco Inc
PO Box 3968
South Bend, IN 46619-0968

*First Class Mail*
(Property: 6930 Gettysburg Pike, Fort Wayne 46804)
Adams Remco Inc
PO Box 3968
South Bend, IN  46619-0968

*First Class Mail*
(Property: HR 6930 Gettysburg Pike, Fort Wayne 46804)
Adams Remco Inc
PO Box 3968
South Bend, IN  46619-0968

*First Class Mail*
(Property: Vinyl Dept.  6930 Gettysburg Pike, Fort Wayne 46804)
Adams Remco Inc
PO Box 3968
South Bend, IN  46619-0968

*First Class Mail*
(Property: Trash removal contract)
Waste Management of Utah
PO Box 78251
Phoenix, AZ  85062-8251

*First Class Mail*
(Property: Cell phone contracts)
Sprint/Nextel
PO Box 4181
Carol Stream, IL  60197-4181

*First Class Mail*
(Property: INDIANA phone and internet services)
Paetec
PO Box 3177
Cedar Rapid, IA  52406-3177

*First Class Mail*
(Property: UTAH phone and internet services)
Integra Telecom
265 East 100 South Suite 200
Salt Lake City, UT  84115

*First Class Mail*
(Property: Had a purchase contract for 2009, agreed to fulfill purchase obligations in 2010)
The William L Bonnell Co.
CS Drawer 198638
Atlanta, GA  30384-8638

*First Class Mail*
(Property: Security system monitoring)
ADT Security Services Inc.
P.O. Box 371967
Pittsburgh, PA  15250-7967

*First Class Mail*
(Property: Security system monitoring)
Protection One
PO Box 5714
Carol Stream, IL  60197-5714

*First Class Mail*
(Property: Michigan - security monitoring)
Allstar Alarm
P.O. Box 2018
Howell, MI  48844

*First Class Mail*
(Property: Domain Hosting)
CAL Internet Services
P.O. Box 4784
El Dorado Hills, CA  95762-4784

*First Class Mail*
(Property: Michigan - waste removal)
Waste Management of MI
48797 Alpha Drive, Ste 150
Wixom, MI  48393

*First Class Mail*
(Property: Sacramento - waster removal)
Waste Management of Sacramento
8761 Younger Creek Drive
Sacramento, CA  95828

*First Class Mail*
(Property: Sacramento - Xerox copier Model 7425)
Wells Fargo
P.O. Box 6434
Carol Stream, IL 60197-6434

*First Class Mail*
(Property: Insurance Finance Agreement - AON ( General Liability, Property, Ocean Cargo,))
Aon Premium Finance LLC
200 E Randolph Street
Chicago, IL 60601

*First Class Mail*
(Property: Brokerage Fee Agreement (Workmans Comp/Auto))
Rose & Kiernan, Inc
99 Troy Road
East Greenbush, NY 12061

*First Class Mail*
(Property: Brokerage Fee Agreement (Genera;l Liability/Property))
AON Risk Services, Inc.
8182 Maryland Ave
St. Louis, MO 63105

*First Class Mail*
(Property: 2009 Audit Services)
McGladrey Pullen - Certified Public Accountants
One Valley Square, Ste. 250
512 Township Line Road
Blue Bell, PA 19422-2700

*First Class Mail*
(Property: 2010 Supply Agreement)
PoolCorp
109 North Park Boulevard
Covington, LA 70433-5521

*First Class Mail*
(Property: Claims Agent)
EPIQ Bankruptcy Solutions
757 Third Avenue, Third Floor
New York, NY 10017

*First Class Mail*
(Property: Accounting and Finance - restructuring)
Moelis & Company, LLC
399 Park Avenue, 5th Floor
New York, NY 10022

*First Class Mail*
(Property: Uniform Rental and Cleaning Scotia & Latham)
Unifirst
157 Troy Schenectady Road
Watervliet, NY 12189

