# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., et al.,[1] | ) | Case No. 09-14490 (CSS) |
| | ) | (Joint Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 16 and 18** |

## PLAN SUPPLEMENT WITH RESPECT TO PREPACKAGED JOINT PLAN OF REORGANIZATION OF LATHAM INTERNATIONAL INC., ET AL. UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

This Plan Supplement is being filed pursuant to, in support of, and in connection with confirmation of the *Prepackaged Joint Plan of Reorganization of Latham International Inc., et al. Under Chapter 11 of the Bankruptcy Code* [Docket No. 16] dated December 22, 2009.

Dated: January /[/, 2010    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ signature*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (DE Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszyjw.com
    dbertenthal@pszjlaw.com
    mseidl@pszjlaw.com
    jfried@pszjlaw.com
    tcairns@pszjlaw.com

[Proposed] Counsel for Debtors and
Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

| 1. | Loan and Security Agreement between Coverstar, LLC and Viking Pools, LLC, as U.S. Borrowers, Latham Splash Canada Inc., as Canadian borrower, and Bank of America, as lender |
|---|---|
| 2. | Pledge Agreement |
| 3. | Patent Security Agreement |
| 4. | Trademark Security Agreement |
| 5. | Copyright Security Agreement |
| 6. | Hazardous Materials Indemnity Agreement |
| 7. | Canadian Intellectual Property Security Agreement |
| 8. | Master Note Agreement between LMH I, Inc., LMH II, Inc. and the holders' representative |
| 9. | Form of $20 million Note |
| 10. | Security Agreement between LMH I, Inc. and the holders' representative |
| 11. | LMH I, Inc. Certificate of Incorporation |
| 12. | LMH I, Inc. Bylaws |
| 13. | LMH II, Inc. Certificate of Incorporation |
| 14. | LMH II, Bylaws |
| 15. | Latham Corporation Certificate of Incorporation |
| 16. | Latham Corporation Bylaws |
| 17. | Subscription Agreement between LMH I, Inc. and LMH II, Inc. |
| 18. | Contribution Agreement between LMH II, Inc. and Latham Corporation |
| 19. | Exchange Agreement between Kafko (U.S.) Corp., Latham International, Inc. and Latham Manufacturing Corp., one the one hand, and the Senior Lenders on the other hand |
| 20. | Asset Purchase Agreement between Latham Corporation, as purchaser, and Kafko (U.S.) Corp., Latham International, Inc. and Latham Manufacturing Corp., as sellers |
| 21. | LMH I, Inc. Stockholders' Agreement |

| 22. | Management Services Agreement between LMH I, Inc. and Littlejohn & Co., Inc. |
| --- | --- |
| 23. | Warrant Plan |
| 24. | Form of Warrant |
| 25. | Restricted Stock Agreement |
| 26. | New Latham Group Board of Directors |