# EXHIBIT 3

## SECURITY AGREEMENT (PATENTS)

This SECURITY AGREEMENT (PATENTS) dated as of _____, 2010 (the "Security Agreement"), is by and among LMH II, Inc., a Delaware corporation, Latham Corporation, a Delaware corporation, Coverstar, LLC, a Delaware limited liability company, Viking Pools, LLC, a West Virginia limited liability company, Latham Splash Canada, Inc., a corporation organized under the laws of Ontario, Canada (collectively, the "Grantors"), and Bank of America, N.A. (the "Lender").

WHEREAS each Grantor is the owner of the patents issued by and/or the patent applications filed with the United States Patent and Trademark Office listed on the attached Schedule A as owned by such Grantor (collectively, the "Patents");

WHEREAS the Grantors have entered into that certain Loan and Security Agreement dated as of January __, 2010 (the "Loan Agreement") among the Grantors and the Lender, pursuant to which the Grantors have granted to the Lender a security interest in, among other things, the Patents;

WHEREAS the parties to the Loan Agreement contemplate and intend that, if an Event of Default (as defined in the Loan Agreement) shall occur and be continuing, the Lender shall have all rights of a secured party in and to the Patents and any proceeds thereof, including, without limitation, the right to exercise its remedies under the Loan Agreement in connection with all of the Grantors' right, title and interest in the Patents;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Grantors hereby agree as follows:

The Grantors hereby reconfirm the terms of the Loan Agreement. The Grantors further hereby pledge and mortgage to the Lender, and grant to the Lender a security interest in, all of the Grantors' right, title and interest in and to the Patents, together with the goodwill of the business symbolized by the Patents, the registrations and/or applications for registration of the Patents, and all of the Grantors' rights in and to any and all causes of action heretofore or hereafter accrued or accruing for infringement or threatened or alleged infringement of the Patents (collectively, the "Patent Collateral").

The pledge and mortgage of, and grant of security interest in, the Patent Collateral by the Grantors pursuant hereto secures the payment of all Obligations (as defined in the Loan Agreement) now or hereafter existing under or in respect of the Loan Agreement and the other Loan Documents (as defined in the Loan Agreement). For greater certainty, however, in the case of the Canadian Borrower, the pledge and mortgage of, and grant of security interest in, the Patent Collateral by the Canadian Borrower pursuant hereto secures only the payment of Canadian Obligations (as defined in the Loan Agreement).

The Grantors authorize and request that the Commissioner of Patents and Trademarks and any other applicable United States or Canadian government officer record this Security Agreement.

This Security Agreement has been entered into in connection with the Loan Agreement, and the Grantors and the Lender each hereby acknowledge and agree that the pledge, mortgage and grant of security interest hereunder to, and the rights and remedies of the Lender with respect to the Patent Collateral are more fully set forth in the Loan Agreement, the terms and provisions of which are incorporated herein by reference.

This Security Agreement shall be governed by, and construed in accordance with, the laws of the State of New York.

This Security Agreement may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single agreement.

[Signature Page to Follow]

IN WITNESS WHEREOF, each of the Grantors and the Lender have caused this Security Agreement (Patents) to be duly executed and delivered by its officer thereunto duly authorized as of the date first above written.

GRANTORS:

**LMH II, INC.**

By: _____
Name:
Title:

**LATHAM CORPORATION**

By: _____
Name:
Title:

**COVERSTAR, LLC**

By: _____
Name:
Title:

**VIKING POOLS, LLC**

By: _____
Name:
Title:

**LATHAM SPLASH CANADA, INC.**

By: _____
Name:
Title

**BANK OF AMERICA, N.A.**

By: _____
Name:
Title:

## SCHEDULE A

**Issued Patents:**

| Title | Patent Number | Owner |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Patent Applications:**

| Title | Serial Number | Owner |
|---|---|---|
| | | |
| | | |
| | | |
| | | |