**EXHIBIT 7**

# INTELLECTUAL PROPERTY SECURITY AGREEMENT

TO: **BANK OF AMERICA, N.A.**, in its capacity as lender (the "**Lender**") under the loan and security agreement dated as of January <>, 2010 between Latham Corporation, Coverstar, LLC, Viking Pools, LLC and Latham Splash Canada, Inc. (collectively, the "**Borrowers**"), as such agreement may be amended, supplemented, otherwise modified, restated or replaced from time to time (the "**Loan Agreement**").

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Latham Corporation (the "**Grantor**") agrees as follows:

1. All capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Loan Agreement.

2. As security for all indebtedness, liabilities and obligations of the Grantor to the Lender including without limitation the Obligations, present and future, direct or indirect, contingent or absolute, the Grantor hereby grants to the Lender a security interest (the "**Security Interest**") in and to all of the right, title and interest of the Grantor in and to the Intellectual Property listed on Schedule "A" attached hereto, together with all renewals and extensions thereof, all income, damages and payments now or hereafter due or payable with respect thereto including, without limitation, damages and payments for past or future infringements thereof, all license agreements relating thereto, and all rights corresponding thereto throughout the world (all of the foregoing is sometimes collectively referred to as the "**Collateral**").

3. The Security Interest shall become enforceable upon the occurrence of an Event of Default. Upon the occurrence and during the continuation of an Event of Default, the Lender may exercise all rights and remedies in respect of the Collateral which are available at law (specifically including all rights and remedies of a secured party under the *Personal Property Security Act* (Ontario)).

4. The Grantor irrevocably constitutes and appoints the Lender and each of its authorized agents from time to time as its true and lawful attorney, with power of substitution in the name of the Grantor, upon the occurrence and during the continuation of an Event of Default, to: (a) endorse the name of the Grantor on all applications, documents, papers, assignments and instruments necessary or desirable regarding the Collateral; (b) take any other actions with respect to the Collateral as the Lender deems to be in its best interest, including without limitation, the realization or collection of all or any income, damages or payments related thereto; (c) grant or issue any exclusive or non-exclusive license or sublicense under the Collateral; or (d) assign, pledge, convey or otherwise transfer title in or dispose of the Collateral to anyone by private or public sale, lease or otherwise upon such terms and conditions as the Lender may determine as permitted by law and whether or not the Lender has taken possession of the Collateral.

5. This Agreement shall be governed by and construed in accordance with the laws of the Province of Ontario and the federal laws of Canada applicable therein. The Grantor hereby irrevocably and unconditionally attorns and submits to the non-exclusive jurisdiction of the courts of the Province of Ontario, provided that nothing herein shall prevent the Lender from proceeding at its election against the Grantor in the courts of any other province, country or jurisdiction.

6. From time to time, at the request of the Lender, the Grantor shall make and do all acts and things and execute and deliver all documents, agreements and instruments as the Lender may reasonably

request in order to create, preserve, perfect, validate or otherwise protect the Security Interest, to enable the Lender to exercise and enforce its rights and remedies hereunder and generally to carry out the provisions and purposes of this Agreement.

**IN WITNESS WHEREOF** this Agreement has been executed by the undersigned this _____ day of January, 2010.

**LATHAM CORPORATION**

By: _____
     Name:
     Title:


By: _____
     Name:
     Title:

*Signature page to the Latham Corporation (short form) IP Security Agreement*

# SCHEDULE "A"

**PATENTS**

| TITLE | FILING NUMBER | PATENT NUMBER AND ISSUE DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**TRADEMARKS**

| TRADEMARK | FILING NUMBER | REGISTRATION NUMBER |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**COPYRIGHTS**

| COPYRIGHT | FILING NUMBER | REGISTRATION NUMBER |
|---|---|---|
| | | |
| | | |