# EXHIBIT 9

# EXHIBIT A

# FORM OF NOTE

## PROMISSORY NOTE

$[_____]                                            [_____]
                                                       [_____], [____]

FOR VALUE RECEIVED, LMH I, Inc. (the "*Issuer*"), HEREBY PROMISES TO PAY to the order of [_____], a [_____] (the "*Holder*"), at its offices located at [_____], the principal sum of [_____] Dollars ($ [_____]) together with any increases in the principal sum of this Note due to any payments in-kind made by Issuer pursuant to Section 2.1(c)(iii) of the Master Note Agreement (as defined below) in accordance with the terms and conditions set forth in the Master Note Agreement. All capitalized terms not otherwise defined herein are used herein as defined in the Master Note Agreement, dated as of [_____] (as amended, restated, supplanted or otherwise modified from time to time, the "*Master Note Agreement*") among the Issuer, LMH II, Inc., a corporation organized and existing under the laws of the State of Delaware, and Wells Fargo Bank, N.A., as holders' representative.

The Issuer also promises to pay (i) interest on the unpaid principal amount hereof from the date hereof until paid in full at the rates, in the manner, and at the times provided in the Master Note Agreement and (ii) fees at such times and at such rates and amounts as specified in the Master Note Agreement.

Principal, interest and fees are payable in lawful money of the United States of America and in immediately available funds, at the times and in the amounts provided in the Master Note Agreement.

This Note is entitled to the benefits and is subject to the terms and conditions of the Master Note Agreement, and is entitled to the benefits of the security provided under the Security Agreement. As provided in the Master Note Agreement, this Note is subject to voluntary prepayment, in whole or in part. The Issuer agrees to make prepayment of principal on the dates and in the amounts specified in the Master Note Agreement.

The Master Note Agreement, among other things, contains provisions for acceleration of the maturity hereof upon the happening of certain stated events.

The Holder is hereby authorized, at its option, either (i) to endorse on the schedule attached hereto (or on a continuation of such schedule attached to this Note and made a part hereof) an appropriate notation evidencing the date and amount of any capitalized interest and the date and amount of any interest payments, or (ii) to record the amounts of capitalized interest and payments of interest hereunder in its books and records. Such schedule or books and records shall constitute *prima facie* evidence of the accuracy of the information contained therein, but in no event shall any failure by the Holder to endorse or record pursuant this clause be deemed to relieve the Issuer from any of its obligations.

The Issuer hereby waives presentment, demand, protest or notice of any kind in connection with this Note. All amounts payable under this Note are payable without relief from valuation and appraisement laws.

The Issuer agrees to pay all reasonable costs and expenses, including without limitation reasonable attorneys' fees, incurred in connection with the interpretation or enforcement of this Note, in accordance with the Master Note Agreement.

THIS NOTE SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

> LMH I, Inc.,
> a Delaware corporation
>
> By: _____
>     Name:
>     Title

Schedule to Note

# PREPAYMENTS, CAPITALIZED INTEREST, AND PAYMENTS OF INTEREST

| Date | Amount of Capitalized Interest | Amount of Interest Paid | Amount of Principal Prepaid | Outstanding Principal Balance | Notation Made By |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |