# EXHIBIT 19

# EXCHANGE AGREEMENT

THIS EXCHANGE AGREEMENT (this "*Agreement*") is made as of January __, 2010, by and among Latham International, Inc., a Delaware corporation ("*Latham International*"), Latham Manufacturing Corp., a Delaware corporation ("*Latham Manufacturing*"), Kafko (U.S.) Corp., a Delaware corporation ("*Kafko*" and together with Latham International and Latham Manufacturing, the "*Latham Parties*"), Wachovia Bank, National Association, as administrative agent under the Credit Agreement (as defined below) (the "*Administrative Agent*"), and Congress Financial Corporation (Canada) (now named Wachovia Capital Finance Corporation (Canada), as Canadian administrative agent under the Credit Agreement (the "*Canadian Agent*"). Each of the Latham Parties, the Administrative Agent and the Canadian Agent are collectively referred to herein as the "*Parties*" and individually as a "*Party*."

## RECITALS

WHEREAS, each of the Administrative Agent and the Canadian Agent (together, the "*Agents*") are parties to that certain Credit Agreement, dated as of December 30, 2004, by and among Latham Manufacturing, Latham Splash Canada, Inc., an Ontario corporation ("*Latham Canada*" and together with Latham Manufacturing, the "*Borrowers*"), the several banks and other financial institutions parties thereto (the "*Lenders*"), the Administrative Agent, as administrative agent for the lenders, the Canadian Agent, as Canadian administrative agent for the Lenders, Latham International, as a guarantor, and each of the subsidiary guarantors referenced therein (the "*Subsidiary Guarantors*" and together with Latham International and the Borrowers, the "*Credit Parties*"), as amended to date (the "*Credit Agreement*");

WHEREAS, the Latham Parties collectively hold (i) an aggregate of 1,000,000 shares, $.001 par value per share (the "*LMH Shares*"), of LMH I, Inc., a Delaware corporation ("*LMH*"), which LMH Shares constitute all of the issued and outstanding capital stock of LMH, and (ii) senior subordinated promissory notes issued by LMH in the aggregate principal sum of $20,000,000 (collectively, the "*LMH Notes*");

WHEREAS, in accordance with that certain "pre-packaged" joint plan of reorganization of Latham International, Latham Manufacturing, Viking Pools, LLC, a West Virginia limited liability company ("*Viking*"), Coverstar, LLC, a Delaware limited liability company ("*Coverstar*"), and Kafko (the Latham Parties, Viking, and Coverstar being collectively the "*Debtors*") under Chapter 11 of the Bankruptcy Code, dated December 18, 2009 (Case No. 09-14490(CSS)), the Lenders have agreed to terminate and release all obligations of the Debtors under the Credit Documents (as defined in the Credit Agreement) in exchange for the Latham Parties transferring the LMH Shares and the LMH Notes to the Lenders as provided herein; and

WHEREAS, the Parties hereto also wish to terminate and release all obligations of Latham Canada and each other Credit Party that is not a Debtor under the Credit Documents in exchange for the Latham Parties transferring the LMH Shares and the LMH Notes to the Lenders as provided herein.

## AGREEMENT

NOW THEREFORE, in consideration of the mutual promises set forth herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby expressly acknowledged, the Parties hereto agree as follows:

1. <u>Transfer and Release</u>. Subject to the terms and conditions of this Agreement, (a) each of the Latham Parties shall each convey, transfer and assign their respective portion of the LMH Shares and

LMH Notes to the Administrative Agent, for the benefit of the Lenders and (b) as consideration for the transfer of the LMH Shares and LMH Notes, and upon receipt thereof, the Agents, on behalf of the Lenders, shall terminate and release all obligations of the Credit Parties under the Credit Agreement (the "*Transfer and Release*").

