# EXHIBIT 26

**The Board of Directors of the New Latham Group entities shall consist of the following individuals:**

**<u>New Holdco</u>**
1. Steven Raich
2. Robert E. Davis
3. Michael Klein
4. Steven Colder
5. Mark Laven

**<u>New Midco</u>**
1. Richard Maybaum
2. To be designated by the Debtors

**<u>New Opco</u>**
1. Leon Ellin
2. To be designated by the Debtors