IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| LATHAM INTERNATIONAL, INC., *et al.*[1] | Case No. 09-14490 (CSS) (Jointly Administered) |
| Debtors. | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 21, 2010 AT 3:00 P.M.**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.**

**UNCONTESTED MATTERS**

1. Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Filed: 12/22/09] (Docket No. 5).

   Related Documents:

   (a) Notice of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date [Filed: 12/29/09] (Docket No. 58).

   (b) **Certification of No Objection Regarding Docket No. 5 [Filed: 1/20/10] (Docket No. 115).**

   Response Deadline: January 15, 2010 at 4:00 p.m.

   Responses Received: **None.**

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

Status: **A certification of no objection has been filed. Accordingly, the Debtors request entry of the order attached to the Application.**

2. Motion of the Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 12/22/09] (Docket No. 7).

Related Documents:

(a) Notice of Motion of the Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 12/29/09] (Docket No. 60).

(b) Notice of Service of Supplemental List of Professionals to be Employed by Debtors in the Ordinary Course of Business [Filed: 1/8/10] (Docket No. 86).

(c) **Certification of Counsel and of No Objection Regarding Motion of the Debtors Pursuant to Sections 105(A), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Filed: 1/20/10] (Docket No. 119).**

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received: **None.**

Status: **A certification of counsel has been filed. Accordingly, the Debtors request entry of the order attached thereto.**

3. Debtors' Motion for an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code [Filed: 12/22/09] (Docket No. 10).

Related Documents:

(a) Notice of Debtors' Motion for an Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code [Filed: 12/29/09] (Docket No. 61).

(b) **Certification of No Objection Regarding Docket No. 10 [Filed: 1/20/10] (Docket No. 116).**

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received: **None.**

Status: **A certification of no objection has been filed. Accordingly, the Debtors request entry of the order attached to the Motion.**

4. Motion of the Debtors for an Order Providing That Creditors' Committees Are Not Authorized or Required to Provide Access to Confidential or Privileged Information to Creditors [Filed: 12/22/09] (Docket No. 14).

Related Documents:

(a) Notice of Motion of the Debtors for an Order Providing That Creditors' Committees Are Not Authorized or Required to Provide Access to Confidential or Privileged Information to Creditors [Filed: 12/29/09] (Docket No. 62).

(b) **Certification of No Objection Regarding Docket No. 14 [Filed: 1/20/10] (Docket No. 117).**

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received: **None.**

Status: **A certification of no objection has been filed. Accordingly, the Debtors request entry of the order attached to the Motion.**

5. Motion of Debtors for Order Under 11 U.S.C. §§ 105, 363, 503(b), 1107 and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions and Providing Administrative Priority Status to Postpetition Intercompany Claims, and (V) Waiver of Section 345(b) Deposit and Investment Requirements [Filed: 12/22/09] (Docket No. 15).

Related Documents:

(a) [Signed] Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Authorizing Continued Use of Existing Cash Management System, and (IV) Continued Performance of Intercompany Transactions and Providing Administrative Expense Priority Status to Postpetition Intercompany Claims, and (V) Waiver of Section 345(b) Deposit and Investment Requirements [Filed: 12/23/09] (Docket No. 43).

(b) Notice of Motion of Debtors for Order Under 11 U.S.C. §§ 105, 363, 503(b), 1107 and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions

and Providing Administrative Priority Status to Postpetition Intercompany Claims, and (V) Waiver of Section 345(b) Deposit and Investment Requirements [Filed: 12/29/09] (Docket No. 63).

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received: None as of the date hereof.

Status: **The relief requested in this Motion was previously granted except with respect to the request for a waiver of the requirements of section 345, which was granted on an interim basis to the hearing scheduled for January 21, 2010. The Debtors expect to present an order granting a further interim waiver to the next omnibus date, pending confirmation and the effective date of the proposed Plan.**

6. Motion of Debtors for Order (I) Authorizing Employment and Retention of Moelis & Company LLC as Financial Advisor to Debtors and Debtors in Possession Nunc Pro Tunc to Petition Date, and (II) Modifying Time-Keeping Requirements Under Local Rules Pursuant to Local Rule 2016-2(g) [Filed: 12/30/09] (Docket No. 69).

Related Documents:

(a) **Certification of Counsel Regarding Order on Motion of Debtors for Order (I) Authorizing Employment and Retention of Moelis & Company LLC as Financial Advisor to Debtors and Debtors in Possession Nunc Pro Tunc to Petition Date, and (II) Modifying Time-Keeping Requirements Under Local Rules Pursuant to Local Rule 2016-2(g) [Filed: 1/20/10] (Docket No. 118).**

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received: **None.**

Status: **A certification of counsel has been filed. Accordingly, the Debtors request entry of the order attached thereto.**

## CONTESTED MATTERS

7. Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 12/22/09] (Docket No. 6).

Related Documents:

(a) [Signed] Interim Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 12/23/09] (Docket No. 55).

(b) Notice of Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 12/29/09] (Docket No. 59).

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received:

(a) Objection of American Electric Power, Florida Power Corporation d/b/a Progress Energy Florida and Jackson Electric Membership Corporation to Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 1/15/10] (Docket No. 97).

