# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., *et al.*[4] | ) | Case No. 09-14490 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Related Docket Nos.: 16, 88 and 106**

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING PREPACKAGED JOINT PLAN OF REORGANIZATION OF LATHAM INTERNATIONAL, INC., ET AL., UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (B) EFFECTIVE DATE OF THE PLAN; (C) SUBSTANTIAL CONSUMMATION OF THE PLAN; AND (D) BAR DATES FOR PROFESSIONAL FEE CLAIMS, AND ADMINISTRATIVE CLAIMS

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Notice of Entry of Final Order Confirming the Plan.** Latham International, Inc., *et al.*, the debtors and debtors in possession in the above-captioned bankruptcy cases (the "Debtors") hereby give notice that, on January __, 2010 (the "Confirmation Date"), the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, entered an order [Docket No. ___] (the "Confirmation Order") confirming the *Joint Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code*, as supplemented (Docket Nos. 16, 88 and 106) (the "Plan"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

2. **Effective Date.** Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms on _____, 2010 (the "Effective Date").

3. **Substantial Consummation.** The Debtors hereby give notice that, pursuant to Section 1101(2) of the Bankruptcy Code, the Plan has been substantially consummated.

4. **Injunctions.** All injunctions provided for under the Plan and Confirmation Order are now in full force and effect.

---

[4] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

5.  **Deadline for Filing Professional Fee Claims.** All final requests for compensation or reimbursement of the fees of any professional employed in the Debtors' cases pursuant to Sections 327 or 1103 of the Bankruptcy Code or otherwise, including the professionals seeking compensation or reimbursement of costs and expenses relating to services performed after the Petition Date and prior to and including the Effective Date in connection with these cases, pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered to the Debtors (each a "Professional") shall be filed and served on the Debtors and their undersigned counsel by **not later than [sixty days from Effective Date]** (the "Professional Fee Bar Date"). The procedures for processing final requests for compensation or reimbursement of the fees of any Professional are set forth in the Plan. If a Professional or other entity does not submit a request for payment of an Administrative Expense on account of services rendered to the Debtors' estates on or before the Professional Fee Bar Date, such Entity shall be forever barred from seeking payment of such Administrative Expense from the Debtors, or the Reorganized Debtors or New Latham Group.

6.  **Deadline for Filing Administrative Claims.** All requests for payment of an unpaid Administrative Claim against the Debtors shall be filed with the Bankruptcy Court and served on the United States Trustee, and counsel for the Debtors at the addresses set forth below, by **not later than [twenty days following Effective Date]** (the "Administrative Claims Bar Date"). The Holder of Administrative Claims based on liabilities incurred in the ordinary course of the Debtors' business following the Petition Dates shall not be required to comply with the Administrative Claim Bar Date, provided that, (i) such holders have otherwise submitted an invoice, billing statement of other evidence of indebtedness to the Debtors in the ordinary course of business, and (ii) such Claims are not past due according to their terms. The Debtors and any other party in interest may object to an Administrative Claim. Except as provided herein, if an Entity does not submit a request for payment of an Administrative Expense on or before the Administrative Claims Bar Date, such Entity shall be forever barred from seeking payment of such Administrative Expense from the Debtors, or the Reorganized Debtors or the New Latham Group.

7.  **Copies of Plan and Confirmation Order.** Any party-in-interest who wishes to obtain a copy of the Plan, Exhibits to the Plan, or Confirmation Order may view and download such documents at http://www.deb.uscourts.gov or may do so at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3d floor, Wilmington, Delaware 19801.

Dated: January ____, 2010  PACHULSKI STANG ZIEHL & JONES LLP

                               Laura Davis Jones (DE Bar No. 2436)
                               David M. Bertenthal (CA Bar No. 167624)
                               Michael R. Seidl (DE Bar No. 3889)
                               Joshua M. Fried (CA Bar No. 181541)
                               Timothy P. Cairns (DE Bar No. 4228)
                               919 N. Market Street, 17th Floor
                               Wilmington, DE 19899-8705 (Courier 19801)
                               Telephone: 302-652-4100
                               Facsimile: 302-652-4400
                               E-mail:    ljones@pszyjw.com
                                                dbertenthal@pszjlaw.com
                                                mseidl@pszjlaw.com
                                                jfried@pszjlaw.com
                                                tcairns@pszjlaw.com

[Proposed] Counsel for Debtors and
Debtors in Possession