IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., *et al.*[1] | ) | Case No. 09-14490 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS: |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors, in the above-captioned action, and that on the 22nd day of January, 2010, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

> [Signed] **Findings of Fact, Conclusions o Law and Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures and (C) Forms of Ballots and (II) Confirming the Debtors' Prepackaged Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (with Technical Amendments) [Docket No. 128]**

_____
Karina Yee

Sworn to and subscribed before
me this 25th day of January, 2010

_____
Notary Public
My Commission Expires: July 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011

---

1 The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

51407-001\DOCS_DE:156059.21

Latham – Service List (Parties Objecting to Plan)
Case No. 09-14490 (CSS)
Document No. 156885
01 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
(Counsel to IRS)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**First Class Mail**
(Counsel to Midland CAD)
Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

**First Class Mail**
(Counsel to PBGC)
Mark R. Snyder, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

**First Class Mail**
(Counsel to EPA)
Alan Tenenbaum, Esq.
Robert Roberts, Esq.
Craig Kaufman, Esq.
Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044

**Latham International Inc. 2002 First Class Mail Service List**
Case No. 09-14490
Document No. 156039
01 - Interoffice
04 – Hand Delivery
53 – First Class Mail


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Interoffice Mail*
Joshua Fried, Esquire
Maxim Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*Hand Delivery*
(Counsel to Creditors)
Eric D. Schwartz, Esquire
Gregory W. Werkheiser, Esquire
Chad A. Fights, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**Hand Delivery**
(United States Trustee)
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Wachovia Bank)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*First Class Mail*
(Top 35 Creditor)
Omnova Solutions Inc
Attn: Accounts Payable
PO Box 905162
Charlotte, NC 28290

*First Class Mail*
(Top 35 Creditor)
Michael R Gissy
Attn: Michael Gissy
PO BOX 150
Weston, WV 26452

*First Class Mail*
(Top 35 Creditor)
Pasco County Taxes
Attn: Mike Olson
Po Box 276
Dade City, FL 33526

*First Class Mail*
(Top 35 Creditor)
Primex Plastics Corp
Attn: Accounts Payable
P.O. Box No. 663619
Indianapolis, IN 46266

*First Class Mail*
(Top 35 Creditor)
Saratoga Packaging Specialties
Attn: Accounts Payable
PO Box 3401
Saratoga, NY 12866

*First Class Mail*
(Top 35 Creditor)
Tencate Geosynthetic
Attn: Accounts Payable
PO Box 100288
Atlanta, GA 30384

*First Class Mail*
(Top 35 Creditor)
Channel Prime Allica
Attn: Accounts Payable
PO Box 8500-6566
Philadelphia, PA 19178

*First Class Mail*
(Top 35 Creditor)
Foster Gill
Attn: Jackie Goldston
PO Box 14459
San Luis Obispo, CA 93406

*First Class Mail*
(Top 35 Creditor)
Polytuf Brands
Attn: Accounts Payable
PO Box 75503
Cleveland, OH 44101

*First Class Mail*
(Top 35 Creditor)
Zodiac Pool Systems, Inc
Attn: Accounts Payable
PO Box 202146
Dallas, TX 75320

*First Class Mail*
(Top 35 Creditor)
Nova Packaging
Attn: Accounts Payable
Po Box 785
Golden Bridge, NY 10526

*First Class Mail*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

*First Class Mail*
(Top 35 Creditor)
DOFASCO
Attn: Accounts Payable
P.O. Box 2460
Hamilton, ONT L8N 3J5

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Mark R. Snyder
Pension Benefit Guaranty Corp.
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

**First Class Mail**
(Counsel to tw telecom inc.)
Linda Boy.e, Esquire
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

*First Class Mail*
(Top 35 Creditor)
MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson Global
Opportunities Partners (Cayman) III L.P.
Attn: Raph Posner
520 Madison Avenue, 35th Floor
New York, NY 10022-4213

*First Class Mail*
(Top 35 Creditor)
Canadian General Tower
Attn: Cythnia Todd
52 Middleton Street
Cambridge, ON N1R 5T6

*First Class Mail*
(Counsel to the Agent)
Caroline Hubbell Yingling, Esquire
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003

*First Class Mail*
(Counsel to the Creditors)
Lenard M. Parkins, Esquire
Jonathan Hook, Esquire
David Liebenstein, Esquire
Haynes & Boone, LLP
1221 Avenue of the Americas, 26th Floor
New York, NY 10020

