IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATHAM INTERNATIONAL, INC., *et al.*[1] | ) | Case No. 09-14490 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | | Related Docket Nos.: 16, 88 and 106 |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PREPACKAGED JOINT
PLAN OF REORGANIZATION OF LATHAM INTERNATIONAL, INC., ET AL., UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE; (B) EFFECTIVE DATE OF THE PLAN; (C)
SUBSTANTIAL CONSUMMATION OF THE PLAN; AND (D) BAR
DATES FOR PROFESSIONAL FEE CLAIMS, AND ADMINISTRATIVE CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

**1.     Notice of Entry of Final Order Confirming the Plan.** Latham International, Inc., *et al.*, the debtors and debtors in possession in the above-captioned bankruptcy cases (the "Debtors") hereby give notice that, on January 21, 2010 (the "Confirmation Date"), the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, entered an order [Docket No. 128] (the "Confirmation Order") confirming the *Joint Plan of Reorganization of Latham International, Inc., et al., Under Chapter 11 of the Bankruptcy Code,* as supplemented (Docket Nos. 16, 88 and 106) (the "Plan"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

**2.     Effective Date.** Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms on January 25, 2010 (the "Effective Date").

**3.     Injunctions.** All injunctions provided for under the Plan and Confirmation Order are now in full force and effect.

**4.     Deadline for Filing Professional Fee Claims.** All final requests for compensation or reimbursement of the fees of any professional employed in the Debtors' cases pursuant to Sections 327 or 1103 of the Bankruptcy Code or otherwise, including the professionals seeking compensation or reimbursement of costs and expenses relating to services performed after the Petition Date and prior to and including the Effective Date in connection with these cases, pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered to the Debtors (each a "Professional") shall be filed and served on the Debtors and their undersigned counsel by **not later than March 26, 2010** (the "Professional Fee Bar Date"). The procedures for processing final requests for compensation or reimbursement of the fees of any Professional are set forth in the Plan. If a Professional or other entity does not submit a request for payment of an Administrative Expense on account of services rendered to the Debtors' estates on or before the Professional Fee Bar Date, such Entity shall be forever barred from

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers and their respective addresses, are: Latham International, Inc (9049), 787 Watervliet Shaker Road, Latham, NY 12110; Latham Manufacturing Corp. (9130), 787 Watervliet Shaker Road, Latham, NY 12110; Viking Pools, LLC (2924), 1473 Industrial Park Road, Jane Lew, WV 26378; Coverstar, LLC (1935), 1795 West 200 North, Lindon, UT 84046; and Kafko (U.S.) Corp. (0638), 787 Watervliet Shaker Road, Latham, NY 12110.

seeking payment of such Administrative Expense from the Debtors, or the Reorganized Debtors or New Latham Group.

**5.     Deadline for Filing Administrative Claims.**  All requests for payment of an unpaid Administrative Claim against the Debtors shall be filed with the Bankruptcy Court and served on the United States Trustee, and counsel for the Debtors at the addresses set forth below, by **not later than February 16, 2010** (the "Administrative Claims Bar Date").  The Holder of Administrative Claims based on liabilities incurred in the ordinary course of the Debtors' business following the Petition Dates <u>shall not</u> be required to comply with the Administrative Claim Bar Date, provided that, (i) such holders have otherwise submitted an invoice, billing statement of other evidence of indebtedness to the Debtors in the ordinary course of business, and (ii) such Claims are not past due according to their terms.  The Debtors and any other party in interest may object to an Administrative Claim.  Except as provided herein, if an Entity does not submit a request for payment of an Administrative Expense on or before the Administrative Claims Bar Date, such Entity shall be forever barred from seeking payment of such Administrative Expense from the Debtors, or the Reorganized Debtors or the New Latham Group.

**6.     Notice Parties.**  All holders of Administrative Claims and Professional Fee Claims must timely file and serve such applications on the following parties no later than the applicable bar date: (a)  counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or (302) 652-4100, Attention:  Laura Davis Jones, Esquire and (b) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attention: Thomas Tinker, Esq. (collectively, the "Notice Parties").

**7.     Copies of Plan and Confirmation Order.**  Any party-in-interest who wishes to obtain a copy of the Plan, Exhibits to the Plan, or Confirmation Order may view and download such documents (i) at the Debtors' website:  http://chap11.epiqsystems.com/Latham, (ii) by contacting the Debtors' Claims Agent in writing at Latham International, Inc., c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY  10017, or (iii) by calling the Claims Agent at (646) 282-2400.  Copies of the documents may also be reviewed during regular business hours at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd floor, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website (for a fee) at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

Dated:    January 26, 2010                            PACHULSKI STANG ZIEHL & JONES LLP

                                    /s/ Laura Davis Jones
                                    Laura Davis Jones (Bar No. 2436)
                                    David M. Bertenthal (CA Bar No. 167624)
                                    Joshua M. Fried (CA Bar No. 181541)
                                    919 N. Market Street, 17th Floor
                                    Wilmington, DE  19899-8705 (Courier 19801)
                                    Telephone:  302-652-4100
                                    Facsimile:   302-652-4400
                                    E-mail:       ljones@pszyjw.com
                                                  dbertenthal@pszjlaw.com
                                                  jfried@pszjlaw.com

                                    Counsel for Debtors and
                                    Debtors in Possession