# WHITEMAN OSTERMAN & HANNA LLP

*Attorneys at Law*
*www.woh.com*

One Commerce Plaza
Albany, New York 12260
518-487-7600 phone
518-487-7776 fax

Invoice No. 338425
2/28/2010
Client #    103980

**Payment is due upon receipt**

Latham Corporation
Robert Feldman
787 Watervliet Shaker Road
Latham, New York  12110

## INVOICE SUMMARY

CURRENT CHARGES FOR MATTER:
103980-001    Special Counsel

| | | |
|---|---|---|
| Fees for Legal Services | $ | 232,105.00 |
| Expenses and Other Charges | | 10,470.54 |
| **TOTAL CHARGES THIS INVOICE** | $ | 242,575.54 |

```
WIRE TRANSFER FUNDS TO:
   KEYBANK, NA
   ROUTING # 021 300 077
   DEPOSITORY ACCOUNT # 325900033615
   S.W.I.F.T. BIC: KEYBUS33
```

-------------------------------------------------------------------------------

**Remittance Stub**

Remit to:  Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY  12260

Matter ID: 103980-001

**Credit Card Type:**

Please Circle:   MC - VISA - DISCOVER - AMEX

Account Number:_____-_____-_____-_____

Expiration Date:____/____/____ CCV Number (Back of Card) _____

Name As Appears on Card: _____

**Total Amount Paid:** $_____

Whiteman Osterman & Hanna LLP

Page: 2

# Whiteman Osterman & Hanna LLP

One Commerce Plaza
Albany, NY 12260
(518)487-7600

2/28/2010

Invoice No.: 338425

Latham Corporation
Robert Feldman
787 Watervliet Shaker Road
Latham, New York 12110

Our Matter # 103980-001
Special Counsel

| 1 | | ABL Financing | |
|---|---|---|---|
| 12/29/2009 | 1 | Review of PNBC and BofA proposed financing commitment letters; Conference call with R. Feldman to discuss questions and issues; | |
| | | L. Apple | 2.80 |
| 12/29/2009 | 1 | Review financing commitments and reorganization plan; Telephone call with R. Feldman re same; | |
| | | J. DiMarino | 1.00 |
| 12/29/2009 | 1 | Review Bank of America and PNC Bank term sheets related to post-bankruptcy financing; Review bankruptcy plan for issues related to same; | |
| | | T. Morrison | 2.20 |
| 12/30/2009 | 1 | Preparation of suggested edits to BofA commitment letter 12-28 and 12-30 drafts; Various organizational conf calls and e-mails with and among Mr. Feldman, BofA counsel and J. Fried; Related document work and communications; | |
| | | L. Apple | 3.80 |
| 12/30/2009 | 1 | Conference with L. Apple and others re financing and reorganization; Work on same; | |
| | | J. DiMarino | 1.10 |
| 12/30/2009 | 1 | Attendance at meeting L. Apple, T. Morrison and J. DiMarino re Bank of America loan; Review and analysis re background corporate and bankruptcy documents; Attention to commitment letter; Telephone discussion with R. Feldman and J. Fried re loan and bankruptcy matters; | |
| | | C. Haviland | 3.80 |
| 12/30/2009 | 1 | Complete review of proposed term sheet for Bank of America financing; Conferences with C. Haviland, L. Apple and J. DiMarino regarding same; Attention to loan closing matters; | |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| | | T. Morrison | 2.70 |
| 12/31/2009 | 1 | Conference call with Mr. Feldman, BofA and BofA counsel to organize information and documents needed to complete BofA loan documents by Jan 11; Telephone conference with Atty. Fired to discuss his suggested BofA commitment letter changes; Revision and transmittal of BofA commitment letter; E-mails and telephone conferences throughout the afternoon on BofA fees authorization issue; BofA loan organization and file work; | |
| | | L. Apple | 4.30 |
| 12/31/2009 | 1 | Work on financing and reorganization matters; Review plan of reorganization | |
| | | J. DiMarino | 2.50 |
| 12/31/2009 | 1 | Attendance on conference call re loan matters and documents; Attention to the above; Review and analysis re corporate and loan structure and documents; Attention to due diligence documents and matter; | |
| | | C. Haviland | 2.00 |
| 1/2/2010 | 1 | Attention to loan agreement schedules and related documents; Review and analysis re operating company's proposed corporate documents; Attention to correspondence re above; Conference call with R. Feldman re closing matters and documents; | |
| | | C. Haviland | 2.50 |
| 1/3/2010 | 1 | Attention to e-mails and related documents pertinent to BofA and Asset Purchase; Work on motion to approve BofA fees; | |
| | | L. Apple | 0.90 |
| 1/3/2010 | 1 | Attention to loan agreement schedules and related documents; Review and analysis re operating company's corporate documents; Attention to Bank of America's commitment; Attention to correspondence re above; | |
| | | C. Haviland | 2.70 |
| 1/3/2010 | 1 | Review due diligence materials and loan agreement draft schedules; | |
| | | T. Morrison | 1.00 |
| 1/4/2010 | 1 | BofA Commitment letter work to finalize; Review/edit and discussion of Warrant/restricted stock documents; Review and discussion with Haynes Boone of retirement plan documents and strategy; Due Diligence coordination call with Haynes and Boone; Related document work and attention to e-mails; | |
| | | L. Apple | 2.60 |
| 1/4/2010 | 1 | Conference with C. Haviland, T. Morrison, R. Gach, and J. DiMarino re Bank of America financing; Telephone conference with R. Gach and client re same; Telephone conference with bank counsel; Collect real estate documents on banks closing agenda; | |
| | | T. Cumo | 2.40 |
| 1/4/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 1.00 |

**Whiteman Osterman & Hanna LLP**

Page: 4

| Date | | Description | Hours |
|---|---|---|---|
| 1/4/2010 | 1 | Attention to loan agreement schedules and related documents; Review and analysis re asset transfer documents; Meeting with L. Apple, J. DiMarino and T. Morrison re loan and asset transfer matters and documents; Telephone discussions with J. Fried re bankruptcy matters; Attention to due diligence matters; Attention to correspondence re above; Conference call with Canadian counsel; | |
| | | C. Haviland | 7.80 |
| 1/4/2010 | 1 | Complete review of due diligence materials; Conference with working group to analyze closing issues and deliverables; Telephone conference with Bank of America counsel to negotiate limitation on due diligence; Calls to J. Fried regarding lease and bankruptcy matters; Review deposit block agreements; Draft loan closing task-list; Work with H. Nicholson on deliverables; E-mail J. Fried regarding closing matters related to bankruptcy; Attention to closing matters; | |
| | | T. Morrison | 8.50 |
| 1/4/2010 | 1 | Attend to due diligence matters; | |
| | | H. Nicholson | 6.60 |
| 1/4/2010 | 1 | Review correspondence from L. Apple re due diligence project; Conference with J. DiMarino re same; Conference with C. Haviland re same; | |
| | | M. Sterthous | 0.30 |
| 1/5/2010 | 1 | Review/respond to standard conditions for tenatn fit up contract; E-mail to R. Sweeney re same; | |
| | | T. Cumo | 5.60 |
| 1/5/2010 | 1 | Work on financing documents, asset transfer documents and equity documents; Telephone call with M. Laven re equity documents; Work on due diligence; Multiple telephone calls re same; | |
| | | J. DiMarino | 2.70 |
| 1/5/2010 | 1 | Meetings and review documents and monitor real estate issues; | |
| | | R. Gach | 2.00 |
| 1/5/2010 | 1 | Attention to loan agreement schedules and related documents; Review and analysis re asset transfer documents; Meetings with J. DiMarino and T. Morrison re asset transfer matters and documents; Attention to due diligence matters; Attention to correspondence re above; Review and analysis of loan and security agreement; | |
| | | C. Haviland | 7.00 |
| 1/5/2010 | 1 | Draft opinion of counsel relative to Loan and Security Agreement; Conferences with J. Fried regarding bankruptcy matters related to Bank of America loan; Conferences with R. Gach and T. Cumo-Smith regarding real estate matters including title/insurance requirements; Conferences with D. Ruediger and C. McCay to discuss and negotiate terms of Loan and Security Agreement and related due diligence matters; Begin review of first draft of Loan and Security Agreement; Compare to commitment letter/term sheet; | |
| | | T. Morrison | 7.30 |
| 1/5/2010 | 1 | Attend to due diligence matters; | |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| | | H. Nicholson | 4.70 |
| 1/5/2010 | 1 | Conference with T. Cumo-Smith re environmental du diligence file; | |
| | | M. Sterthous | 1.00 |
| 1/6/2010 | 1 | Review loan agreement; Comments to T. Morrison; Various calls with G. Whitcher re due diligence items; conference with M. Sterthous re environmental issues; Review all files re due diligence items; Compile packages for bank and creditor counsel re same; Attention to real estate issues; | |
| | | T. Cumo | 7.00 |
| 1/6/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 1.00 |
| 1/6/2010 | 1 | Review and analysis of Bank of America loan and security agreement; Discussions with R. Feldman, T. Morrison and T. Cumo-Smith re above; | |
| | | C. Haviland | 9.20 |
| 1/6/2010 | 1 | Complete review of Loan and Security Agreement; Compare material provision to market-rate transaction terms; Conference call with R. Feldman and C. Haviland to review agreement and discuss possible changes to same; E-mails to/from and conference calls with Latham Corp. working group regarding loan, security, environmental and real estate matters; Additional revisions to first draft of Loan and Security Agreement; Attention to collateral matters; | |
| | | T. Morrison | 10.90 |
| 1/6/2010 | 1 | Attend to due diligence matters; review loan agreement with respect to definitions and section references; | |
| | | H. Nicholson | 6.00 |
| 1/6/2010 | 1 | Review environmental due diligence materials; Correspondence with CT Male re same; Review loan agreement; Conference with T. Cumo-Smith re ESA review; | |
| | | M. Sterthous | 1.80 |
| 1/7/2010 | 1 | Due diligence compilation and distribution; Various calls and conferences with client, bank counsel and Whiteman Osterman & Hanna LLP counsel re real estate issues; Review mortgage draft; Coordinate lease review; | |
| | | T. Cumo | 7.10 |
| 1/7/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 1.00 |
| 1/7/2010 | 1 | Attention to loan agreement and related documents; Meetings with J. DiMarino and T. Morrison re loan and asset transfer matters and documents; Attention to due diligence matters; Attention to correspondence re above; Discussions with R. Gach and T. Cumo-Smith re real estate matters; Conference call with Haynes & Boone and steering committee; | |
| | | C. Haviland | 11.00 |
| 1/7/2010 | 1 | Multiple revisions to Loan and Security Agreement throughout the day and night; Conference calls with R. Feldman, Haynes Boone and Steering Committee, and | |