*First Class Mail*
(Property: Waste Disposal - 787 Watervliet - Shaker Rd - Service Agreement)
Waste Management of New York LLC
8 Binghamton Street
Albany, NY 12202

*First Class Mail*
(Property: Waste Disposal - 706 Corporations Park - Service Agreement)
Waste Management of New York LLC
8 Binghamton Street
Albany, NY 12202

*First Class Mail*
(Property: Service Agreement - All US Divisions)
United Parcel Service
PO Box 7247
Philadelphia, PA 19170

*First Class Mail*
(Property: Resources)
Free Agent Placement, LLC
5 Cherry Tree Lane
Saratoga, NY 12866

*First Class Mail*
(Property: ERP System/Hardware)
IBM Credit LLC
4111 Northside Parkway
Atlanta, GA 30327

*First Class Mail*
(Property: Phone System)
TAG Solutions
12 Elmwood Road
Menands, NY 12204

*First Class Mail*
(Property: Leased Printers)
Repeat Business Systems (Key Equipment Finance Inc)
1000 5 McCaslin Blvd
Superior, CO 80027

*First Class Mail*
(Property: Network/Phone Lines)
Global Crossing
PO Box 741276
Cincinnati, OH 45274

*First Class Mail*
(Property: ERP HW Maintenance/RFID)
Nutech
2976 Ivanrest Street, Suite 105
Grandville, MI 49418

*First Class Mail*
(Property: Video Conference Equipment)
IVCi, LLC
601 Old Willets Path
Hauppauge, NY 11788

*First Class Mail*
(Property: Network/Colo)
Time Warner Telecom
TW Telecom
10 Airline Dr.
Albany, NY 12205-1025

*First Class Mail*
(Property: Telephone)
Mettel Phone Lines
44 Wall Street, 6th floor
New York, NY 10005

*First Class Mail*
(Property: Cell Phones)
Verizon
PO Box 408
Newark, NJ 07101-0408

*First Class Mail*
(Property: Website Monitoring Software/Veritas Backup Software, Kaspersky Anit Virus Software, VMWare)
PC Connection
730 Milford Road
Merrimack, NH 03054

*First Class Mail*
(Property: Helpdesk Software)
Zoho Corp
4900 Hopyard Rd, Suite 310
Pleasanton, CA 94588

*First Class Mail*
(Property: Router HW Maintenance)
P&J Computers, Inc
1 Highland Avenue
Albany, NY 12205

*First Class Mail*
(Property: ERP Software)
Infor Global Solutions, Inc
NM 5421, PO Box 1450
Minneapolis, MN 55485-5421

*First Class Mail*
(Property: Microsoft Software)
Varesources
800 Walnut Street
MACF4031-040
Des Moines, IA 50309

*First Class Mail*
(Property: Webinar Software)
Webex
P.O. Box 49216
San Jose, CA 95161-49216

*First Class Mail*
(Property: Internet & Phone Service)
ITC Delta COM
P.O. Box 740597
Atlanta, GA 30374-0597

*First Class Mail*
(Property: Leased Equipment)
Air Technologies
P.O. Box 38, 4200 1st Avenue, Suite 114
Nitro, WV 25143-0038

*First Class Mail*
(Property: Internet Service)
Bell South
2180 Lake Boulevard, 7th Floor
Atlanta, GA 30319

*First Class Mail*
(Property: Internet Service-DS3 LINE)
City Net
113 Platinum Drive
Bridgeport, WV 26330

*First Class Mail*
(Property: Internet Service)
Frontier
1010 Main Street
PO Box 110
Susanville, CA 96130

*First Class Mail*
(Property: Latham Manufacturing Corp - Corporate)
Mark Laven
37 Hills Road
Loudonville, NY 12211

*First Class Mail*
(Property: Latham Manufacturing Corp - Corporate)
Gary Whitcher
820 Greenthorne Blvd
Schenectady, NY 12303

*First Class Mail*
(Property: Latham Manufacturing Corp - Corporate)
Scott Hollander
380 Krumkill Road
Albany, NY 12203