2. Time and Place of Transfer and Release. The Transfer and Release shall take place immediately following the execution of this Agreement, or at such other date as may be agreed by the Parties by delivery of:

(a) to the Administrative Agent, for the benefit of the Lenders, (i) one or more original stock certificates for the LMH Shares, along with stock powers duly executed by each of the Latham Parties, and (ii) one or more promissory notes evidencing the LMH Notes, properly endorsed, without recourse, by the Credit Parties, along with duly executed assignment agreements related to the LMH Notes reflecting the various assignments of the LMH Notes (i) from LMH II, Inc., a Delaware corporation, to Latham Corporation, a Delaware corporation ("*Latham Corporation*"), (ii) from Latham Corporation to the Latham Parties and (iii) from the Latham Parties to the Lenders (the "*LMH Deliverables*"); and

(b) to each of the Credit Parties, a release executed by the Administrative Agent and the Canadian Agent in the form attached hereto as *Exhibit A* (the "*Release*").

3. Further Instruments. Each Party shall deliver all other items required to be delivered under this Agreement as may be reasonably requested by the other Parties to consummate the transactions contemplated by this Agreement.

4. Miscellaneous Provisions.

(a) Each Party shall assume and bear all expenses, costs, and fees incurred or assumed by such Party (including legal fees) in the preparation and execution of this Agreement and the performance of its obligations under this Agreement.

(b) No Party shall assign its rights under this Agreement without the prior written consent of the other Parties.

(c) This Agreement shall inure to the benefit of and bind the Parties and the respective administrators, successors, and permitted assigns of the Parties.

(d) This Agreement shall be construed and enforced in accordance with the laws of the State of New York (excluding any choice of law provisions that would render the law of another jurisdiction applicable).

(e) If any covenant, condition or other provision of this Agreement is rendered or declared by a court of last resort or by reason of any existing or subsequently enacted legislation to be invalid and not binding on any of the Parties, the Parties will promptly meet and negotiate substitute provisions for those rendered or declared invalid, but all of the remaining provisions of the Agreement shall remain in full force and effect.

(f) From and after the closing of the transactions hereunder, the Parties shall execute, acknowledge, and deliver or cause to be executed, acknowledged, and delivered such instruments and take such other actions as may be necessary or advisable to carry out their obligations under this Agreement and under any exhibit, document, certificate, or other instrument delivered pursuant to this

Agreement.

(g) This Agreement may be executed in multiple counterparts each of which shall be deemed an original, but all of which together shall constitute the same instrument. This Agreement may also be executed by exchange of electronic or facsimile copies of original signature pages.

[signature page follows]

IN WITNESS WHEREOF, the Parties have executed this Agreement on the day, month and year first set forth above.

**LATHAM PARTIES:**　　　　　LATHAM INTERNATIONAL, INC.

By:_____
   Name:
   Title

LATHAM MANUFACTURING CORP.

By:_____
   Name:
   Title

KAFKO (U.S.) CORP.

By:_____
   Name:
   Title

**ADMINISTRATIVE AGENT:**　　　WACHOVIA BANK, NATIONAL ASSOCIATION

By:_____
   Name:
   Title

**CANADIAN AGENT:**　　　　　WACHOVIA CAPITAL FINANCE CORPORATION (CANADA) (formerly Congress Financial Corporation (Canada))

By:_____
   Name:
   Title

# EXHIBIT A

# RELEASE

To: Latham International, Inc.
Latham Manufacturing Corp.
Latham Splash Canada, Inc.
Kafko (U.S.) Corp.
Viking Pools, LLC
Coverstar, LLC
Bank of America, N.A.