Status: This matter will go forward.

8. Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507: (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing [Filed: 12/22/09] (Docket No. 17).

Related Documents:

(a) [Signed] Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, and 363 (A) Authorizing the Debtors' Use of Cash Collateral By Consent, (B) Granting Adequate Protection and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Filed: 12/23/09] (Docket No. 46).

(b) Notice of Motion of Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507: (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing [Filed: 12/29/09] (Docket No. 64).

Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received:

(a) Objection of Midland Central Appraisal District to the Interim and Final Orders...(A) Authorizing the Debtors' Use of Cash Collateral by Consent, (B) Granting Adequate Protection... [Filed: 1/14/10] (Docket No. 92).

Status: This matter will go forward.

## PLAN/DISCLOSURE STATEMENT MATTERS

9. Prepackaged Joint Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code [Filed: 12/22/09] (Docket No. 16).

Related Documents:

(a) Affidavit of Service and Vote Certification with Respect to Tabulation of Ballots on Prepackaged Joint Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code [Filed: 12/22/09] (Docket No. 21).

(b) [Signed] Order (A) Scheduling an Objection Deadline and Combined Hearing on the Debtors' Disclosure Statement and Plan Confirmation, (B) Approving Form and Notice of Confirmation Hearing, (C) Establishing Procedures for Objections to Plan and Disclosure Statement, (D) Approving Solicitation Procedures and (E) Granting Related Relief [Filed: 12/23/09] (Docket No. 49).

(c) Summary of Plan of Reorganization and Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters [Filed: 12/23/09] (Docket No. 57).

(d) Notice of Counterparties to Executory Contracts and Unexpired Leases That May Be Assumed and Assigned [Filed: 1/6/10] (Docket No. 79).

(e) Plan Supplement with Respect to Prepackaged Joint Plan of Reorganization of Latham International, Inc., et al. Under Chapter 11 of the Bankruptcy Code [Filed: 1/11/10] (Docket No. 88).

(f) Notice of Filing of Verification of Publication Regarding Summary of Plan of Reorganization and Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters (USA Today) [Filed: 1/13/10] (Docket No. 90).

(g) Notice of Filing of Affidavit of Publication Regarding Summary of Plan of Reorganization and Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters (The Wall Street Journal) [Filed: 1/13/10] (Docket No. 91).

(h) Findings of Fact, Conclusions of Law and Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures and (C) Forms of Ballots and (II) Confirming the Debtors' Prepackaged Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (With Technical Amendments) [Filed: **1/19/10**] (Docket No. **107**).

(i) Debtors' Reply to Objection by the Internal Revenue Service to the Debtors' Prepackaged Joint Plan [Filed: 1/19/10] (Docket No. 101).

(j) Declaration and Statement of Mark Laven in Support of Prepackaged Joint Plan of Reorganization of Latham International, Inc., et al. Under Chapter 11 of the Bankruptcy Code [Filed: **1/19/10**] (Docket No. **104**).

(k) Amended Plan Supplement for Debtors' Prepackaged Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Filed: **1/19/10**] (Docket No. **106**).

(l) **Memorandum of Law of Debtors in Support of Confirmation of the Prepackaged Joint Plan of Liquidation of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code [Filed: 1/19/10] (Docket No. 105).**

Response Deadline: January 15, 2010 at 5:00 p.m.

Cure Response Deadline: January 15, 2010 at 4:00 p.m.

Responses Received:

(a) Objection of Midland Central Appraisal District to Confirmation of the Prepackaged Joint Plan of Reorganization of Latham International, Inc. et al. [Filed: 1/14/10] (Docket No. 93).

(b) Objection by the Internal Revenue Service to the Debtors' Prepackaged Joint Plan [Filed: 1/15/10] (Docket No. 94).

Status: The Debtors have resolved the objection of Midland Central Appraisal District and informal objections by the Pension Benefit Guaranty Corporation and the Department of Justice on behalf of the Environmental Protection Agency. The Debtors are continuing to work with the Internal Revenue Service in an effort to resolve its objection. This matter will go forward.

10. Disclosure Statement for Solicitation of Acceptances of Prepackaged Joint Chapter 11 Plan of Reorganization [Filed: 12/22/09] (Docket No. 18).

Related Documents:

(a) Summary of Plan of Reorganization and Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters [Filed: 12/23/09] (Docket No. 57).

(b) Notice of Filing of Verification of Publication Regarding Summary of Plan of Reorganization and Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters (USA Today) [Filed: 1/13/10] (Docket No. 90).

(c) Notice of Filing of Affidavit of Publication Regarding Summary of Plan of Reorganization and Notice of Combined Hearing on (A) Disclosure Statement and (B) Confirmation of Plan of Reorganization and Related Matters (The Wall Street Journal) [Filed: 1/13/10] (Docket No. 91).

Response Deadline: January 15, 2010 at 5:00 p.m.

Responses Received: None as of the date hereof.

Status: This matter will go forward.

Dated: January 20 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (DE Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
mseidl@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

[Proposed] Counsel to the Debtors and Debtors in Possession