*First Class Mail*
(Top 35 Creditor)
Apollo Investment Corporatiion
Attn: Gerald Gerardi
9 West 57th Street
New York, NY 10019

*First Class Mail*
(Top 35 Creditor)
Pool Partners LLP
Attn: Mike McQueeney
c/o Summer Street Capital Partners
70 W.Chippewa Street, Suite 500
Buffalo, NY 14202

*First Class Mail*
(Top 35 Creditor)
Huersch Inc.
Attn: Tom Hueter
12 Enterprise Avenue
Clifton Park, NY 12065

*First Class Mail*
(Top 35 Creditor)
Mercer Color Corporation
Attn: Accounts Payable
425 Hardin Street
Coldwater, OH 45828

*First Class Mail*
(Top 35 Creditor)
Composites One LLC
Attn: Roxanne Witzel
4526 Paysphere Circle
Chicago, IL 60674

*First Class Mail*
(Top 35 Creditor)
Huie, Fernambucq & S
Attn: Jim Shaffer
Three Protective Center
2801 Highway 280 South
Suite 200
Birmingham, AL 35223

*First Class Mail*
(Top 35 Creditor)
American Cord & Webb
Attn: Accounts Payable
88 Century Drive
Woodsocket, RI 02895

*First Class Mail*
(Top 35 Creditor)
Chief Appraiser
Midland Central Appraisal District
4631 Andrews Hwy
Po Box 908002
Midland, TX 79708

*First Class Mail*
(Top 35 Creditor)
Bamberger Polymers Inc.
Attn: Accounts Payable
Two Jericho Plaza
Suite 109
Jericho, NY 11753

*First Class Mail*
(Top 35 Creditor)
I2M
Attn: Doug Seigrist
755 Oakhill Road
Crestwood Industrial Park
Mountain Top, PA 18707

*First Class Mail*
(Top 35 Creditor)
Marion County Treasurer
Attn: Mike Rodman
City County Building
200 E Washington St
Room 1001
Indianapolis, IN 46204

*First Class Mail*
(Top 35 Creditor)
Spartech
Attn: Accounts Payable
96868 Collections Center Drive
Chicago, IL 60693

*First Class Mail*
(Top 35 Creditor)
GAIA TECH, INC
Attn: Chris Blume
200 North Lasalle Street, Suite 2600
Chicago, IL 60601

*First Class Mail*
(Top 35 Creditor)
Astral
Attn: Tom Quinlan
8525 Mallory Road
Jacksonville, FL 32220

*First Class Mail*
(Top 35 Creditor)
Worthington Steel
Attn: Accounts Payable
6503 County RD. 10
Delta, OH 43515

*First Class Mail*
(Top 35 Creditor)
Tritech Fall Protection Systems Inc
Attn: Accounts Payable
4071-D LB Mc Leod Road
Orlando, FL 32811

*First Class Mail*
(Top 35 Creditor)
Polyfil Corporation
Attn: Accounts Payable
74 Green Pond Road
PO Box 130
Rockaway, NJ 07866

*First Class Mail*
(Top 35 Creditor)
Lumite Inc.
Attn: Accounts Payable
1515 N County Line Road
Alto, GA 30510

*First Class Mail*
(Top 35 Creditor)
JB Tool & Die
Attn: Accounts Payable
1509 Dividend Road
Fort Wayne, IN 46808

*First Class Mail*
(Top 35 Creditor)
James Zanzer
Attn: MaryAnne Zander
7879 Winans Lake Road
Brighton, MI 48116

*First Class Mail*
(Top 35 Creditor)
Mate Precision Tooli
Attn: Accounts Payable
1295 Lund Boulevard
Anoka, MN 55303

*First Class Mail*
(Top 35 Creditor)
Pexco Athol
Attn: Accounts Payable
5997 Collections Center Drive
Chicago, IL 60693

*First Class Mail*
(Creditor)
Sheryl L. Moreau, Esquire
Missouri Dept. of Revenue
General Counsel Office
301 W. High Street, Room 670
Jefferson City, MO 65101

*First Class Mail*
(Counsel to Worthington)
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

*First Class Mail*
(Counsel to Midland CAD)
Michael Reed, Esquire
McCreary, Veselk, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

*First Class Mail*
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708