Whiteman Osterman & Hanna LLP

Edwards Angell to negotiate terms of Loan and Security Agreement; Work on collateral matters including assisting Real Estate team; E-mails to/from Pulchinski law firm to coordinate bankruptcy filings and approvals; Coordinate Canadian counsel edits; Attention to general closing matters;

| | | | |
|---|---|---|---|
| | | T. Morrison | 12.70 |
| 1/7/2010 | 1 | Attend to due diligence matters; | |
| | | H. Nicholson | 5.50 |
| 1/8/2010 | 1 | Lease review; Comments on mortgage; Comments on Hazardous Material Indemnification; Internal Whiteman Osterman & Hanna LLP team meeting re status of various issues; Coordinating local GA/NC counsel; All hands call re logistics and timing for Monday filing; Continue to track down due diligence items; | |
| | | T. Cumo | 9.70 |
| 1/8/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 1.00 |
| 1/8/2010 | 1 | Attention to loan agreement and related documents; Telephone discussion with bank counsel and R. Feldman; Meetings with J. DiMarino and T. Morrison re loan and asset transfer matters and documents; Attention to due diligence matters; Attention to correspondence re above; Discussions with R. Gach and T. Cumo-Smith re real estate matters; Conference call re loan and security agreement; Attention to comments from steering committee; review and analysis re master note agreement and revised loan agreement; | |
| | | C. Haviland | 9.20 |
| 1/8/2010 | 1 | Review and revise Security and Pledge Agreements; Conference with J. DiMarino regarding same; Review and revise Loan and Security Agreement; Conference calls with Bank of America counsel, R. Feldman, Bankruptcy counsel and others regarding same; Conference call with all attorneys to coordinate closing logistics and document production; Begin review of revised Loan and Security Agreement; Prepare and submit revisions to Loan and Security Agreement to Bank of America counsel; Work with S. Popoff on Canadian matters; | |
| | | T. Morrison | 10.80 |
| 1/8/2010 | 1 | Attend to due diligence matters; | |
| | | H. Nicholson | 6.60 |
| 1/8/2010 | 1 | Review and analysis of issues re: IP searches; | |
| | | M. Ricciardi | 0.60 |
| 1/8/2010 | 1 | Review multiple lease agreements and amendments and summarize provisions; E-mails to/from T. Cumo-Smith re: same; | |
| | | C. Sarjeant | 3.00 |
| 1/8/2010 | 1 | Review hazardous material indemnity; | |
| | | M. Sterthous | 0.70 |
| 1/8/2010 | 1 | E-mails and conferences with T. Cumo-Smith; Review various leases and update checklist; | |

**Whiteman Osterman & Hanna LLP**

C. Vielkind                                                                                   4.30

1/9/2010          1          Attention to revised loan agreements and related documents; Conference calls re
                             revised loan and security agreement; Attention to comments from steering
                             committee; Telephone discussion with P. Amiel re steering group comments and
                             master note agreement; Review and analysis re master note agreement;

C. Haviland                                                                                   3.70

1/9/2010          1          Complete review of revised Loan and Security Agreement; Review Steering Group
                             comments related to same; Conference calls with R. Feldman, P. Amiel (Steering
                             Committee counsel), Bank of America counsel, Bank of America principals, and
                             Steering Committee principals to negotiate final terms of ABL facility; Prepare
                             revisions to same and submit to working group; Address Canadian issues with S.
                             Popoff; Attention to general closing matters;

T. Morrison                                                                                   9.70

1/10/2010         1          Attention to revised loan agreements and related documents; Conference calls re
                             revised loan and security agreement; Attention to comments from steering
                             committee; Telephone discussion with P. Amiel re steering group comments and
                             master note agreement; Review and analysis re master note agreement;

C. Haviland                                                                                   5.50

1/10/2010         1          Review proposed final Loan and Security Agreement prepared by Bank of America
                             counsel; Conferences with C. Haviland regarding same; Review Master Note
                             Agreement for related issues; Prepare additional revisions to Loan and Security
                             Agreement and submit to working group; Review ancillary security documents;

T. Morrison                                                                                   4.10

1/10/2010         1          Review e-mail from J. DiMarino with schedules of U.S. and Canada IP;

M. Ricciardi                                                                                  0.40

1/11/2010         1          Work on mortgages, title and other closing deliverables; Telephone conferences with
                             bank counsel and local Counsel; Various calls and meetings re status of all closing
                             items; Revisions to NY mortgage; Review issue of collateral assignment of rents;
                             Correpond with client re NC issues of consent; Review NC title commitment;
                             Attention to old mortgage issues; Coordinate with title company and C. Vielkind re
                             survey affidavit;

T. Cumo                                                                                       6.70

1/11/2010         1          Attention to revised loan agreements and related documents for filing with the
                             bankruptcy court; Conference calls re revised loan and security agreement;
                             Telephone discussions with P. Amiel and Bank of America counsel re master note
                             agreement; Review and analysis re master note agreement;

C. Haviland                                                                                   7.90

1/11/2010         1          Multiple conferences with working group to negotiate final amendments to Master
                             Note Agreement and Loan and Security Agreement; Conference with B. Ramseur
                             regarding North Carolina representation; Submit multiple edits to Loan and Master
                             Note Agreements; Work with Whiteman team on closing matters; Conference wtih
                             R. Feldman regarding loan matters; Proof multiple drafts of loan documents; Work
                             on due diligence;

**Whiteman Osterman & Hanna LLP**

| | | T. Morrison | 4.80 |
|---|---|---|---|
| 1/11/2010 | 1 | Attend to due diligence matters; prepare schedules to APA and Loan Agreement; prepare perfection certificates; | |
| | | H. Nicholson | 3.70 |
| 1/11/2010 | 1 | Review and analysis of issues re: mark searches; Review e-mail string between Blaney McMurtry and J. DiMarino re: non-U.S. trademarks; Reply to same; | |
| | | M. Ricciardi | 0.30 |
| 1/11/2010 | 1 | E-mails with T. Cumo-Smith (including review of various prior E-mails and attachments) re survey/affidavit; Print survey and survey reading; Review portions of back title; Draft survey affidavit; | |
| | | C. Vielkind | 1.00 |
| 1/12/2010 | 1 | Provide update on real estate matters to Whiteman Osterman & Hanna LLP team; Work on NC title issues; Work on local counsel issues; Various correspondence with title, Whiteman Osterman & Hanna LLP, client and bank counsel re closing issues; | |
| | | T. Cumo | 1.60 |
| 1/12/2010 | 1 | Work on disclosusre schedules and due diligence; Attention to open issues; Multiple telephone calls re same; | |
| | | J. DiMarino | 8.80 |
| 1/12/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 0.50 |
| 1/12/2010 | 1 | Discussions concerning Bank of America loan documents and matters; Attention to Bank of America schedules and loan documents; Conference call with Bank of America counsel; Attention to new entity corporate documents; Attention to asset purchase documents; | |
| | | C. Haviland | 2.00 |
| 1/12/2010 | 1 | Respond to various due diligence requests from bank counsel; Review Wachovia comments to Master Note Agreement; Conference call with Edwards Angell working group to review Bank of America loan closing checklist and discuss outstanding due diligence deliverables; Work with T. Cumo-Smith on real estate matters; Attention to opinion matters; Conference with R. Feldman to discuss loan-related matters; Review draft UCC-1s; Work on due diligence; Attention to general closing matters; | |
| | | T. Morrison | 5.90 |
| 1/12/2010 | 1 | Due diligence matters; prepare shcedules to Loan Agreement and Asset Purchase Agreement; | |
| | | H. Nicholson | 5.10 |
| 1/13/2010 | 1 | Various calls and meeting; Work with G. Whitcher on landlord waivers and NC issues; Attention to schedules review NY title; Address survey issues; Address title endorsement issues; Checklist all with R. Feldman; Various calls with local counsel in NC and GA; | |
| | | T. Cumo | 7.80 |