*First Class Mail*
(Property: Latham Manufacturing Corp - Coverstar)
Doug Larson
9845 North 6130 West
Highland, UT 84003

*First Class Mail*
(Property: Viking Pools, LLC)
Tom Straub
132 Pleasant Ridge
Bridgeport, WV 26330

*First Class Mail*
(Property: Viking Pools, LLC)
Jeff Dryja
1655 Limestone Run Road
Weston, WV 36452

*First Class Mail*
(Property: Viking Pools, LLC)
Robert Marra
10 Lee Ann Lane
Bridgeport, WV 26330

**Latham International Inc. 2002 First Class Mail Service List**
Case No. 09-14490
Document No. 155938
01 - Interoffice
04 – Hand Delivery
51 – First Class Mail


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Interoffice Mail*
Joshua Fried, Esquire
Maxim Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*Hand Delivery*
(Counsel to Creditors)
Eric D. Schwartz, Esquire
Gregory W. Werkheiser, Esquire
Chad A. Fights, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Wachovia Bank)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*First Class Mail*
(Top 35 Creditor)
Omnova Solutions Inc
Attn: Accounts Payable
PO Box 905162
Charlotte, NC 28290

*First Class Mail*
(Top 35 Creditor)
Michael R Gissy
Attn: Michael Gissy
PO BOX 150
Weston, WV 26452

*First Class Mail*
(Top 35 Creditor)
Pasco County Taxes
Attn: Mike Olson
Po Box 276
Dade City, FL 33526

*First Class Mail*
(Top 35 Creditor)
Primex Plastics Corp
Attn: Accounts Payable
P.O. Box No. 663619
Indianapolis, IN 46266

*First Class Mail*
(Top 35 Creditor)
Saratoga Packaging Specialties
Attn: Accounts Payable
PO Box 3401
Saratoga, NY 12866

*First Class Mail*
(Top 35 Creditor)
Tencate Geosynthetic
Attn: Accounts Payable
PO Box 100288
Atlanta, GA 30384

*First Class Mail*
(Top 35 Creditor)
Channel Prime Allica
Attn: Accounts Payable
PO Box 8500-6566
Philadelphia, PA 19178

*First Class Mail*
(Top 35 Creditor)
Foster Gill
Attn: Jackie Goldston
PO Box 14459
San Luis Obispo, CA 93406

*First Class Mail*
(Top 35 Creditor)
Polytuf Brands
Attn: Accounts Payable
PO Box 75503
Cleveland, OH 44101

*First Class Mail*
(Top 35 Creditor)
Zodiac Pool Systems, Inc
Attn: Accounts Payable
PO Box 202146
Dallas, TX 75320

*First Class Mail*
(Top 35 Creditor)
Nova Packaging
Attn: Accounts Payable
Po Box 785
Golden Bridge, NY 10526

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

*First Class Mail*
(Top 35 Creditor)
DOFASCO
Attn: Accounts Payable
P.O. Box 2460
Hamilton, ONT L8N 3J5

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to tw telecom inc.)
Linda Boy.e, Esquire
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

*First Class Mail*
(Top 35 Creditor)
MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson Global
Opportunities Partners (Cayman) III L.P.

Attn: Raph Posner
520 Madison Avenue, 35th Floor
New York, NY 10022-4213

*First Class Mail*
(Top 35 Creditor)
Canadian General Tower
Attn: Cythnia Todd
52 Middleton Street
Cambridge, ON N1R 5T6

*First Class Mail*
(Counsel to the Agent)
Caroline Hubbell Yingling, Esquire
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003

*First Class Mail*
(Counsel to the Creditors)
Lenard M. Parkins, Esquire
Jonathan Hook, Esquire
David Liebenstein, Esquire
Haynes & Boone, LLP
1221 Avenue of the Americas, 26th Floor
New York, NY 10020