Reference is hereby made to that certain Credit Agreement (as amended and modified from time to time, the "*Credit Agreement*"), dated as of December 30, 2004, by and among Latham Manufacturing Corp., a Delaware corporation ("*Latham Manufacturing*"), Latham Splash Canada, Inc., an Ontario corporation ("*Latham Canada*" and together with Latham Manufacturing, the "*Borrowers*"), the several banks and other financial institutions parties thereto (the "*Lenders*"), Wachovia Bank, National Association, as administrative agent for the lenders (the "*Administrative Agent*"), Congress Financial Corporation (Canada) (now named Wachovia Capital Finance Corporation (Canada), as Canadian administrative agent for the lenders (the "*Canadian Agent*" and together with the Administrative Agent, the "*Agents*"), Latham International, Inc., a Delaware corporation ("*Latham International*") as a guarantor, and each of the subsidiary guarantors referenced therein (the "*Subsidiary Guarantors*" and together with Latham International and the Borrowers, the "*Credit Parties*").

By their execution and delivery of this Release, the Agents hereby acknowledge receipt of the LMH Deliverables (as defined in that certain Exchange Agreement, of even date herewith, by and among Latham International, Latham Manufacturing, Kafko and the Agents) and the Agents hereby further agree as follows: (a) the Agents hereby unconditionally terminate and release all liens on, and security interests in, all of the assets and property pledged or assigned to the Agents, for the benefit of the Lenders, under any of the Credit Documents; (b) the Credit Agreement and the other Credit Documents are hereby terminated by mutual consent; (c) the Lenders' commitments to extend credit to the Credit Parties under the Credit Agreement is terminated by mutual consent; and (d) the Agents authorize the termination and release by you or your designee of all such liens and security interests of public record, including, without limitation, the lien filings and other registrations listed on <u>Schedule A</u> attached hereto.

In addition, by their execution and delivery of this Release, each of the Credit Parties and the Agents agrees as follows: the Credit Parties, in consideration of the above, and for other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby remise, release and discharge the Agents and the Lenders and their respective successors and assigns, and the Agents and the Lenders, in consideration of the above, and for other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby remise, release and discharge the Credit Parties and their successors and assigns, in each case of and from any and all claims, demands, debts, accounts, contracts, obligations, liabilities, actions and causes of action, whether in law or in equity, which either party ever had, now has, or hereafter may have against the other, directly or indirectly, arising out of or in any way relating to the Credit Agreement and the other Credit Documents, any amendments thereto, or any transactions between or among the Credit Parties, the Agents and the Lenders thereunder. Notwithstanding anything to the contrary contained herein, nothing in this Release shall terminate or otherwise impair the indemnification and other provisions of the Credit Agreement and the other Credit Documents that are expressly stated to survive the termination thereof and the payment of all amounts owing thereunder.

This Release shall become effective upon (i) Agents' receipt of the LMH Deliverables and (ii) execution and delivery of a counterpart to this Release by each of the Credit Parties and the Agents. This Release may be executed in counterparts, each of which when so executed and delivered shall be deemed to be an original and both of which taken together shall constitute one and the same instrument. This Release shall be governed by and construed in accordance with the laws (without giving effect to conflict of laws rules) of the State of New York and shall bind and inure to the benefit of the parties hereto and their respective successors and assigns.

IN WITNESS WHEREOF, the Agents have duly executed this Agreement to be effective as of this ___ day of January 2010.

WACHOVIA BANK, NATIONAL ASSOCIATION

By:_____
    Name:
    Title:

WACHOVIA CAPITAL FINANCE CORPORATION (CANADA)
(formerly known as Congress Financial Corporation (Canada))

By:_____
    Name:
    Title:

Acknowledged and Agreed:

LATHAM INTERNATIONAL, INC.

By:_____
    Name:
    Title:

LATHAM MANUFACTURING CORP.

By:_____
    Name:
    Title:

LATHAM SPLASH CANADA, INC.

By:_____
    Name:
    Title:

KAFKO (U.S.) CORP.

By:_____
   Name:
    Title:

VIKING POOLS, LLC

By:_____
   Name:
    Title:

COVERSTAR, LLC

By:_____
   Name:
    Title:

## SCHEDULE A

## LIEN FILINGS AND OTHER REGISTRATIONS