**Whiteman Osterman & Hanna LLP**

| 1/13/2010 | 1 | Review documents and monitor real estate issues; | |
|---|---|---|---|
| | | R. Gach | 0.50 |
| 1/13/2010 | 1 | Review of "Material Contracts" for "restrictive agreements" and whether violated by terms of the "Loan and Security Agreement"; Meeting with T. Morrison; | |
| | | N. Gemmiti | 5.40 |
| 1/13/2010 | 1 | Attention to Bank of America loan documents and matters; Discussions with T. Morrison, T. Cumo-Smith and J. DiMarino re above; | |
| | | C. Haviland | 6.80 |
| 1/13/2010 | 1 | Coordinate due diligence production; Review and revise opinion letter and related schedules; Conferences with C. Haviland, J. DiMarino and H. Nicholson to coordinate closing matters and comply with due diligence requests; Review due diligence in support of opinion letter; Conference with North Carolina counsel on mortgage and opinion matters; E-mails to/from Bank of America counsel regarding opinion, collateral and due diligence matters; Conference with N. Gemmiti regarding Material Contracts review; Review and revise schedules to Loan Agreement; Attention to due diligence, including contract review; | |
| | | T. Morrison | 8.80 |
| 1/13/2010 | 1 | Due diligence matters; prepare schedules to Loan Agreement and APA; prepare closing agenda for Asset Purchase Agt; | |
| | | H. Nicholson | 3.10 |
| 1/13/2010 | 1 | Review and analysis of issues re: IP searches needed; | |
| | | M. Ricciardi | 0.30 |
| 1/13/2010 | 1 | Prepare schedule of environmental reports received to date on NC, GA and NY parcels; E-mails to/from T. Cumo-Smith re: environmental reports; Review reports re: findings and conclusions; | |
| | | C. Sarjeant | 1.00 |
| 1/13/2010 | 1 | Review correspondence from T. Morrison re DOJ demand for reservation of environmental claims out of bankruptcy; | |
| | | M. Sterthous | 0.50 |
| 1/14/2010 | 1 | Review and revise environmental disclosure schedules; Review with local NC counsel implications of job performance documents; Various calls and E-mail with C. Haviland, G. Whitcher, R. Feldman and local counsel re same; Attention to requirements for issuance of loan and fee title policies; Telephone conference with bank counsel re NC issues and environmental carve-outs for NY mortgage; Coordinating local counsel engagements; Correspond with G. Whitcher re landlord waivers and public warehouse space; Attention to transfer and mortgage recording taxes; | |
| | | T. Cumo | 8.00 |
| 1/14/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 0.50 |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| 1/14/2010 | 1 | Review of "Material Contracts" for "restrictive agreements" and whether violated by terms of the "Loan and Security Agreement"; Meeting with T. Morrison; E-mail to T. Morrison and J. DiMarino; Meeting with M. Ricciardi; Trademark spreadsheet for M. Ricciardi; | |
| | | N. Gemmiti | 6.80 |
| 1/14/2010 | 1 | Attention to Bank of America loan documents and matters; Discussions with T. Morrison, T. Cumo-Smith and J. DiMarino re above; Attention to collateral security issues; Review and analysis re master note agreement; Attention to Whiteman Osterman & Hanna LLP and local counsel opinions; Attention to bankruptcy objections; | |
| | | C. Haviland | 5.50 |
| 1/14/2010 | 1 | Review and revise opinion of counsel; Review and revise related representation letters; Attention to due diligence matters including working with N. Gemmiti on material contract review, document production to bank counsel, and other matters; Review proposed Confirmation Order for loan related matters; Conferences with working group to coordinate due diligence and negotiate final terms of loan documents; Review and revise same; | |
| | | T. Morrison | 9.10 |
| 1/14/2010 | 1 | Due diligence matters; prepare schedules to Loan Agreement and Asset Purchase Agt; | |
| | | H. Nicholson | 5.20 |
| 1/14/2010 | 1 | Review and analysis of issues re: IP searches needed; Perform U.S. patent searches for Kafko (U.S.), Latham Manufacturing, Victory Pools and Cornerstar; Perform U.S. copyright and patent searches for various entities; Review and analysis of issues re: trademark search report; Review and analysis of issues re: patent and copyright search reports; | |
| | | M. Ricciardi | 1.20 |
| 1/14/2010 | 1 | Meeting with C. Haviland re: matter note agreement and complaince certificates; Review and markup master note agreement re: definitions and section numbers; Prepare redline of note for C. Haviland; Draft NY and GA survey affidavits; E-mail to/from T. Cumo-Smith re: survey affidavits; Review and markup Form of Compliance Certificate and Officer's Certificates; Review Loan Agreement re: certificate requirements; Redline same and e-mail C. Haviland certificates for review; | |
| | | C. Sarjeant | 1.60 |
| 1/14/2010 | 1 | Review latest correspondence re DOJ request for claim preservation language in the plan and comment on same; | |
| | | M. Sterthous | 0.30 |
| 1/15/2010 | 1 | Examine opinion letter draft; | |
| | | J. Allen | 0.50 |
| 1/15/2010 | 1 | Review confirmation order and correspond with title company and local counsel re same; Telephone conférences with landlords counsels re waivers; Review Scotia waiver; Correspond with bank counsel re same; Review and revise survey affidavits; Coordinate deed transfer forms; Review draft deeds; Telephone conference with G. | |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| | | Whitcher re various lease issues; Continue working on issues to clear title; Preparation of owner-seller affidavits; Various meetings and calls re status of checklist items; | |
| | | T. Cumo | 7.80 |
| 1/15/2010 | 1 | Review documents and monitor real estate issues; | |
| | | R. Gach | 0.50 |
| 1/15/2010 | 1 | Compilation of trademark/copyright/patent spreadsheets; Meeting with M. Ricciardi to discuss; Review of Global Crossing contract for restrictive provisions; | |
| | | N. Gemmiti | 5.10 |
| 1/15/2010 | 1 | E-mail with T. Morrison re closing opinion committee and issues; | |
| | | P. Gitlen | 0.80 |
| 1/15/2010 | 1 | Review and analysis re and attention to ABL and Holdco loan documents and matters; Conferences and telephone discussions re above; Telephone discussions with R. Feldman re lien matters; Telephone discussion with local counsel re opinions; | |
| | | C. Haviland | 4.00 |
| 1/15/2010 | 1 | Additional revisions to opinion letter; Research regarding UCC perfection and priority issues related to same; Review and revise Loan Agreement schedules and perfection certificates; Review Material Contracts with N. Gemmiti; Conference with J. Fried regarding bankruptcy logistics and effect of Confirmation Order on Whiteman opinions; Draft Secretary Certificates and authorizing resolution for the loan parties; Approve draft UCC-1 forms; Work with local counsel on opinion matters; Review draft opinion of Ragsdale Liggett; Finalize first draft of opinion; | |
| | | T. Morrison | 10.40 |
| 1/15/2010 | 1 | Prepare schedules to Loan Agt and Asset Purchase Agt; prepare EIN applications for three new corporations; | |
| | | H. Nicholson | 3.50 |
| 1/15/2010 | 1 | Review and analysis of issues re: IP search results for bank; | |
| | | M. Ricciardi | 0.20 |
| 1/15/2010 | 1 | Meeting with T. Morrison re: lease review re: restrictive agreement; Assemble and begin review of all lease/sublease agreements re: restrictive agreement (due diligence); | |
| | | C. Sarjeant | 1.20 |
| 1/15/2010 | 1 | Review New York State Department of Environmental Conservation enforcement status and history; Conference with J. DiMarino re same; Correspondence with CT Male re same; Telephone call with counsel (HAynes and Boone); | |
| | | M. Sterthous | 1.00 |
| 1/16/2010 | 1 | Review and analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Telephone discussion with R. Feldman re above and master note agreement; Discussions with T. Morrison re discussions with local counsel re opinions and Whiteman Osterman & Hanna LLP | |