*First Class Mail*
(Top 35 Creditor)
Apollo Investment Corporatiion
Attn: Gerald Gerardi
9 West 57th Street
New York, NY 10019

*First Class Mail*
(Top 35 Creditor)
Pool Partners LLP
Attn: Mike McQueeney
c/o Summer Street Capital Partners
70 W.Chippewa Street, Suite 500
Buffalo, NY 14202

*First Class Mail*
(Top 35 Creditor)
Huersch Inc.
Attn: Tom Hueter
12 Enterprise Avenue
Clifton Park, NY 12065

*First Class Mail*
(Top 35 Creditor)
Mercer Color Corporation
Attn: Accounts Payable
425 Hardin Street
Coldwater, OH 45828

*First Class Mail*
(Top 35 Creditor)
Composites One LLC
Attn: Roxanne Witzel
4526 Paysphere Circle
Chicago, IL 60674

*First Class Mail*
(Top 35 Creditor)
Huie, Fernambucq & S
Attn: Jim Shaffer
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223

*First Class Mail*
(Top 35 Creditor)
American Cord & Webb
Attn: Accounts Payable
88 Century Drive
Woodsocket, RI 02895

*First Class Mail*
(Top 35 Creditor)
Chief Appraiser
Midland Central Appraisal District
4631 Andrews Hwy
Po Box 908002
Midland, TX 79708

*First Class Mail*
(Top 35 Creditor)
Bamberger Polymers Inc.
Attn: Accounts Payable
Two Jericho Plaza
Suite 109
Jericho, NY 11753

*First Class Mail*
(Top 35 Creditor)
I2M
Attn: Doug Seigrist
755 Oakhill Road
Crestwood Industrial Park
Mountain Top, PA 18707

*First Class Mail*
(Top 35 Creditor)
Marion County Treasurer
Attn: Mike Rodman
City County Building
200 E Washington St
Room 1001
Indianapolis, IN 46204

*First Class Mail*
(Top 35 Creditor)
Spartech
Attn: Accounts Payable
96868 Collections Center Drive
Chicago, IL 60693

*First Class Mail*
(Top 35 Creditor)
GAIA TECH, INC
Attn: Chris Blume
200 North Lasalle Street, Suite 2600
Chicago, IL 60601

*First Class Mail*
(Top 35 Creditor)
Astral
Attn: Tom Quinlan
8525 Mallory Road
Jacksonville, FL 32220

*First Class Mail*
(Top 35 Creditor)
Worthington Steel
Attn: Accounts Payable
6503 County RD. 10
Delta, OH 43515

*First Class Mail*
(Top 35 Creditor)
Tritech Fall Protection Systems Inc
Attn: Accounts Payable
4071-D LB Mc Leod Road
Orlando, FL 32811

*First Class Mail*
(Top 35 Creditor)
Polyfil Corporation
Attn: Accounts Payable
74 Green Pond Road
PO Box 130
Rockaway, NJ 07866

*First Class Mail*
(Top 35 Creditor)
Lumite Inc.
Attn: Accounts Payable
1515 N County Line Road
Alto, GA 30510

*First Class Mail*
(Top 35 Creditor)
JB Tool & Die
Attn: Accounts Payable
1509 Dividend Road
Fort Wayne, IN 46808

*First Class Mail*
(Top 35 Creditor)
James Zanzer
Attn: MaryAnne Zander
7879 Winans Lake Road
Brighton, MI 48116

*First Class Mail*
(Top 35 Creditor)
Mate Precision Tooli
Attn: Accounts Payable
1295 Lund Boulevard
Anoka, MN 55303

*First Class Mail*
(Top 35 Creditor)
Pexco Athol
Attn: Accounts Payable
5997 Collections Center Drive
Chicago, IL 60693

*First Class Mail*
(Creditor)
Sheryl L. Moreau, Esquire
Missouri Dept. of Revenue
General Counsel Office
301 W. High Street, Room 670
Jefferson City, MO 65101

*First Class Mail*
(Counsel to Worthington)
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215