Whiteman Osterman & Hanna LLP

|  |  | opinion; Discussion with T. Morrison and J. DiMarino re closing matters and documents; |  |
|---|---|---|---|
|  |  | C. Haviland | 2.50 |
| 1/16/2010 | 1 | Review Edwards Angell comments on draft opinion; Conference with C. Haviland regarding same; Review and revise opinion and circulate to working group; Review and revise officer's certificates, authorization letter (pre-filing of UCC-1s), solvency certificate and other documents; Conference with S. Popoff regarding opinion matters; Attention to due diligence; |  |
|  |  | T. Morrison | 6.80 |
| 1/17/2010 | 1 | Review P. Gitlen comments on draft opinion; Attention to same; Review comments from Edwards Angell to bank loan documents and related filings; Respond to same; Review Midland objections regarding tax payments; |  |
|  |  | T. Morrison | 2.00 |
| 1/18/2010 | 1 | Examine revised opinion letter; conference call with C. Haviland, P. Gitlen and T. Morrison re same; |  |
|  |  | J. Allen | 1.20 |
| 1/18/2010 | 1 | Review/edit of drafts of legal opinion to Bank of America; |  |
|  |  | L. Apple | 0.80 |
| 1/18/2010 | 1 | Review various correspondence re status of landlord waivers; Review NC survey affidavit; Review NC/W. VA opinion letter; |  |
|  |  | T. Curro | 1.00 |
| 1/18/2010 | 1 | Review and E-mail comments on opinion; Telephone call with opinion committee; |  |
|  |  | P. Gitlen | 2.30 |
| 1/18/2010 | 1 | Review and analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Telephone discussion with R. Feldman re above and master note agreement; Discussions with opinion committee re discussions with local counsel re opinions and Whiteman Osterman & Hanna LLP opinion; Discussions with J. DiMarino re closing matters and documents; |  |
|  |  | C. Haviland | 3.50 |
| 1/18/2010 | 1 | Review J. Holmes proposed changes to opinion of West Virginia counsel; Review S. Popoff proposed changes to opinion of Canadian counsel; Prepare for and attend conference call with P. Gitlen. J. Allen and C. Haviland to review Whiteman opinion; Review Edwards Angell edits to Solvency and Pre-Authorization documents; |  |
|  |  | T. Morrison | 2.10 |
| 1/18/2010 | 1 | Review loan agreement re: restrictive agreements; Review all lease agreements of Latham International re: restrictive agreement provisions; Prepare summary of possible provisions re: restrictive agreements; E-mail T. Morrison and J. DiMarino re: summary of possible provisions re: restrictive agreements and mechanic's lien issue; |  |
|  |  | C. Sarjeant | 7.80 |
| 1/19/2010 | 1 | Work on ABL borrower's counsel opinion; Work on Old Latham resignations and |  |

Whiteman Osterman & Hanna LLP

resolutions in preparation for transition sale; Related conference call and e-mail with D. Eaton and Mr. Laven; Additional deal work;

| | | | |
|---|---|---|---|
| | | L. Apple | 1.30 |
| 1/19/2010 | 1 | Continue collection of real estate deliverable items; Review draft deeds and transfer forms; Review and finalize owner affidavits and survey affidavits; Conference with C. Haviland, J. DiMarino and C. Sarjeant re internal checklist meeting; Telephone conference with all parties re bank checklist call; Telephone conference with F. Kaliski re status of all real estate items; Coordinate preparation of Wachovia releases for real property; | |
| | | T. Cumo | 4.00 |
| 1/19/2010 | 1 | Internal meetings; Meeting with T. Cumo-Smith and client; | |
| | | R. Gach | 1.60 |
| 1/19/2010 | 1 | Review revised opinion. | |
| | | P. Gitlen | 0.60 |
| 1/19/2010 | 1 | Review, analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Meeting re closing matters and documents; Discussions with opinion committee re discussion with local counsel re opinions and Whiteman Osterman & Hanna LLP opinion; Discussion with J. DiMarino re closing matters and documents; Preparation of revisions to Whiteman Osterman & Hanna LLP opinion letter; | |
| | | C. Haviland | 5.20 |
| 1/19/2010 | 1 | Conferences with C. Haviland and C. Sarjeant to coordinate revisions to, and delivery of, secretary's certificates, final bylaws, authorizing resolutions, and related documents; Review C. Sarjeant revisions to same; Attention to other closing matters; Respond to Edwards Angell document revisions; Work on opinions of counsel; | |
| | | T. Morrison | 4.30 |
| 1/19/2010 | 1 | Review IP searches; Perform additional patent and copyright searches; Review and analysis of issues re: same; | |
| | | M. Ricciardi | 1.00 |
| 1/19/2010 | 1 | Meeting with C. Haviland re: resolutions and certificates; Telephone conference with T. Morrison re: finalizing resolutions and certificates; Team meeting re: status of closing documents; E-mails to/from J. DiMarino and T. Morrison re: BOA loan docs; Review redline of revised OCC pre-filing authorization letter re: BOA changes; Team conference call re: status of closing items; Revise all secretary's certificates and officers certificates re: effective date, officer identity and other relevant info to be included; E-mail to/from J. DiMarino re: execution of pre-filing authorization letter; E-mail to BOA counsel re: revised certificates in final form for execution; Assemble final exhibits to all certificates; E-mail to/from T. Morrison re: status; | |
| | | C. Sarjeant | 3.20 |
| 1/20/2010 | 1 | Various pre-closing work, including conference calls to coordinate transition from legacy companies and closing mechanics; Work on borrower's counsel opinion for the ABL; Continued work on borrower's counsel legal opinion for the ABL; | |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| | L. Apple | | 2.10 |

| | | | |
|---|---|---|---|
| 1/20/2010 | 1 | Review and revise NY and GA deeds and forms; Prepare instruction letter; Prepare title company letters; Review revised NC deed of trust and provide comments re employment creation; Correspond with the title companies re filing of deeds; Review landlord waiver issues and prepare clip pages where needed; Correspond with C. Vielkind re GA survey; Logistics call with bank counsel and bankruptcy counsel; Update all affidavits for execution; Attention to GA deed description issues; Review Wachovia exchange and release agreement schedule re real estate liens; | |

| | | | |
|---|---|---|---|
| | T. Cumo | | 4.50 |

| | | | |
|---|---|---|---|
| 1/20/2010 | 1 | R revised opinion; E-mail to T. Morrison; Review L. Apple comments; | |

| | | | |
|---|---|---|---|
| | P. Gitlen | | 0.80 |

| | | | |
|---|---|---|---|
| 1/20/2010 | 1 | Review, analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Meeting re closing matters and documents; Discussions with opinion committee re discussion with local counsel on opinions and Whiteman Osterman & Hanna LLP opinions; Discussion with J. DiMarino and T. Morrison re closing matters and documents; Preparation of revisions to Whiteman Osterman & Hanna LLP opinion letter; | |

| | | | |
|---|---|---|---|
| | C.Haviland | | 5.20 |

| | | | |
|---|---|---|---|
| 1/20/2010 | 1 | Conference with C. Haviland regarding status of closing, due diligence, and opinion; Review proposed changes to opinion; UCC research regarding perfection and attachment issues related to same; Review and revise opinion; Conferences with C. Haviland regarding and further revisions to same; Circulate opinion to Whiteman Committee for review; Work with C. McKay to finalize loan documents; Coordinate delivery and execution of signature pages to same; Conference with J. DiMarino and C. Sarjeant to review and coordinate all loan deliverables; Attention to closing matters; | |

| | | | |
|---|---|---|---|
| | T. Morrison | | 7.20 |

| | | | |
|---|---|---|---|
| 1/20/2010 | 1 | Review and analysis of issues re: IP assignment; Telephone conference with B. Soucy and J. DiMarino re: same; | |

| | | | |
|---|---|---|---|
| | M. Ricciardi | | 1.70 |

| | | | |
|---|---|---|---|
| 1/20/2010 | 1 | E-mails to/from T. Morrison and J. DiMarino re: coordinating execution of closing docs; Assemble all organizational documents to be executed at closing; E-mail T. Morrison re: status and executing resolutions; Review redline and assemble same for T. Morrison review; Meeting with T. Morrison to review borrower signature pages and corporate organizational docs; Assemble signature pages and review lender's signature pages; Meeting with T. Morrison and J. DiMarino re: final bank package and signature pages; Assemble signature page and e-mail same to T. Morrison and J. DiMarino; | |

| | | | |
|---|---|---|---|
| | C. Sarjeant | | 3.20 |

| | | | |
|---|---|---|---|
| 1/21/2010 | 1 | Document and opinion work and counsel coordination in connection with closing on Asset Purchase Agreement and ABL; | |

| | | | |
|---|---|---|---|
| | L. Apple | | 4.50 |

| | | | |
|---|---|---|---|
| 1/21/2010 | 1 | Attention to all real estate issues re deeds, taxes, title, description, lien releases, mortgages; landlord waivers, etc.; Telephone conferences and meetings internally | |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| | | and with bank and creditor counsel re all open issues; | |
| | | T. Cumo | 3.80 |
| 1/21/2010 | 1 | Review matter with T. Cumo-Smith and C. Haviland; | |
| | | R. Gach | 1.10 |
| 1/21/2010 | 1 | Review, analysis and attention to ABL and Holdco loan documents and matters; Attention to real estate issues; Discussions and telephone conferences re above; Meetings re closing matters and documents; Discussions with opinion committee re discussions with local counsel regarding opinions and Whiteman Osterman & Hanna LLP opinion; Discussion with J. DiMarino, T. Morrison, R. Feldman and C. Unterberg re closing matters and documents; Preparation of revisions to Whiteman Osterman & Hanna LLP opinion letter; Attention to Holdco Note agent issues; | |
| | | C. Haviland | 6.70 |
| 1/21/2010 | 1 | Review proposed edits to Whiteman opinion received from Edwards Angell and Whiteman committee; Review and revise opinion for same; Review and revise representation letter from M. Laven in support of Whiteman opinion and circulate for execution; Review and revise various officer and other certificates required to be delivered to the bank at closing; Review flow of funds; Review Borrowing Base calculation; Review final edits to Loan and Security Agreement; Conference calls with J. Holmes and C. McKay to finalize UCC opinions; Review and revise same; E-mail C. Haviland regarding UCC perfection issues; Attention to general closing matters; | |
| | | T. Morrison | 11.80 |
| 1/21/2010 | 1 | Prepare for closing; | |
| | | H. Nicholson | 3.40 |
| 1/21/2010 | 1 | Review patent assignments for breaks in chain of title; Review and analysis of issues re: same; | |
| | | M. Ricciardi | 0.30 |
| 1/21/2010 | 1 | Prepare Exhibit B – list of reorganization transaction documents; Revise insert to Officer's Certificate, E-mail same to T. Morrison; Team meeting re: finalizing closing items; Review all signature pages received from client; Review signature pages required under closing agenda for completeness; E-mail J. DiMarino and team re: signature pages and info needed; Revise Exhibit B to Officer's Certificate re: reorganizational docs; Review Loan Agreement definitions; Markup Exhibit B and e-mail final draft to bank counsel; Review updated closing agenda; | |
| | | C. Sarjeant | 3.50 |
| 1/22/2010 | 1 | Work with CEH and J. DiMarino on closing loose ends and strategy; Finalized counsel opinion with T. Morrison; Attention to various deal matters and related file work; | |
| | | L. Apple | 1.30 |
| 1/22/2010 | 1 | Attention to GA deed issues; Coordinate deed filing; Review final versions of Mortgages; Review post-closing letter; Various calls and meetings with T. Morrison, J. DiMarino, C. Haviland; Review Hazardous Materials Indemnification Schedules; Conference with C. Vielkind re GA survey; Attention to various closing issues; | |

**Whiteman Osterman & Hanna LLP**

| | | | |
|---|---|---|---|
| | | T. Cumo | 3.60 |
| 1/22/2010 | 1 | Conference with T. Cumo-Smith re status and monitor matter; | |
| | | R. Gach | 0.60 |
| 1/22/2010 | 1 | Attention to ABL, Master Note and asset transfer closing documents and matters; Attention to real estate issues; Discussions and telephone discussions re above; Meetings re closing matters and documents; Discussion with J. DiMarino, T. Morrison, R. Feldman, M. Laven and C. Unterberg re closing matters and documents; Attention to Holdco Note agent issues; Attention to Whiteman Osterman & Hanna LLP opinion; Attention to bankruptcy issues; | |
| | | C. Haviland | 3.00 |
| 1/22/2010 | 1 | E-mails to/from and telephone conferences with C. McKay to negotiate final terms of Whiteman legal opinion; Review and revise same and circulate to Committee for approval; Coordinate document execution and production with J. DiMarino and H. Nicholson; Conferences with C. Sarjeant regarding revisions to bank certificates; Assist T. Cumo-Smith with real property matters; Finalize and circulate Whiteman opinion; Coordinate wire transfers; Review and revise post-closing letter; Conference calls to negotiate closing matters; Attention to general closing matters; | |
| | | T. Morrison | 8.80 |
| 1/22/2010 | 1 | Preparation for closing; | |
| | | H. Nicholson | 3.40 |
| 1/22/2010 | 1 | Review EADP comments of Officer's Certificate Exhibit B; Revise Exhibit B - List of reorganizational documents; Prepare redline of same and review changes; E-mail to/from T. Morrison re: revised certificates; E-mail C. McCay at EAD re: revised certificates; Meeting with T. Morrison and J. DiMarino re: APA assignments; Draft statement of Funds and Uses; E-mail C. McCay re: Statement of Funds and Uses; Review Matter Note Agreement and schedule of additional agreements and promissary notes; Assemble fully executed Viking Post Officers Certificate; Revise and finalize Officer's Certificate Exhibit B to reflect all APA assignment documentation, including notes; E-mail certificates to bank counsel; | |
| | | C. Sarjeant | 5.00 |
| 1/23/2010 | 1 | Attention to closing matters and documents; | |
| | | C. Haviland | 1.20 |
| 1/25/2010 | 1 | Continue review of landlord waivers and prepare slip pages for corrections; Correspond with G. Whitcher re same; Coordinate corrective GA deed; Review title commitments re required submissions; Coordinate with local counsel re same; Telephone conference with S. Porter re Scotia lease/landlord waiver; Various post closing items and cleanup; | |
| | | T. Cumo | 3.90 |
| 1/25/2010 | 1 | Status and updates; | |
| | | R. Gach | 0.70 |
| 1/25/2010 | 1 | Attention to closing matters; Discussions with J. DiMarino re above; Conference calls re above; | |

Whiteman Osterman & Hanna LLP

| | | | | | |
|---|---|---|---|---|---|
| | | C. Haviland | 5.00 | | |
| 1/25/2010 | 1 | Tend to post-closing matters; Review and e-mail C. Haviland regarding outstanding items; Attention to same; Conferences with C. Haviland and J. DiMarino and conference call with working group to close and release from escrow; Review real estate matters with T. Cumo-Smith; Draft list of post-closing deliverables; | | | |
| | | T. Morrison | 3.30 | | |
| 1/25/2010 | 1 | Closing matters; | | | |
| | | H. Nicholson | 0.60 | | |
| | | Sub-Total: ABL Financing | 542.40 | | 141,185.00 |
| | | | 542.40 | | 141,185.00 |

**2          Asset Purchase-Acquisition and Related**

| | | | | | |
|---|---|---|---|---|---|
| 12/28/2009 | 2 | Evaluation of Ch 11 Plan and related documents to understand proposed corporate structure and prepare for anticipated financing; | | | |
| | | L. Apple | 2.50 | | |
| 12/29/2009 | 2 | Review financing commitments and reorganization plan; Telephone call with R. Feldman re same; | | | |
| | | J. DiMarino | 1.00 | | |
| 12/31/2009 | 2 | Attendance on conference call re loan matters and documents; Attention to the above; Review and analysis re corporate and loan structure and documents; Attention to due diligence documents and matter; | | | |
| | | C. Haviland | 2.00 | | |
| 12/31/2009 | 2 | Meeting with C. Haviland and J. DiMarino to review closing checklist; | | | |
| | | H. Nicholson | 0.70 | | |
| 1/3/2010 | 2 | Attention to e-mails and related documents pertinent to BofA and Asset Purchase; Work on motion to approve BofA fees; | | | |
| | | L. Apple | 0.90 | | |
| 1/3/2010 | 2 | Work on asset purchase agreement and ancilliary documents; Work on disclosure schedules to credit agareement; | | | |
| | | J. DiMarino | 3.10 | | |
| 1/4/2010 | 2 | BofA Commitment letter work to finalize; Review/edit and discussion of Warrant/restricted stock documents; Review and discussion with Haynes Boone of retirement plan documents and strategy; Due Diligence coordination call with Haynes and Boone; Related document work and attention to e-mails; | | | |
| | | L. Apple | 2.70 | | |
| 1/4/2010 | 2 | Work on transfer and assignment agreements; Work on due diligence; Multiple telephone calls re financing and asset transfer; Attention to open issues; | | | |
| | | J. DiMarino | 9.00 | | |

**Whiteman Osterman & Hanna LLP**

| 1/5/2010 | 2 | Review/edit of proposed warrant and restricted stock plan documents; Conference call with Mr. Laven to discuss comments and suggested changes; Work on Asset Purchase Agreement; Attention to e-mails on various matters; Attention to Canadian and French counsel; Other document work; |
|---|---|---|
| | | L. Apple — 2.60 |
| 1/5/2010 | 2 | Work on financing documents, asset transfer documents and equity documents; Telephone call with M. Laven re equity documents; Work on due diligence; Multiple telephone calls re same; |
| | | J. DiMarino — 2.70 |
| 1/6/2010 | 2 | Warrant and Restricted Stock Plans; APA and By-Laws, ABL issues; Attention to e-mails; Telephone conference with other counsel, Mr. Laven and R. Feldman; Due diligence work; Document and file work; Attention to evening e-mails; ABL financing documents; Retirement plans; Deal work; |
| | | L. Apple — 2.40 |
| 1/6/2010 | 2 | Work on asset transfer and related documents; Work on due diligence; Attention to open issues; Multiple telephone calls with all parties; |
| | | J. DiMarino — 8.70 |
| 1/7/2010 | 2 | Attention to Littlejohn management services agreement issue, 409A issues attendant Warrant and Restricted Stock Plans; Open tax issue disclosures for APA; Deal work throughout the day; |
| | | L. Apple — 1.90 |
| 1/7/2010 | 2 | Work on due diligence, equity documents, financing documents and related matters; Multiple telephone calls re same; |
| | | J. DiMarino — 9.60 |
| 1/8/2010 | 2 | Work on equity documents, financing documents; Attention to open issues; Multiple telephone calls re same; |
| | | J. DiMarino — 8.80 |
| 1/10/2010 | 2 | Conference call with Mr. Laven on various deal document matters and related tax issues; ABL and related deal documents coordination work; |
| | | L. Apple — 1.80 |
| 1/10/2010 | 2 | Work on equity documents; Attention to open issues; Multiple telephone calls re same; |
| | | J. DiMarino — 4.60 |
| 1/11/2010 | 2 | Work on financing documents and related matters; Attention to open issues; Multiple telephone calls re same; Attention to bankruptcy filing; |
| | | J. DiMarino — 9.50 |
| 1/12/2010 | 2 | Discussions concerning Bank of America loan documents and matters; Attention to Bank of America schedules and loan documents; Conference call with Bank of America counsel; Attention to new entity corporate documents; Attention to asset purchase documents; |

Whiteman Osterman & Hanna LLP

|  |  |  |  |
|---|---|---|---|
|  |  | C. Haviland | 2.00 |
| 1/12/2010 | 2 | Due diligence matters; prepare shcedules to Loan Agreement and Asset Purchase Agreement; |  |
|  |  | H. Nicholson | 5.20 |
| 1/13/2010 | 2 | Due diligence matters; prepare schedules to Loan Agreement and APA; prepare closing agenda for Asset Purchase Agt; |  |
|  |  | H. Nicholson | 3.10 |
| 1/14/2010 | 2 | Work on open issues for closing including due diligence, disclosure schedules, organizational documents and other matters; Multiple telephone calls re same; |  |
|  |  | J. DiMarino | 10.70 |
| 1/14/2010 | 2 | Due diligence matters; prepare schedules to Loan Agreement and Asset Purchase Agt; |  |
|  |  | H. Nicholson | 5.30 |
| 1/14/2010 | 2 | Review and analysis of issues re: IP searches needed; Perform U.S. patent searches for Kafko (U.S.), Latham Manufacturing, Victory Pools and Cornerstar; Perform U.S. copyright and patent searches for various entities; Review and analysis of issues re: trademark search report; Review and analysis of issues re: patent and copyright search reports; |  |
|  |  | M. Ricciardi | 1.30 |
| 1/15/2010 | 2 | Conference call with Messrs. Feldman and Hollander and S. Wetzel to clarify information for Bankruptcy Court schedules and plans assignment issues; Review of Laven Employment Contract; Review of draft Transfer and Assumption Agreement (pension/benefit plans and policies); Document and file work related to retirement/welfare plans; Beginning closing preparations; |  |
|  |  | L. Apple | 2.60 |
| 1/15/2010 | 2 | Attention to open items for closing; Work on due diligence and transaction documents; Multiple telephone calls re same; |  |
|  |  | J. DiMarino | 9.60 |
| 1/15/2010 | 2 | Prepare schedules to Loan Agt and Asset Purchase Agt; prepare EIN applications for three new corporations; |  |
|  |  | H. Nicholson | 3.50 |
| 1/15/2010 | 2 | E-mails with T. Cumo-Smith and HN; Print/review title report; Real info search; Prepare draft TP-584 and RP-5217; |  |
|  |  | C. Vielkind | 1.00 |
| 1/16/2010 | 2 | Attention to open issues for closing; Work on transaction documents; |  |
|  |  | J. DiMarino | 3.60 |
| 1/17/2010 | 2 | Work on transaction documents and due diligence; Multiple telephone calls re same; |  |
|  |  | J. DiMarino | 3.80 |

**Whiteman Osterman & Hanna LLP**

| 1/18/2010 | 2 | Work on transaction documents, disclosure schedules and open issues for closing; Multiple telephone calls re same; |
|---|---|---|

J. DiMarino                                                      7.60

| 1/19/2010 | 2 | Work on ABL borrower's counsel opinion; Work on Old Latham resignations and resolutions in preparation for transition sale; Related conference call and e-mail with D. Eaton and Mr. Laven; Additional deal work; |
|---|---|---|

L. Apple                                                        1.30

| 1/19/2010 | 2 | Continue collection of real estate deliverable items; Review draft deeds and transfer forms; Review and finalize owner affidavits and survey affidavits; Conference with C. Haviland, J. DiMarino and C. Sarjeant re internal checklist meeting; Telephone conference with all parties re bank checklist call; Telephone conference with F. Kaliski re status of all real estate items; Coordinate preparation of Wachovia releases for real property; |
|---|---|---|

T. Cumo                                                         4.00

| 1/19/2010 | 2 | Attention to open issues; Multiple telephone calls re same; Work on documents and schedules; |
|---|---|---|

J. DiMarino                                                     11.00

| 1/19/2010 | 2 | Meeting with C. Haviland re: resolutions and certificates; Telephone conference with T. Morrison re: finalizing resolutions and certificates; Team meeting re: status of closing documents; E-mails to/from J. DiMarino and T. Morrison re: BOA loan docs; Review redline of revised OCC pre-filing authorization letter re: BOA changes; Team conference call re: status of closing items; Revise all secretary's certificates and officers certificates re: effective date, officer identity and other relevant info to be included; E-mail to/from J. DiMarino re: execution of pre-filing authorization letter; E-mail to BOA counsel re: revised certificates in final form for execution; Assemble final exhibits to all certificates; E-mail to/from T. Morrison re: status; |
|---|---|---|

C. Sarjeant                                                     3.30

| 1/19/2010 | 2 | Interoffice e-mails re transfer forms, mortgage discharge, status, etc.; Conference with J DiMarino; Final revisions to TP-584 and RP-5217 and deliver to J DiMarino; Draft discharge of Wachovia mortgage; Review NC title report and prepare draft discharge and UCC3; |
|---|---|---|

C. Vielkind                                                     2.30

| 1/20/2010 | 2 | Various pre-closing work, including conference calls to coordinate transition from legacy companies and closing mechanics; Work on borrower's counsel opinion for the ABL; Continued work on borrower's counsel legal opinion for the ABL; |
|---|---|---|

L. Apple                                                        2.20

| 1/20/2010 | 2 | Review and revise NY and GA deeds and forms; Prepare instruction letter; Prepare title company letters; Review revised NC deed of trust and provide comments re employment creation; Correspond with the title companies re filing of deeds; Review landlord waiver issues and prepare clip pages where needed; Correspond with C. Vielkind re GA survey; Logistics call with bank counsel and bankruptcy counsel; Update all affidavits for execution; Attention to GA deed description issues; Review Wachovia exchange and release agreement schedule re real estate liens; |
|---|---|---|

T. Cumo                                                         4.40

Whiteman Osterman & Hanna LLP

| Date | | Description | |
|---|---|---|---|
| 1/20/2010 | 2 | Attention to open issues for closing; Multiple telephone calls re same; Coordinate closing documents; | |
| | | J. DiMarino | 11.40 |
| 1/20/2010 | 2 | E-mails with T. Cumo-Smith; Attend to duplication of TP-584 and RP-5217; Telephone conference and E-mail with Georgia surveyor re 2004 survey; E-mails re NC and GA releases; | |
| | | C. Vielkind | 0.80 |
| 1/21/2010 | 2 | Attention to all real estate issues re deeds, taxes, title, description, lien releases, mortgages, landlord waivers, etc.; Telephone conferences and meetings internally and with bank and creditor counsel re all open issues; | |
| | | T. Cumo | 3.90 |
| 1/21/2010 | 2 | Attention to closing and outstanding issues; | |
| | | J. DiMarino | 10.00 |
| 1/21/2010 | 2 | Prepare for closing; | |
| | | H. Nicholson | 3.30 |
| 1/21/2010 | 2 | E-mails with T. Cumo-Smith; E-mails with H Nicholson re Georgia releases; Prepare Deed releasing Wachovia lien on GA property; Review various E-mails; | |
| | | C. Vielkind | 0.80 |
| 1/22/2010 | 2 | Work with CEH and J. DiMarino on closing loose ends and strategy; Finalized counsel opinion with T. Morrison; Attention to various deal matters and related file work; | |
| | | L. Apple | 1.20 |
| 1/22/2010 | 2 | Attention to GA deed issues; Coordinate deed filing; Review final versions of Mortgages; Review post-closing letter; Various calls and meetings with T. Morrison, J. DiMarino, C. Haviland; Review Hazardous Materials Indemnification Schedules; Conference with C. Vielkind re GA survey; Attention to various closing issues; | |
| | | T. Cumo | 3.60 |
| 1/22/2010 | 2 | Attention to closing; Work on open issues; | |
| | | J. DiMarino | 10.00 |
| 1/22/2010 | 2 | Attention to ABL, Master Note and asset transfer closing documents and matters; Attention to real estate issues; Discussions and telephone discussions re above; Meetings re closing matters and documents; Discussion with J. DiMarino, T. Morrison, R. Feldman, M. Laven and C. Unterberg re closing matters and documents; Attention to Holdco Note agent issues; Attention to Whiteman Osterman & Hanna LLP opinion; Attention to bankruptcy issues; | |
| | | C. Haviland | 3.00 |
| 1/22/2010 | 2 | Preparation for closing; | |
| | | H. Nicholson | 3.40 |
| 1/22/2010 | 2 | Review e-mail from B. Soucy re: foreign trademarks; | |

**Whiteman Osterman & Hanna LLP**

Page: 22

| | | | | |
|---|---|---|---|---|
| | | M. Ricciardi | 0.10 | |
| 1/22/2010 | 2 | Telephone call with K. Moline re New York State Department of Environmental Conservation meeting at site; | | |
| | | M. Sterthous | 0.40 | |
| 1/22/2010 | 2 | Numerous e-mails/conference with T. Curno-Smith; Several telephone conferences with GA surveyor; Review numerous E-mails; | | |
| | | C. Vielkind | 1.00 | |
| 1/23/2010 | 2 | Attention to open issues for closing; | | |
| | | J. DiMarino | 0.30 | |
| 1/24/2010 | 2 | Attention to open issues for closing; | | |
| | | J. DiMarino | 0.30 | |
| 1/25/2010 | 2 | Attention to various deal completion matters and communications; | | |
| | | L. Apple | 0.80 | |
| 1/25/2010 | 2 | Attention to closing and outstanding closing issues; Multiple telephone calls re same; | | |
| | | J. DiMarino | 6.70 | |
| 1/25/2010 | 2 | Correspondence with CT Male re New York State Department of Environmental Conservation site visit; | | |
| | | M. Sterthous | 0.20 | |
| | | **Sub-Total: Asset** | 223.50 | 60,105.00 |
| | | | 223.50 | 60,105.00 |

| 3 | Master Note | | | |
|---|---|---|---|---|
| 1/9/2010 | 3 | Work on master note agreement, equity documents, due diligence and related matters; Multiple telephone calls re same; | | |
| | | J. DiMarino | 5.10 | |
| 1/9/2010 | 3 | Attention to revised loan agreements and related documents; Conference calls re revised loan and security agreement; Attention to comments from steering committee; Telephone discussion with P. Amiel re steering group comments and master note agreement; Review and analysis re master note agreement; | | |
| | | C. Haviland | 3.80 | |
| 1/11/2010 | 3 | Multiple conferences with working group to negotiate final amendments to Master Note Agreement and Loan and Security Agreement; Conference with B. Ramseur regarding North Carolina representation; Submit multiple edits to Loan and Master Note Agreements; Work with Whiteman team on closing matters; Conference wtih R. Feldman regarding loan matters; Proof multiple drafts of loan documents; Work on due diligence; | | |
| | | T. Morrison | 4.70 | |

Whiteman Osterman & Hanna LLP

| 1/11/2010 | 3 | Attend to due diligence matters; prepare schedules to APA and Loan Agreement; prepare perfection certificates; | |
| | | H. Nicholson | 3.70 |
| 1/12/2010 | 3 | Respond to various due diligence requests from bank counsel; Review Wachovia comments to Master Note Agreement; Conference call with Edwards Angell working group to review Bank of America loan closing checklist and discuss outstanding due diligence deliverables; Work with T. Cumo-Smith on real estate matters; Attention to opinion matters; Conference with R. Feldman to discuss loan-related matters; Review draft UCC-1s; Work on due diligence; Attention to general closing matters; | |
| | | T. Morrison | 3.00 |
| 1/14/2010 | 3 | Meeting with C. Haviland re: matter note agreement and complaince certificates; Review and markup master note agreement re: definitions and section numbers; Prepare redline of note for C. Haviland; Draft NY and GA survey affidavits; E-mail to/from T. Cumo-Smith re: survey affidavits; Review and markup Form of Compliance Certificate and Officer's Certificates; Review Loan Agreement re: certificate requirements; Redline same and e-mail C. Haviland certificates for review; | |
| | | C. Sarjeant | 1.60 |
| 1/15/2010 | 3 | Review and analysis re and attention to ABL and Holdco loan documents and matters; Conferences and telephone discussions re above; Telephone discussions with R. Feldman re lien matters; Telephone discussion with local counsel re opinions; | |
| | | C. Haviland | 4.00 |
| 1/16/2010 | 3 | Review and analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Telephone discussion with R. Feldman re above and master note agreement; Discussions with T. Morrison re discussions with local counsel re opinions and Whiteman Osterman & Hanna LLP opinion; Discussion with T. Morrison and J. DiMarino re closing matters and documents; | |
| | | C. Haviland | 2.50 |
| 1/18/2010 | 3 | Review and analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Telephone discussion with R. Feldman re above and master note agreement; Discussions with opinion committee re discussions with local counsel re opinions and Whiteman Osterman & Hanna LLP opinion; Discussions with J. DiMarino re closing and matters and documents; | |
| | | C. Haviland | 3.50 |
| 1/19/2010 | 3 | Review, analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Meeting re closing matters and documents; Discussions with opinion committee re discussion with local counsel re opinions and Whiteman Osterman & Hanna LLP opinion; Discussion with J. DiMarino re closing matters and documents; Preparation of revisions to Whiteman Osterman & Hanna LLP opinion letter; | |
| | | C. Haviland | 5.30 |
| 1/20/2010 | 3 | Review, analysis and attention to ABL and Holdco loan documents and matters; Discussions and telephone discussions re above; Meeting re closing matters and | |

Whiteman Osterman & Hanna LLP

| | | | | |
|---|---|---|---|---|
| | | documents; Discussions with opinion committee re discussion with local counsel on opinions and Whiteman Osterman & Hanna LLP opinions; Discussion with J. DiMarino and T. Morrison re closing matters and documents; Preparation of revisions to Whiteman Osterman & Hanna LLP opinion letter; | | |
| | | C. Haviland | 5.10 | |
| 1/21/2010 | 3 | Review, analysis and attention to ABL and Holdco loan documents and matters; Attention to real estate issues; Discussions and telephone conferences re above; Meetings re closing matters and documents; Discussions with opinion committee re discussions with local counsel regarding opinions and Whiteman Osterman & Hanna LLP opinion; Discussion with J. DiMarino, T. Morrison, R. Feldman and C. Unterberg re closing matters and documents; Preparation of revisions to Whiteman Osterman & Hanna LLP opinion letter; Attention to Holdco Note agent issues; | | |
| | | C. Haviland | 3.30 | |
| 1/22/2010 | 3 | Attention to ABL, Master Note and asset transfer closing documents and matters; Attention to real estate issues; Discussions and telephone discussions re above; Meetings re closing matters and documents; Discussion with J. DiMarino, T. Morrison, R. Feldman, M. Laven and C. Unterberg re closing matters and documents; Attention to Holdco Note agent issues; Attention to Whiteman Osterman & Hanna LLP opinion; Attention to bankruptcy issues; | | |
| | | C. Haviland | 3.00 | |

|  | | |
|---|---|---|
| **Sub-Total: Master Note** | 48.60 | 14,530.00 |
| | 48.60 | 14,530.00 |

**4**       **Related Corporate matters**

| | | | |
|---|---|---|---|
| 1/5/2010 | 4 | Review/edit of proposed warrant and restricted stock plan documents; Conference call with Mr. Laven to discuss comments and suggested changes; Work on Asset Purchase Agreement; Attention to e-mails on various matters; Attention to Canadian and French counsel; Other document work; | |
| | | L. Apple | 2.70 |
| 1/5/2010 | 4 | Work on financing documents, asset transfer documents and equity documents; Telephone call with M. Laven re equity documents; Work on due diligence; Multiple telephone calls re same; | |
| | | J. DiMarino | 2.80 |
| 1/6/2010 | 4 | Warrant and Restricted Stock Plans; APA and By-Laws, ABL issues; Attention to e-mails; Telephone conference with other counsel, Mr. Laven and R. Feldman; Due diligence work; Document and file work; Attention to evening e-mails; ABL financing documents; Retirement plans; Deal work; | |
| | | L. Apple | 2.40 |
| 1/6/2010 | 4 | Conduct federal pacer court search of case re obtain Declaration of M. Laven per L. Apple; | |
| | | J. Kroll | 0.20 |
| 1/6/2010 | 4 | Conference with J. DiMarino regarding review of proposed warrant plan for 409A | |

**Whiteman Osterman & Hanna LLP**

compliance; Review and analysis of warrant plan; Conference with D. Hovancik;

| | | T. Simcoe | 8.50 |
|---|---|---|---|

| 1/7/2010 | 4 | Attention to Littlejohn management services agreement issue, 409A issues attendant Warrant and Restricted Stock Plans; Open tax issue disclosures for APA; Deal work throughout the day; | |
|---|---|---|---|
| | | L. Apple | 1.90 |
| 1/7/2010 | 4 | Various conferences with T. Simcoe re 409A issues; Review same; | |
| | | D. Hovancik | 1.90 |
| 1/7/2010 | 4 | Research status of satisfactory power of sale in NY; Search Legislative Retrieval System (LRS) on-line access re: current bills/legislation; E-mail T. Cumo-Smith re: status of Art. 14; | |
| | | C. Sarjeant | 0.60 |
| 1/7/2010 | 4 | Continue research and analysis; Conference with J. Dunne; Drafting E-mail to L. Apple regarding 409A issues; Telephone conference with Susan; | |
| | | T. Simcoe | 6.50 |
| 1/8/2010 | 4 | Attention to 409A and related tax and deal issues attendant Warrant and Restricted Stock Plans; Related conference call with Mr. Laven and HandB; Attention to deal e-mails; Deal document coordination work; | |
| | | L. Apple | 0.30 |
| 1/8/2010 | 4 | Additional research and preparation for conference call with client and S. Wetzel; attend conference call; review materials from S. Wetzel; | |
| | | T. Simcoe | 3.00 |
| 1/9/2010 | 4 | Conference call with J. DiMarino and Mr. Laven to discuss Hand B revisions to Warrant and Restricted Stock Plan documents and Stockholders Agreement; Related follow-up work; Attention to related deal e-mails and tax-related issues; | |
| | | L. Apple | 1.80 |
| 1/11/2010 | 4 | Review consent from S. Wetzel regarding valuation; E-mail to L. Apple regarding same; | |
| | | T. Simcoe | 3.00 |
| 1/12/2010 | 4 | Discussions concerning Bank of America loan documents and matters; Attention to Bank of America schedules and loan documents; Conference call with Bank of America counsel; Attention to new entity corporate documents; Attention to asset purchase documents; | |
| | | C. Haviland | 2.00 |
| 1/13/2010 | 4 | Conference with L. Apple re employment contract; Follow-up with J. DiMarino re same; | |
| | | E. Bach | 0.30 |
| 1/13/2010 | 4 | Work on open issues, disclosure schedules and organizational documents; Multiple telephone calls re same; | |

**Whiteman Osterman & Hanna LLP**

Page: 26

|  |  |  | J. DiMarino | 10.80 |  |
|---|---|---|---|---|---|
| 1/14/2010 | 4 |  | Review agreements; Outline questions for M. Laven; |  |  |
|  |  |  | E. Bach | 0.70 |  |
| 1/19/2010 | 4 |  | Review document from M. Laven; Telephone conference with same; |  |  |
|  |  |  | E. Bach | 1.40 |  |
| 1/19/2010 | 4 |  | Obtain EINs for new entities; revise perfection certificates; prepare for closing; |  |  |
|  |  |  | H. Nicholson | 10.80 |  |
| 1/20/2010 | 4 |  | Preparation for closing; prepare foreign qualifications for Latham Corporation, LMH II, Inc. and LMH I, Inc.; |  |  |
|  |  |  | H. Nicholson | 7.10 |  |
| 1/22/2010 | 4 |  | Work re contact information for West Virginia counsel; Call to same; Work with S. Lenihan re changes to Marra agreement; |  |  |
|  |  |  | E. Bach | 0.50 |  |
| 1/22/2010 | 4 |  | Federal pacer court search per L. Apple re obtain copy of ECF documents filed; |  |  |
|  |  |  | J. Kroll | 0.20 |  |
| 1/25/2010 | 4 |  | Review and revise employment agreement; Work with S. Lenihan re same; |  |  |
|  |  |  | E. Bach | 2.20 |  |

|  |  |  |
|---|---|---|
| Sub-Total:  Related Corporate | 71.60 | 16,285.00 |
|  | 71.60 | 16,285.00 |
|  | Sub-total Fees: | 232,105.00 |

**Rate Summary**

| Name |  | Rate | Amount |
|---|---|---|---|
| John L. Allen |  | 1.70 hours at $275.00/hr | 467.54 |
| Les Apple |  | 56.40 hours at $470.00/hr | 26,510.16 |
| Ellen Bach |  | 5.10 hours at $225.00/hr | 1,147.53 |
| Tammy L. Cumo |  | 100.40 hours at $225.00/hr | 22,592.01 |
| Jason M. DiMarino |  | 176.80 hours at $275.00/hr | 48,624.16 |
| Robert Gach |  | 12.00 hours at $300.00/hr | 3,600.32 |
| Nicole S. Gemmiti |  | 17.30 hours at $125.00/hr | 2,162.68 |
| Philip Gitlen |  | 4.50 hours at $325.00/hr | 1,462.62 |
| Chuck Haviland |  | 162.40 hours at $340.00/hr | 55,220.64 |
| Damian Hovancik |  | 1.90 hours at $350.00/hr | 665.02 |
| Jeanne Kroll |  | 0.40 hours at $110.00/hr | 44.00 |
| Timothy Morrison |  | 162.90 hours at $275.00/hr | 44,801.49 |
| Heidi M. Nicholson |  | 103.50 hours at $110.00/hr | 11,385.87 |
| Martin Ricciardi |  | 6.10 hours at $255.00/hr | 1,555.64 |
| Martin Ricciardi |  | 1.30 hours at $275.00/hr | 357.53 |
| Cheryl Sarjeant |  | 35.00 hours at $145.00/hr | 5,075.42 |
| Thomas Simcoe |  | 21.00 hours at $175.00/hr | 3,675.12 |
| Michael Sterthous |  | 6.20 hours at $255.00/hr | 1,581.14 |

**Whiteman Osterman & Hanna LLP**

Page: 27

Carolyn M. Vielkind      11.20 hours at $ 105.00/hr      1,176.11

Total hours:    886.10

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 1/5/2010 | CSC - Coverstar, LLC | 222.00 |
| 1/5/2010 | CSC - Re: Converstar, LLC | 251.00 |
| 1/6/2010 | CSC - Re: Viking Pools, LLC | 317.00 |
| 1/7/2010 | Constructive Copy, LLC - Oversize - one original x one copy = 5.2 sqft Oversize scan fee | 8.11 |
| 1/8/2010 | Constructive Copy, LLC - Oversize - 2 originals x one copy = 10.4 sqft, oversize scan fee | 12.61 |
| 1/8/2010 | Conference Call Charges | 175.09 |
| 1/8/2010 | Photocopy Charges | 0.80 |
| 1/9/2010 | Conference Call Charges | 32.03 |
| 1/10/2010 | Conference Call Charges | 12.64 |
| 1/12/2010 | Federal Express Corp. | 43.67 |
| 1/12/2010 | CSC - Viking Pools, LLC | 62.00 |
| 1/12/2010 | CSC - Coverstar, LLC | 104.00 |
| 1/13/2010 | Federal Express Corp. | 21.04 |
| 1/14/2010 | CSC - Viking Pools, LLC | 376.50 |
| 1/14/2010 | CSC - Latham International Inc. | 815.00 |
| 1/14/2010 | CSC - Kafko (U.S.) Corp. | 1,501.50 |
| 1/14/2010 | CSC - Viking Pools, LLC | 1,849.00 |
| 1/14/2010 | CSC - Viking Pools, Inc. | 332.50 |
| 1/14/2010 | CSC - Latham Manufacturing Corp. | 1,715.50 |
| 1/15/2010 | CSC - Coverstar, LLC | 1,180.00 |
| 1/15/2010 | CSC - Latham Manufacturing Corp. | 103.00 |
| 1/15/2010 | CSC - Latham International, Inc. | 108.00 |
| 1/15/2010 | CSC - Latham Manufacturing Corp. | 275.00 |
| 1/15/2010 | CSC - Kafko (US) Corp. | 103.00 |
| 1/18/2010 | Conference Call Charges | 31.43 |
| 1/19/2010 | CSC - Viking Pools Central, Inc. | 331.50 |
| 1/19/2010 | Photocopy Charges | 0.80 |

**Whiteman Osterman & Hanna LLP**

| Date | Description | Amount |
|------|-------------|--------|
| 1/19/2010 | Photocopy Charges | 0.20 |
| 1/19/2010 | Photocopy Charges | 3.80 |
| 1/20/2010 | Federal Express Corp. | 28.45 |
| 1/20/2010 | CSC – Latham Manufacturing Corp. | 266.00 |
| 1/20/2010 | Photocopy Charges | 0.60 |
| 1/20/2010 | Photocopy Charges | 6.00 |
| 1/20/2010 | Photocopy Charges | 2.00 |
| 1/21/2010 | Federal Express Corp. | 18.16 |
| 1/21/2010 | Federal Express Corp. | 36.44 |
| 1/21/2010 | Federal Express Corp. | 28.45 |
| 1/21/2010 | Federal Express Corp. | 15.28 |
| 1/21/2010 | Federal Express Corp. | 28.45 |
| 1/21/2010 | Photocopy Charges | 0.20 |
| 1/21/2010 | Photocopy Charges | 0.60 |
| 1/22/2010 | Federal Express Corp. | 15.28 |
| 1/22/2010 | Federal Express Corp. | 15.28 |
| 1/22/2010 | Postage | 0.44 |
| 1/22/2010 | Photocopy Charges | 0.40 |
| 1/22/2010 | Photocopy Charges | 3.60 |
| 1/25/2010 | Conference Call Charges | 9.19 |
| 1/25/2010 | Conference Call Charges | 6.60 |
| 1/25/2010 | Photocopy Charges | 0.40 |

|  |  |  |
|--|--|--|
| | Sub-total Expenses: | 10,470.54 |
| | **Total Current Billing:** | **242,575.54** |